**IN THE UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In Re: | Chapter 11 |
| TAILORED BRANDS, INC.,[1] | Case No. 20-33900 (MI) |
| Debtor. | (Jointly Administered) |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF
PAPERS AND REQUEST TO BE ADDED TO DEBTORS' MATRIX**

Please take notice that Honigman LLP hereby appears in the above-captioned cases as counsel for Agree Limited Partnership and requests that any and all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in the cases, be served upon the following attorneys, and that the undersigned be added to the mailing matrix on file with the Clerk of the Court:

> Lawrence A. Lichtman, Esq.
> Honigman LLP
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI  48226
> Telephone:  (313) 465-7590
> Facsimile:  (313) 465-7591
> Email:  llichtman@honigman.com

Please take notice that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/TailoredBrands.  The location of the Debtors' service address in these chapter 11 cases is: 6100 Stevenson Boulevard, Fremont, California 94538.

matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, email, facsimile or otherwise.

The foregoing request also includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

PLEASE TAKE FURTHER NOTICE THAT, this neither this *Notice of Appearance, Request for Service of Papers and Request To Be Added to Debtors' Matrix* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to constitute a waiver of any substantive or procedural right of Agree Limited Partnership, including, without limitation, (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of Texas (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court, or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which Agree Limited Partnership is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. Unless and until Agree Limited Partnership expressly states otherwise, Agree Limited Partnership does not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HONIGMAN LLP |
|  | *Attorneys for Agree Limited Partnership* |
|  | By: <u>*/s/Lawrence A. Lichtman*</u><br>    Lawrence A. Lichtman (MI Bar #P35403)<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>Telephone:  (313) 465-7590<br>Facsimile:  (313) 465-7591 |
| Dated:  August 12, 2020 | Email:  llichtman@honigman.com |

# IN THE UNITED STATES BANKRUPCTY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In Re:<br><br>**TAILORED BRANDS, INC., et al.**[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-33900 (MI)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, I caused to be electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.

By: */s/ Lawrence A. Lichtman*
    Lawrence A. Lichtman

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/TailoredBrands. The location of the Debtors' service address in these chapter 11 cases is: 6100 Stevenson Boulevard, Fremont, California 94538.