# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TAILORED BRANDS, INC., *et al.*,[1] | ) ) | Case No. 20-33900 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that on August 25, 2020 the Debtors filed their Emergency Motion for Entry of an Order Continuing the Final Hearings on the DIP Motion and the Cash Management Motion (the "Emergency Motion") [Docket No. 410].

**PLEASE TAKE FURTHER NOTICE** that a Status Conference on the Emergency Motion has been set for August 26, 2020 at 3:00 p.m. before Judge Marvin Isgur.

**Electronic Appearances**

Please note that on March 24, 2020, through the entry of General Order 2020-10, the Court invoked the Protocol for Emergency Public Health or Safety Conditions. The Order may be found at: https://www.txs.uscourts.gov/sites/txs/files/Bankruptcy%20General%20Order%202020-04%20Adoption%20of%20Contingency%20Plan_0.pdf.

Therefore, all persons will appear telephonically and also may appear via video at this hearing using the Court's electronic conference systems.

The Court will simultaneously use two technology methods to conduct electronic hearings. One method will provide audio communication. The other will provide video access to exhibits

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/TailoredBrands. The location of the Debtors' service address in these chapter 11 cases is: 6100 Stevenson Boulevard, Fremont, California 94538.

1

26684306v.1

and materials presented to the Court. If a party wants to both view the documents presented to the Court and hear the proceeding, the party must 1) dial in through the audio system, and 2) log into the Court's video via GoToMeeting.

Hearing appearances should be made electronically and in advance of the hearing. You may make your electronic appearance by:

1) Going to the Southern District of Texas website;
2) Selecting "Bankruptcy Court" from the top menu;
3) Selecting "Judges' Procedures";
4) Selecting "View Home Page" for Judge Isgur;
5) Under "Electronic Appearance" select "Click here to submit electronic appearance;"
6) Select Tailored Brands, Inc., et al. from the list of electronic appearance links, and
7) After selecting Tailored Brands, Inc., et al. from the list, complete the required fields and hit the "Submit" button at the bottom of the page.

Submitting your appearance electronically in advance of the hearing will negate the need to make an appearance on the record at the hearing.

**Audio Communication**

Audio communication will conducted by use of the Court's regular dial-in number: +1 (**832) 917-1510.** At the start of the call, the caller will be asked to enter a six-digit conference code. The six-digit conference code for this hearing is Judge Isgur's conference room number: **954554**. Each caller shall be responsible for its own long-distance charges.

Parties are encouraged to review the Court's procedures for telephonic appearances located at https://www.txs.uscourts.gov/sites/txs/files/Court%20Procedures%20-%202-1-2020.pdf.

Attorneys, witnesses, and parties-in-interest wishing to participate in the hearing must connect to each hearing by audio communication. Any person who wishes to attend the hearing may also dial in to the audio conference dial-in number.

Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

**Video Communication:**

The Debtors will offer evidence and demonstrative exhibits from a remote location. Parties may participate in electronic hearings by use of an internet connection. The internet site is www.gotomeeting.com. A GoToMeeting application is available for download to computers. Persons connecting by mobile device will need to download the free GoToMeeting application.

Once connected to GoToMeeting, a participant must select "Join a Meeting." The code for joining this hearing before Judge Isgur is "judgeisgur". In the next screen, participants should enter their name in the lower left-hand corner. Then, click "Notify" to join the conference.

In addition to seeking the admission of certain exhibits, the Debtors will provide the Court with an overview of the case through a PowerPoint presentation. Any exhibit offered by the Debtors will be filed on the Court's docket. Any party may also obtain an electronic copy of the exhibits by request to counsel to the Debtors.

If any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with Bankruptcy Local Rule 9013-2.

Witnesses presented by the Debtor will appear via audio and video connection. Any person wishing to examine the witness will be permitted to do so during the hearing.

All documents filed in these chapter 11 cases are available free of charge by visiting http://cases.primeclerk.com/TailoredBrands, by calling (877) 461-5690, or by email at TailoredBrandsTeam@primeclerk.com. Copies of any pleadings may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Houston, Texas
August 26, 2020

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS LLP** |
| Kristhy Peguero (TX Bar No. 24102776) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Veronica A. Polnick (TX Bar No. 24079148) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Victoria Argeroplos (TX Bar No. 24105799) | Christopher Marcus, P.C. (admitted *pro hac vice*) |
| **JACKSON WALKER L.L.P.** | Aparna Yenamandra (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |
| Telephone:    (713) 752-4200 | Telephone:    (212) 446-4800 |
| Facsimile:    (713) 752-4221 | Facsimile:    (212) 446-4900 |
| Email:    mcavenaugh@jw.com | Email:    joshua.sussberg@kirkland.com |
|          kpeguero@jw.com |          cmarcus@kirkland.com |
|          vpolnick@jw.com |          aparna.yenamandra@kirkland.com |
|          vargeroplos@jw.com | |

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

-and-

James H.M. Sprayregen, P.C.
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*

## Certificate of Service

      I certify that on August 26, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   */s/ Matthew D. Cavenaugh*
                                                   Matthew D. Cavenaugh