# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| **In re** ) | **Chapter 11** |
| ) | |
| **TAILORED BRANDS, INC., et al.,** ) | **Case No 20-33900 (MI)** |
| **Debtors.** ) | **(Jointly Administered)** |
| ) | |

## STATEMENT OF FINANCIAL AFFAIRS FOR

### Tailored Shared Services, LLC

### Case No: 20-33913 (MI)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) )  Chapter 11 |
| | ) |
| TAILORED BRANDS, INC, *et al.,*[1] | )  Case No. 20-33900 (MI) |
| | ) |
| Debtors. | )  (Jointly Administered) |
| | ) |

**GLOBAL NOTES AND
STATEMENT OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

## General

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by Tailored Brands, Inc. (the "Company") and its seventeen debtor affiliates, as chapter 11 debtors and debtors in possession (collectively, the "Debtors"), in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") were prepared, pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure, by management of the Debtors, with the assistance of the Debtors' advisors, and are unaudited.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements have been signed by Holly Etlin, Chief Restructuring Officer of the Debtors and authorized agent at each of the Debtors. Accordingly, in reviewing and signing the Schedules and Statements, Ms. Etlin necessarily relied upon the efforts, statements, and representations of the Debtors' other personnel and professionals. Ms. Etlin has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/TailoredBrands.  The location of the Debtors' service address in these chapter 11 cases is:  6100 Stevenson Boulevard, Fremont, California 94538.

[2]   These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements.  The fact that the Debtors have prepared a Global Note with respect to any of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. Accordingly, the Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

For the avoidance of doubt, the Debtors reserve all of their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate, but the Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law or order of the Bankruptcy Court.

## Global Notes and Overview of Methodology

1. **Description of the Cases**. On August 2, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The chapter 11 cases are being jointly administered under Case No. 20-33900 (MI). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On August 3, 2020, the Court entered an order authorizing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 41]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. Some asset and liability information provided herein represents the data of the Debtors as of August 1, 2020, the date of the Debtors' month end closure to their balance sheet.

2. **Global Notes Control**. Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments. These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

3.     **Reservations and Limitations**.  Reasonable efforts were made to prepare and file complete and accurate Schedules and Statement; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.  Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)     **No Admission**.  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b)     **Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  However, the Debtors may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

(c)     **Classifications**.  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(d)     **Claims Description**.  Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.  Moreover, listing a claim does not constitute an admission of liability by the Debtor against which the claim is listed or by any of the Debtors.  The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

3

(e) **Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results may differ from such estimates.

(f) **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(g) **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner; however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

(h) **Insiders**.  In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or

defense, and all such rights, claims, and defenses are hereby expressly reserved. Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (i) such person's influence over the control of the Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or for any other purpose.

4.   **Methodology**.

(a)   **Basis of Presentation**.  For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements that were consolidated by the parent Debtor, Tailored Brands, Inc.  Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP").  Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  Unlike the consolidated financial statements, these Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each separate Debtor, except where otherwise indicated.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

(b)   **Confidential or Sensitive Information**.  There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts.  Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality and protection of sensitive commercial information (*e.g.*, names of customers), or concerns for the privacy of an individual. Any redactions are consistent with the relief the Debtors received under the *Order (I) Authorizing the Debtors to File A Consolidated List of Creditors and A Consolidated List of the 30 Largest Unsecured Creditors, (II) Waiving the Requirement to File A List of Equity Security Holders, (III) Authorizing the Debtors to Redact Certain Personal Identification Information, (IV) Approving the Form and*

*Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information, and (V) Granting Related Relief* [Docket No. 81].

(c)     **Duplication.**  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

(d)     **Umbrella or Master Agreements**.  Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors.  Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor entity that signed the original umbrella or master agreement.  Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

(e)     **Executory Contracts**.  Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so.  Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the any counterparty to such contract or lease.  Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

(f)     **Leases**.  The Debtors have not included in the Schedules and Statements the future obligations of any financing or operating leases.  To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

(g)    **Net Book Value**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets.  Accordingly, unless otherwise indicated, net book values as of August 1, 2020 are reflected on the Schedules and Statements.  Exceptions to this include operating cash and certain other assets.  Operating cash is presented at bank balance as of the Petition Date.  Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values.  Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.  Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be an admission that any Debtor was solvent or insolvent as of the Petition Date.

(h)    **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third party lessors.  Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

(i)    **Inventory**.  The Company's inventory is comprised of raw materials and finished merchandise and is stated at the lower of weighted average cost and net realizable value.  The calculation of cost includes merchandise purchases, procurement and distribution costs, including the costs to bring the merchandise to distribution centers, warehousing and handling expenditures, and distributing and delivering merchandise to stores and fulfillment centers (direct and indirect), and other merchandising costs.  These costs include depreciation of long-lived assets utilized in acquiring, warehousing, and distributing inventory.  Carrying values of inventory are analyzed and, to the extent that the cost of inventory exceeds the expected selling prices less reasonable costs to sell, provisions are made to reduce the carrying amount of the inventory.  The Company reviews its inventory levels in order to identify slow-moving merchandise and uses merchandise markdowns to sell such merchandise, as needed.  Since the determination of net realizable value of inventory involves both estimation and judgment with regard to market values and reasonable costs to sell, differences in these estimates could result in ultimate valuations that differ from the recorded asset.

The majority of inventory purchases and commitments are made in U.S. dollars in order to limit the Company's exposure to foreign currency fluctuations.

(j)  **Contingent Assets**.  The Debtors believe that they may possess certain claims and causes of action against various parties.  Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws.  The Debtors, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements.  The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

Additionally, prior to the relevant Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages.  Refer to each Statement, item 4(a)(i), for lawsuits commenced prior to the relevant Petition Date in which the Debtor was a plaintiff.

(k)  **Unliquidated Claim Amounts**.  Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

(l)  **Undetermined Amounts**.  The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

(m)  **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.  The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.  To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

(n)  **Allocation of Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

(o)  **Paid Claims**.  Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases entered on or about August 3, 2020 (collectively, the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees, lienholders, customer credits/refunds, and taxing authorities.  Accordingly, these liabilities may have been or may be

satisfied in accordance with such orders.  Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement their Schedules and Statements, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

(p)   **Other Paid Claims**.  To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Debtors' Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval.  To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

(q)   **Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

(r)   **Intercompany Claims**.  Receivables and payables among and between the Debtors and other Debtors are reported on Schedule A/B per the Debtors' unaudited books and records.  The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables.  For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.   Without limiting the generality of the foregoing, certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records.  Such treatment is not, and should not be construed as, an admission of the amount and/or validity of any such intercompany receivables and payables or the validity of any netting or offset per the Debtors' books and records.  The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest or not all allowed at all.  The listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account.  The Debtors reserve all rights to later change the amounts, characterization, classification, categorization, or designation of intercompany accounts reported in the Schedules and Statements.

In addition, certain of the Debtors act on behalf of other Debtors.  Reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation.

Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

(s)     **Payments**. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses, as described in the *Debtors' Emergency Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Operate Their Cash Management Systems, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Bank Accounts, and (IV) Continue to Perform Intercompany Transactions* [Docket No. 24] (the "Cash Management Motion"). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

(t)     **Guarantees and Other Secondary Liability Claims**. The Debtors have used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where such Guarantees have been identified, they have been included in the relevant Schedule H for the Debtor or Debtors affected by such Guarantees. However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to amend the Schedules to the extent that additional Guarantees are identified.

(u)     **Claims of Third-Party Related Entities**. While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to same. Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

(v)     **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation, accrued salaries, employee benefit accruals and accrued accounts payable. In addition and as set forth above, the Debtors may have excluded amounts for which the Debtors have been granted authority to pay pursuant to a First Day Order or other order that may be entered by the Bankruptcy Court. The Debtors also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage claims exist. Also, certain immaterial assets and liabilities may have been excluded.

(w) **Liens**.  The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.  If such liens may apply, the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

(x) **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(y) **Setoffs**.  The Debtors incur certain setoffs and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

5. **Specific Schedules Disclosures**

(a) **Schedule A/B-3 – Checking, savings, or other financial accounts, CDs, etc.** Schedule A/B-3 lists closing bank balances as of July 31, 2020.

(b) **Schedule A/B-21 – Inventory, excluding agricultural assets**.  Inventory is shown as of August 1, 2020 and includes capitalized procurement and distribution costs, including freight and overhead, as well as inventory adjustments.  Inventory is shown net of reductions for shrink, lower of cost or market, and inventory write-off reserves, as well as the unamortized portion of vendor entitlements and other credits not recorded at the SKU level.

(c) **Schedules A/B-39, A/B-40, A/B-41 and A/B 50 – Office and business equipment**. Certain of the Debtors' office and business equipment, fixtures, machinery, furnishings, and supplies are not capitalized based on its accounting policies and procedures.  The Debtors generally capitalize an asset if it meets a certain dollar threshold in accordance with the Debtors' accounting policy.  There may be certain assets that are not capitalized because they did not meet the Debtors' capitalization policy.  Those assets that are not capitalized are not listed herein.

(d) **Schedules A/B, Part 10, Items 59-66 – Intangibles and intellectual property**.  The Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values.  The Debtors report intellectual property assets at net book value based on the Debtors' books and records whenever applicable.

(e) **Schedules A/B-74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes**

11

**of action of every nature, including counterclaims of the debtors and rights to set off claims**. The Debtors attempted to list known causes of action and other claims. Potential preference actions and/or fraudulent transfer action were not listed because the Debtors have not completed an analysis of such potential claims. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

(f)    **Schedules A/B-71 – Notes receivable**. Item 71 excludes intercompany receivables.

(g)    **Schedule D – Creditors Who Have Claims Secured by Property**. Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

In certain instances, a Debtor may be a co-obligor with respect to scheduled claims of other Debtors. No claim set forth on the Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

Schedule D does not include beneficiaries of letters of credit. Although the claims of these parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof and not to the beneficiaries thereof.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D. The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Authorizing the Debtors to Obtain Exit Financing, (IV) Granting Liens and Providing Superpriority Administrative Expense Status, (V) Granting Adequate Protection to the Prepetition Secured Parties, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 25].

The *Debtors' Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 347] (the "<u>Plan</u>") anticipates that the Term Loan Facility (as defined in the Plan) is undersecured and will have a partial recovery as well as an unsecured deficiency claim. In Schedule D, this loan is listed at its full principal amount plus accrued interest as of the Petition Date. Schedule E/F does not include a potential deficiency claim that may result from a partial recovery.

(h)     **Schedule E/F – Creditors Who Hold Unsecured Claims**

(i)     *Part 1 – Creditors with Priority Unsecured Claims*. The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.

Pursuant to the *Order Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees* [Docket No. 84] (the "<u>Taxes Order</u>"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid or may be paid pursuant to the Taxes Order or pursuant to further Bankruptcy Court order are not listed in Schedule E. The Debtors believe that any non-disputed tax claims for prepetition amounts, whether allowable as a priority or nonpriority claim have been or will be satisfied. The Debtors have made a reasonable effort to list all known taxing authorities. However, the Debtors acknowledge the possibility that information related to material tax accruals may be discovered subsequent to the filing of the Schedules and Statements. The Debtors reserve the right to supplement or amend this response in the future if additional information becomes available.

Pursuant to the *Order Authorizing the Debtors to (I) Pay Prepetition Employee Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (II) Continue Employee Benefits Programs* [Docket No. 78] (the "<u>Wages Order</u>") the Debtors received final authority to pay certain prepetition obligations, including, without limitation, obligations related to employee wages and other employee benefits, in the ordinary course of business. Accordingly, no undisputed, prepetition claims of non-insiders related to employee wages and other employee benefits that have been paid or may be paid pursuant to the Wages Order or pursuant to further Bankruptcy Court order is listed in Schedule E/F Part 1.

(ii)     *Part 2 – Creditors with Nonpriority Unsecured Claims*. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities

13

may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

The Debtors generally allocate individual liabilities to particular Debtors. However, in certain cases, it would be a time-consuming and inefficient use of estate resources, or impracticable, to assign a given liability to a particular Debtor based on a contractual obligation. Instead, the Schedules reflect the liability based on the Debtors' books and records.

Schedule E/F, Part 2 contains information regarding pending litigation involving the Debtors. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements. For the avoidance of doubt, demand letters received from potential litigants that do not list a specific Debtor are listed on the Schedules for Debtor Tailored Brands, Inc., as applicable.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contract or unexpired lease, if any, that may be or have been rejected.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to, but undertake no obligations to, amend Schedules D and E/F if and as they receive such invoices.

Liabilities listed on Schedules E/F reflect the Debtors' book and records balances as of August 1, 2020. These amounts do not include any prepetition amounts paid under various authority granted by the Bankruptcy Court that have been issued post-petition. The Debtors expect that certain suppliers may continue to receive payments on account of prepetition amounts through the pendency of these cases (as approved by the Bankruptcy Court).

(i)     **Schedule G – Executory Contracts and Unexpired Leases**. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, and unintended duplication of items may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreement, which documents may not be set forth in Schedule G.

The description of any contract on Schedule G does not constitute an admission by the Debtors as to the characterization of such contract. The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, may not reflect distinct agreements between the applicable Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In some cases, contract counterparties from dormant legacy businesses and historical acquisitions may not have been updated to reflect assignment to active Debtor entities although the Debtors have assumed and continue to perform under the terms of such agreements. In such cases, Debtors have included such items on Schedule G of Tailored Brands, Inc.

Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility. The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

(j)     **Schedule H – Co-Debtors**. In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. For purposes of Schedule H, the

Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

The Debtors have not listed any litigation-related co-Debtors on Schedule H. Instead, all such listings can be found on the Debtors' Schedule E/F.

6.   **Specific Statements Disclosures.**

(a)   **Part 1, Question 2 – Non-business revenue**. Non-business revenue includes such items as royalty income, interest and other income, and management fees.

(b)   **Part 2, Question 3 – Certain payments or transfers to creditors within 90 days before filing this case**. Any payments made to the Debtors' bankruptcy case professionals and or insiders within the 90 days prior to the Petition Date are disclosed in response to SOFA 11 and SOFA 30, respectively, and therefore are not listed in response to SOFA 3. Payments made to the Debtors' non-insider employees also are not listed herein.

(c)   **Part 2, Question 4 – Payments or other transfers of property made within 1 year before filing this case that benefited any insider**. Please refer to Question 30 of the Statements for Tailored Brands, Inc. regarding all payments to insiders.

(d)   **Part 2, Question 5 – Repossessions, foreclosures, and returns**. In the ordinary course of business, returns are part of the Debtors' operations.

(e)   **Part 2, Question 6 – Setoffs**. For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 4(x) of these Global Notes.

(f)   **Part 6, Question 11**. All disbursements listed in Statement 11 were initiated and disbursed by Tailored Shared Services, LLC but were for the benefit of all Debtors.

(g)   **Part 10, Question 20 – Off-premises storage**. The locations listed for off-premise storage do not include shippers that are holding goods in-transit, including but not limited to goods on ships, in trucks, or in warehouses where they may be temporarily stored during the transport process.

(h)   **Part 13, Question 26 – Books, Records, and Financial Statements**. Pursuant to the requirements of the Securities Exchange Act of 1934, at the end of each of its fiscal quarters and years and upon the occurrence of significant events, Tailored Brands, Inc. prepares and files with the SEC Form 10-Q Quarterly Reports, Form 10-K Annual Reports, and Form 8-K Current Reports (collectively, the "SEC Filings"). The SEC Filings contain consolidated financial information relating to the Debtor and its affiliates. Additionally, the Debtors have historically provided information such as annual reports on their website. Because the SEC Filings and other reports are of public

record, the Debtor does not maintain records of the parties who requested or obtained copies of any of the SEC Filings from the SEC, the Debtor or other sources.

(i)     **Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders**.  The information reported on Question 30 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date.  For the avoidance of doubt, Question 30 may include payments to individuals who may have been insiders at the time they were employed by the Company, but are no longer employed by the Company.

**Tailored Shared Services, LLC**                                    **Case Number:**      **20-33913 (MI)**

| **Part 1:** | Income |
|---|---|

### 1. Gross Revenue from business

☐ None

| Identify the Beginning and Ending Dates of the Debtor's Fiscal Year, which may be a Calendar Year | | | Sources of Revenue (Check all that apply) | Gross Revenue (Before Deductions and Exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From  2/2/2020 <br> MM/DD/YYYY | to  Filing date <br> MM/DD/YYYY | ☑ Operating a business <br> ☑ Other  FY 2020 YTD INTERCOMPANY REVENUE | $63,023,153.19 |
| **From the beginning of the fiscal year to filing date:** | From  2/2/2020 <br> MM/DD/YYYY | to  Filing date <br> MM/DD/YYYY | ☑ Operating a business <br> ☑ Other  FY 2020 YTD GROSS REVENUE | $0.00 |
| **For prior year:** | From  2/3/2019 <br> MM/DD/YYYY | to  2/1/2020 <br> MM/DD/YYYY | ☑ Operating a business <br> ☑ Other  FY 2019 INTERCOMPANY REVENUE | $303,368,243.20 |
| **For prior year:** | From  2/3/2019 <br> MM/DD/YYYY | to  2/1/2020 <br> MM/DD/YYYY | ☑ Operating a business <br> ☑ Other  FY 2019 GROSS REVENUE | $0.00 |
| **For the year before that:** | From  2/4/2018 <br> MM/DD/YYYY | to  2/2/2019 <br> MM/DD/YYYY | ☑ Operating a business <br> ☑ Other  FY 2018 INTERCOMPANY REVENUE | $142,931,098.90 |
| **For the year before that:** | From  2/4/2018 <br> MM/DD/YYYY | to  2/2/2019 <br> MM/DD/YYYY | ☑ Operating a business <br> ☑ Other  FY 2018 GROSS REVENUE | $0.00 |

**Tailored Shared Services, LLC**                                      **Case Number:**      **20-33913 (MI)**

| Part 1: | Income |
|---------|--------|

## 2. Non-business revenue

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

|  |  |  |  |  | Description of Sources of Revenue | Gross Revenue (Before Deductions and Exclusions) |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | 2/2/2020 <br> MM/DD/YYYY | to | Filing date <br> MM/DD/YYYY | FY 2020 YTD INTERCOMPANY NON BUSINESS REVENUE | $1,686,032 |
| **From the beginning of the fiscal year to filing date:** | From | 2/2/2020 <br> MM/DD/YYYY | to | Filing date <br> MM/DD/YYYY | FY 2020 YTD NON BUSINESS REVENUE | $0 |
| **For prior year:** | From | 2/3/2019 <br> MM/DD/YYYY | to | 2/1/2020 <br> MM/DD/YYYY | FY 2019 INTERCOMPANY NON BUSINESS REVENUE | $27,121,347 |
| **For prior year:** | From | 2/3/2019 <br> MM/DD/YYYY | to | 2/1/2020 <br> MM/DD/YYYY | FY 2019 NON BUSINESS REVENUE | $0 |
| **For the year before that:** | From | 2/4/2018 <br> MM/DD/YYYY | to | 2/2/2019 <br> MM/DD/YYYY | FY 2018 INTERCOMPANY NON BUSINESS REVENUE | $32,653,550 |
| **For the year before that:** | From | 2/4/2018 <br> MM/DD/YYYY | to | 2/2/2019 <br> MM/DD/YYYY | FY 2018 NON BUSINESS REVENUE | $0 |

**Tailored Shared Services, LLC**                                   **Case Number:**        20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.1 | 1111 SECAUCUS ROAD LLC<br>C/O HARTZ MOUNTAIN ASSOCIATES<br>PO BOX 1515<br>SECAUCUS, NJ 07096-1515 | 5/7/2020<br>5/28/2020<br>6/4/2020<br>7/10/2020 | $34,918<br>$362<br>$17,184<br>$16,885 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| | **TOTAL 1111 SECAUCUS ROAD LLC** | | **$69,350** | |
| 3.2 | 2101 SUNNYSIDE, LLC / 3096<br>C/O DONOHOE REAL ESTATE SVCS, ATTN: DRES ACCT.<br>7101 WISCONSIN AVE., SUITE 700<br>BETHESDA, MD 20814 | 6/6/2020 | $9,886 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| | **TOTAL 2101 SUNNYSIDE, LLC / 3096** | | **$9,886** | |
| 3.3 | 2550 INDUSTRY LANE, INC. / 5096<br>1030 WEST GERMANTOWN PIKE<br>EAST NORRITON, PA 19403 | 6/12/2020<br>7/9/2020 | $11,128<br>$6,459 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| | **TOTAL 2550 INDUSTRY LANE, INC. / 5096** | | **$17,586** | |
| 3.4 | A&G REAL ESTATE PARTNERS<br>445 BROADHOLLOW RD<br>SUITE 410<br>MELVILLE, NY 11747 | 5/14/2020<br>6/10/2020<br>6/20/2020<br>7/16/2020<br>7/30/2020 | $171,413<br>$98,283<br>$316,427<br>$80,627<br>$162,234 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| | **TOTAL A&G REAL ESTATE PARTNERS** | | **$828,985** | |
| 3.5 | A-1 PRODUCTS, INC.<br>1235-E KENNESTONE CIRCLE<br>SUITE E<br>MARIETTA, GA 30066 | 7/29/2020 | $8,543 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | **TOTAL A-1 PRODUCTS, INC.** | | **$8,543** | |

**Tailored Shared Services, LLC**                                   **Case Number:**     **20-33913 (MI)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.6  ACCRUENT<br>DEPT 3636<br>PO BOX 123636<br>DALLAS, TX 75312-3636 | 5/22/2020 | $86,425 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL ACCRUENT** | | **$86,425** | |
| 3.7  ACI WORLDWIDE CORPORATION<br>13594 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | 7/2/2020 | $53,264 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL ACI WORLDWIDE CORPORATION** | | **$53,264** | |
| 3.8  ADP INC.<br>TAX FILING SERVICE<br>400 COVINA BOULEVARD<br>SAN DIMAS, CA 91773 | 6/26/2020<br>7/1/2020<br>7/10/2020<br>7/15/2020<br>7/30/2020<br>7/31/2020 | $37,093<br>$145<br>$56,627<br>$234<br>$456<br>$4,788 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL ADP INC.** | | **$99,342** | |
| 3.9  ADP LLC<br>7150 E. CAMELBACK RD.<br>SUITE 160<br>SCOTTSDALE, AZ 85251 | 7/14/2020 | $50,109 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Government |
| **TOTAL ADP LLC** | | **$50,109** | |
| 3.10  ADVANTAGE LEASING ASSOC<br>LLC D/B/A ADMIRAL LEASING<br>110 WEST RD., STE 500<br>TOWSON, MD 21204 | 6/2/2020<br>6/2/2020<br>7/1/2020 | $88<br>$41,613<br>$45,314 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL ADVANTAGE LEASING ASSOC** | | **$87,015** | |

**Tailored Shared Services, LLC**                                                    **Case Number:**      20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.11 | AETNA INC.<br>AETNA NATIONAL ACCOUNTS<br>P.O. BOX 100619<br>PASADENA, CA 91189-0619 | 5/6/2020 | $27,248 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 5/8/2020 | $21,806 | |
| | | 5/11/2020 | $34,371 | |
| | | 5/12/2020 | $31,748 | |
| | | 5/13/2020 | $55,636 | |
| | | 5/15/2020 | $26,918 | |
| | | 5/19/2020 | $24,335 | |
| | | 5/21/2020 | $21,758 | |
| | | 5/22/2020 | $33,167 | |
| | | 5/26/2020 | $37,614 | |
| | | 5/28/2020 | $32,681 | |
| | | 5/29/2020 | $37,784 | |
| | | 6/1/2020 | $24,278 | |
| | | 6/2/2020 | $12,209 | |
| | | 6/4/2020 | $60,996 | |
| | | 6/5/2020 | $28,381 | |
| | | 6/9/2020 | $30,696 | |
| | | 6/11/2020 | $31,618 | |
| | | 6/22/2020 | $38,886 | |
| | | 6/24/2020 | $27,941 | |
| | | 6/29/2020 | $23,623 | |
| | | 7/1/2020 | $32,587 | |
| | | 7/2/2020 | $9,061 | |
| | | 7/6/2020 | $44,882 | |
| | | 7/7/2020 | $23,651 | |
| | | 7/8/2020 | $54,464 | |
| | | 7/13/2020 | $35,812 | |
| | | 7/14/2020 | $42,222 | |
| | | 7/15/2020 | $57,142 | |
| | | 7/16/2020 | $29,407 | |
| | | 7/20/2020 | $21,410 | |
| | | 7/22/2020 | $72,929 | |
| | | 7/23/2020 | $33,883 | |

**Tailored Shared Services, LLC**

**Case Number:**  20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| | **TOTAL AETNA INC.** | **$1,121,144** | |
| 3.12  AIRGAS USA LLC<br>PO BOX 802576<br>CHICAGO, IL 60680-2576 | 7/28/2020<br>7/28/2020<br>7/28/2020<br>7/28/2020<br>7/28/2020 | $2,839<br>$305<br>$699<br>$2,742<br>$318 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL AIRGAS USA LLC** | **$6,903** | |
| 3.13  AKAMAI TECHNOLOGIES INC<br>PO BOX 26590<br>NEW YORK, NY 10087-6590 | 7/2/2020 | $33,124 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL AKAMAI TECHNOLOGIES INC** | **$33,124** | |
| 3.14  ALL AROUND CONSTRUCTION & MAINTENANCE<br>6338 UNDERHILL ST<br>HOUSTON, TX 77092 | 7/14/2020<br>7/21/2020 | $21,529<br>$758 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL ALL AROUND CONSTRUCTION & MAINTENANCE** | **$22,287** | |
| 3.15  ALLEN METOYER<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $31,073 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| | **TOTAL ALLEN METOYER** | **$31,073** | |

Tailored Shared Services, LLC                                        Case Number:      20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.16  ALLIANCE PRINTING LP<br>5225 HOLLISTER<br>HOUSTON, TX 77040 | 6/27/2020<br>7/1/2020<br>7/9/2020 | $45,430<br>$28,064<br>$22,453 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL ALLIANCE PRINTING LP** | | **$95,946** | |
| 3.17  ALTERYX INC<br>PO BOX 101802<br>PASADENA, CA 91189-1802 | 7/22/2020 | $8,649 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL ALTERYX INC** | | **$8,649** | |
| 3.18  AMERICAN EXPRESS<br>TRAVEL RELATED SERVICE CO INC.<br>PO BOX 360001<br>FORT LAUDERDALE, FL 33336-0001 | 5/29/2020<br>5/29/2020<br>5/29/2020<br>5/29/2020<br>5/29/2020<br>6/17/2020<br>7/7/2020<br>7/7/2020<br>7/9/2020<br>7/30/2020<br>7/30/2020 | $28,396<br>$3,413<br>$71,073<br>$576,794<br>$15<br>$38,603<br>$2,604<br>$17,027<br>$109,959<br>$10,948<br>$439 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL AMERICAN EXPRESS** | | **$859,269** | |
| 3.19  AMERICAN SLICK RAIL CONV/TEXTILE AUTOMA.<br>TEXTILE AUTOMATION GROUP<br>5910 POST BLVD. #110359<br>BRADENTON, FL 34211-0005 | 5/21/2020<br>7/14/2020<br>7/14/2020<br>7/21/2020 | $25,599<br>$3,974<br>$3,647<br>$10,489 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL AMERICAN SLICK RAIL CONV/TEXTILE AUTOMA.** | | **$43,708** | |

**Tailored Shared Services, LLC**                                      **Case Number:**      20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.20 | ANYBILL FINANCIAL SERVICES INC<br>800 MAINE AVENUE SW<br>SUITE 650<br>WASHINGTON, DC 20904 | 5/15/2020<br>6/26/2020<br>7/10/2020 | $2,647<br>$2,606<br>$2,253 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Government |
| | **TOTAL ANYBILL FINANCIAL SERVICES INC** | | **$7,505** | |
| 3.21 | AON RISK SERVICES INC. OF FLORIDA<br>PO BOX 955816<br>ST LOUIS, MO 63195-5816 | 6/12/2020<br>6/13/2020<br>7/2/2020<br>7/29/2020<br>7/31/2020 | $3,007,218<br>$455,500<br>$169,853<br>$23,656<br>$102,340 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| | **TOTAL AON RISK SERVICES INC. OF FLORIDA** | | **$3,758,567** | |
| 3.22 | ARMSTRONG TEASDALE LLP<br>DEPARTMENT NUMBER 478150<br>PO BOX 790100<br>SAINT LOUIS, MO 63179-9933 | 7/3/2020<br>7/9/2020<br>7/28/2020<br>7/28/2020<br>7/30/2020 | $22,680<br>$114,720<br>$10,333<br>$354,623<br>$285,672 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| | **TOTAL ARMSTRONG TEASDALE LLP** | | **$788,028** | |
| 3.23 | ARUSS, INC - #5099<br>75 SOUTHWEST CUTOFF<br>WORCESTER, MA 01604 | 6/5/2020<br>7/9/2020 | $12,000<br>$36,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| | **TOTAL ARUSS, INC - #5099** | | **$48,000** | |

Tailored Shared Services, LLC                                    Case Number:    20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.24  ASTOUND COMMERCE CORPORATION<br>1111 BAYHILL DRIVE<br>SUITE 425<br>SAN BRUNO, CA 94066 | 7/8/2020 | $42,240 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL ASTOUND COMMERCE CORPORATION** | | **$42,240** | |
| 3.25  BAKER & HOSTETLER LLP<br>PO BOX 70189<br>CLEVELAND, OH 44190-0189 | 7/2/2020 | $10,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL BAKER & HOSTETLER LLP** | | **$10,000** | |
| 3.26  BAKER & MCKENZIE<br>14TH FLOOR HUTCHISON HOUSE,<br>10 HARCOURT ROAD, CENTRAL<br>HONG KONG<br>HONG KONG | 7/24/2020<br>7/30/2020 | $4,140<br>$51,753 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL BAKER & MCKENZIE** | | **$55,893** | |
| 3.27  BAMBOO ROSE LLC<br>17 ROGERS STREET<br>GLOUCESTER, MA 01930 | 6/25/2020<br>7/16/2020 | $43,043<br>$12,736 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL BAMBOO ROSE LLC** | | **$55,779** | |
| 3.28  BANK OF AMERICA MERRILL LYNCH<br>MERRILL LYNCH RETIRMENT & BENEFIT SERVICES<br>PO BOX 1501<br>PENNINGTON, NJ 08534 | 5/21/2020 | $13,536 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL BANK OF AMERICA MERRILL LYNCH** | | **$13,536** | |
| 3.29  BAY DIGITAL INC<br>1160 INDUSTRIAL ROAD #7<br>SAN CARLOS, CA 94070 | 7/2/2020<br>7/16/2020 | $14,676<br>$47,402 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL BAY DIGITAL INC** | | **$62,078** | |

**Tailored Shared Services, LLC**                                             **Case Number:**      20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.30  BEIJING CHANG TSI & PARTNERS<br>6-8TH FLOOR TOWER A, HUNDRED ISLAND PARK<br>BEI ZHAN BEL JIE STREET<br>BEIJING, CHINA<br>CHINA | 7/1/2020 | $26,813 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL BEIJING CHANG TSI & PARTNERS** | | **$26,813** | |
| 3.31  BEN HARRISON<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $22,893 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| **TOTAL BEN HARRISON** | | **$22,893** | |
| 3.32  BERKELEY RESEARCH GROUP LLC<br>2200 POWELL STREET<br>SUITE 1200<br>EMERYVILLE, CA 94608 | 7/21/2020<br>7/31/2020 | $200,000<br>$319,114 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL BERKELEY RESEARCH GROUP LLC** | | **$519,114** | |
| 3.33  BLACKBIRD TAILORING LLC<br>256 CRESCENT RD<br>SAN ANSELMO, CA 94960 | 7/22/2020 | $7,459 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL BLACKBIRD TAILORING LLC** | | **$7,459** | |
| 3.34  BLOOMFIELD COMMERCE CENTER, LLC/ #2097<br>C/O INTERNATIONAL AIRPORT CENTERS<br>1849 GREEN BAY ROAD, SUITE 410<br>HIGHLAND PARK, IL 60035 | 6/13/2020<br>7/10/2020 | $35,732<br>$12,100 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Landlord |
| **TOTAL BLOOMFIELD COMMERCE CENTER, LLC/ #2097** | | **$47,832** | |
| 3.35  BRADLEY ALAN HELMS<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $20,053 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| **TOTAL BRADLEY ALAN HELMS** | | **$20,053** | |

Tailored Shared Services, LLC                                                    Case Number:      20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.36 BRIAR MEADS CAPITAL TRUST / 1093<br>120 MALLARD ST<br>SUITE 135<br>ST ROSE, LA 70087 | 6/18/2020 | $13,306 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| **TOTAL BRIAR MEADS CAPITAL TRUST / 1093** | | **$13,306** | |
| 3.37 BRILLIANT INK LLC<br>157 COLUMBUS AVE<br>APT #444<br>NEW YORK CITY, NY 10023 | 6/10/2020<br>7/31/2020 | $20,700<br>$32,500 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL BRILLIANT INK LLC** | | **$53,200** | |
| 3.38 BUUCHAU HUYNH<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $9,745 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| **TOTAL BUUCHAU HUYNH** | | **$9,745** | |
| 3.39 CA INC DBA CA TECHNOLOGIES<br>PO BOX 933316<br>ATLANTA, NY 31193-3316 | 6/5/2020 | $30,192 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL CA INC DBA CA TECHNOLOGIES** | | **$30,192** | |
| 3.40 CAM PINNACLE INDUSTRIAL LLC / 1098<br>C/O COHEN ASSET MANAGEMENT, INC<br>11000 WILSHIRE BLVD., #24710<br>LOS ANGELES, CA 90024 | 5/23/2020<br>6/13/2020<br>7/10/2020 | $17,911<br>$6,889<br>$11,023 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| **TOTAL CAM PINNACLE INDUSTRIAL LLC / 1098** | | **$35,823** | |
| 3.41 CAMILLE THERESE LEBOURGEOIS<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $8,222 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| **TOTAL CAMILLE THERESE LEBOURGEOIS** | | **$8,222** | |

Tailored Shared Services, LLC

**Case Number:** 20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.42 | CARLY TALAMANTES<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $8,592 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | TOTAL CARLY TALAMANTES | | $8,592 | |
| 3.43 | CARTER JOE M<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/25/2020 | $33 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Employee |
| | TOTAL CARTER JOE M | | $33 | |
| 3.44 | CARY LEE HEIDESCH<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $17,917 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | TOTAL CARY LEE HEIDESCH | | $17,917 | |
| 3.45 | CECILIA J ROBINSON<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $15,567 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | TOTAL CECILIA J ROBINSON | | $15,567 | |
| 3.46 | CHRISTOPHER J HALL<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $13,507 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | TOTAL CHRISTOPHER J HALL | | $13,507 | |

**Tailored Shared Services, LLC**                                    **Case Number:**      20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.47 CINTAS FIRST AID & SAFETY CORPORATION<br>PO BOX 631025<br>CINCINNATI, OH 45263-1025 | 6/27/2020 | $104 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | 6/27/2020 | $652 | |
| | 6/27/2020 | $2,589 | |
| | 7/9/2020 | $194 | |
| | 7/9/2020 | $30 | |
| | 7/14/2020 | $685 | |
| | 7/14/2020 | $2,012 | |
| | 7/21/2020 | $1,383 | |
| | 7/21/2020 | $1,925 | |
| **TOTAL CINTAS FIRST AID & SAFETY CORPORATION** | | **$9,573** | |
| 3.48 CITRIX SYSTEMS INC.<br>P.O. BOX 931686<br>ATLANTA, GA 31193-1686 | 7/24/2020 | $29,826 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL CITRIX SYSTEMS INC.** | | **$29,826** | |
| 3.49 COMDATA<br>P.O. BOX 845738<br>DALLAS, TX 75284-5738 | 6/26/2020 | $24,331 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL COMDATA** | | **$24,331** | |
| 3.50 COMPUTERSHARE<br>DEPT CH 19228<br>PALATINE, IL 60055-9228 | 6/5/2020 | $14,101 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL COMPUTERSHARE** | | **$14,101** | |
| 3.51 COREMEDIA CORPORATION<br>1001 N 19TH STREET<br>SUITE 1200<br>ARLINGTON, VA 22209 | 7/2/2020 | $40,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | 7/22/2020 | $42,800 | |
| **TOTAL COREMEDIA CORPORATION** | | **$82,800** | |

**Tailored Shared Services, LLC**                                    **Case Number:        20-33913 (MI)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.52 | CORVEL CORPORATION<br>PO BOX 843586<br>LOS ANGELES, CA 90084-3586 | 5/5/2020<br>5/5/2020<br>5/5/2020<br>5/14/2020 | $2,928<br>$5,852<br>$19,529<br>$10,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL CORVEL CORPORATION** | | **$38,309** | |
| 3.53 | COURTNEY CORTEZ<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $8,294 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| | **TOTAL COURTNEY CORTEZ** | | **$8,294** | |
| 3.54 | CREATIVE CIRCLE SAN FRANCISCO<br>PO BOX 74008799<br>CHICAGO, IL 60674-8799 | 5/29/2020 | $17,761 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL CREATIVE CIRCLE SAN FRANCISCO** | | **$17,761** | |
| 3.55 | CRENSHAW-SINGLETON PROPERTIES LLC<br>1011 E. MAIN STREET, SUITE 206<br>RICHMOND, VA 23219 | 6/6/2020<br>7/10/2020 | $5,670<br>$17,010 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Landlord |
| | **TOTAL CRENSHAW-SINGLETON PROPERTIES LLC** | | **$22,680** | |
| 3.56 | CRITICAL START LLC<br>6100 TENNYSON PARKWAY<br>SUITE 200<br>PLANO, TX 75024 | 6/16/2020 | $31,122 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL CRITICAL START LLC** | | **$31,122** | |
| 3.57 | CT CORPORATION<br>PO BOX 4349<br>CAROL STREAM, IL 60197-4349 | 6/11/2020<br>7/22/2020 | $58,588<br>$26,976 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Government |
| | **TOTAL CT CORPORATION** | | **$85,564** | |

Tailored Shared Services, LLC                                        Case Number:      20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.58 CYBER GROUP, INC<br>12900 PRESTON RD<br>SUITE 900<br>DALLAS, TX 75230 | 7/2/2020 | $42,224 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL CYBER GROUP, INC** | | **$42,224** | |
| 3.59 DANIEL EDMONDS<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $12,500 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| **TOTAL DANIEL EDMONDS** | | **$12,500** | |
| 3.60 DANIEL J DRESBACH<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $10,770 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| **TOTAL DANIEL J DRESBACH** | | **$10,770** | |
| 3.61 DANIEL P CALLAHAN<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $91,970 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| **TOTAL DANIEL P CALLAHAN** | | **$91,970** | |
| 3.62 DAVID THOMAS MORGAN<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $86,478 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| **TOTAL DAVID THOMAS MORGAN** | | **$86,478** | |
| 3.63 DELOITTE & TOUCHE LLP<br>PO BOX 844708<br>DALLAS, TX 75284-4708 | 6/5/2020<br>6/19/2020<br>7/11/2020<br>7/31/2020 | $400,000<br>$30,000<br>$61,326<br>$200,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL DELOITTE & TOUCHE LLP** | | **$691,326** | |

Tailored Shared Services, LLC                                    **Case Number:**     **20-33913 (MI)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.64  DELOITTE ADVISORY<br>G.P.O. BOX 3348<br>HONG KONG<br>HONG KONG | 6/26/2020 | $13,280 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL DELOITTE ADVISORY** | | **$13,280** | |
| 3.65  DELOITTE TAX LLP<br>P.O. BOX 844736<br>DALLAS, TX 75284-4736 | 6/5/2020 | $31,500 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | 6/26/2020 | $138,902 | |
| | 7/11/2020 | $417,625 | |
| | 7/17/2020 | $139,833 | |
| | 7/24/2020 | $249,742 | |
| | 7/25/2020 | $21,000 | |
| | 7/25/2020 | $21,000 | |
| | 7/28/2020 | $170,707 | |
| | 7/31/2020 | $300,000 | |
| **TOTAL DELOITTE TAX LLP** | | **$1,490,309** | |
| 3.66  DELTA DENTAL<br>ATT: ACCOUNTS RECEIVABLE<br>PO BOX 7564<br>SAN FRANCISCO, CA 94120-7564 | 5/7/2020 | $17,086 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | 5/7/2020 | $29,292 | |
| | 5/15/2020 | $16,855 | |
| | 5/22/2020 | $18,327 | |
| | 6/5/2020 | $53,142 | |
| | 6/12/2020 | $51,394 | |
| | 6/19/2020 | $46,723 | |
| | 6/26/2020 | $74,281 | |
| | 7/10/2020 | $134,979 | |
| | 7/17/2020 | $90,433 | |
| | 7/25/2020 | $56,367 | |
| | 7/31/2020 | $76,559 | |
| **TOTAL DELTA DENTAL** | | **$665,440** | |

**Tailored Shared Services, LLC**                                   **Case Number:**     **20-33913 (MI)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.67 DEPARTMENT OF LABOR & INDUSTRIES<br>ELEVATOR SECTION<br>PO BOX 44480<br>OLYMPIA, WA 98504-4604 | 7/24/2020<br>7/30/2020 | $51,753<br>$2,341 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Government |
| **TOTAL DEPARTMENT OF LABOR & INDUSTRIES** | | **$54,094** | |
| 3.68 DIGICERT, INC<br>2801 NORTH THANKSGIVING WAY<br>LEHI, UT 84043-5596 | 6/9/2020<br>6/9/2020<br>7/10/2020<br>7/17/2020 | $5,387<br>$695<br>$4,975<br>$3,990 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL DIGICERT, INC** | | **$15,047** | |
| 3.69 DISCOVER E SOLUTIONS LTD<br>2 ALEXANDRA GATE, FFORDD PENGAM<br>CARDIFF CF24 2SA<br>UNITED KINGDOM | 7/29/2020 | $216,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL DISCOVER E SOLUTIONS LTD** | | **$216,000** | |
| 3.70 DORIO, MICHELE<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 6/5/2020 | $360 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Employee |
| **TOTAL DORIO, MICHELE** | | **$360** | |
| 3.71 DUFF & PHELPS LLC<br>12595 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | 6/11/2020 | $36,750 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL DUFF & PHELPS LLC** | | **$36,750** | |
| 3.72 DUO SECURITY INC<br>DEPT LA 24804<br>PASADENA, CA 91185-4804 | 6/16/2020 | $29,981 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL DUO SECURITY INC** | | **$29,981** | |

**Tailored Shared Services, LLC**  | **Case Number:**   20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.73 | EASTGROUP PROPERTIES LP/2095<br>PO BOX 676488<br>DALLAS, TX 75267-6488 | 6/6/2020<br>6/13/2020 | $7,744<br>$5,289 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| | **TOTAL EASTGROUP PROPERTIES LP/2095** | | **$13,033** | |
| 3.74 | ELIZABETH ANNE CASTRO<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $7,471 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL ELIZABETH ANNE CASTRO** | | **$7,471** | |
| 3.75 | ENGIE INSIGHT<br>1313 NORTH ATLANTIC, SUITE 5000<br>SPOKANE, WA 99201-2330 | 5/29/2020<br>7/3/2020 | $15,812<br>$29,939 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| | **TOTAL ENGIE INSIGHT** | | **$45,751** | |
| 3.76 | ENTERPRISE LEASING COMPANY<br>CUSTOMER BILLING<br>PO BOX 800089<br>KANSAS CITY, MO 64180-0089 | 6/27/2020<br>7/21/2020 | $8,384<br>$1,630 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| | **TOTAL ENTERPRISE LEASING COMPANY** | | **$10,014** | |
| 3.77 | ERIKA KAY BONNER<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $8,069 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL ERIKA KAY BONNER** | | **$8,069** | |
| 3.78 | ESWAR PRASAD KONAPURAM CHINNA<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 5/23/2020 | $7,528 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL ESWAR PRASAD KONAPURAM CHINNA** | | **$7,528** | |

Tailored Shared Services, LLC                                    **Case Number:**      20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.79 EXCEL BUSINESS PARK LLC / 21029<br>2518 N SANTIAGO BLVD<br>ORANGE, CA 92867 | 6/6/2020<br>7/10/2020 | $11,230<br>$33,689 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| **TOTAL EXCEL BUSINESS PARK LLC / 21029** | | **$44,918** | |
| 3.80 EXETER 2850 COLONNADES, LLC / 58581<br>101 W. ELM STREET, SUITE 600<br>CONSHOHOCKEN, PA 19428 | 6/24/2020<br>7/3/2020 | $152,937<br>$50,979 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| **TOTAL EXETER 2850 COLONNADES, LLC / 58581** | | **$203,916** | |
| 3.81 EXPERIAN<br>955 AMERICAN LANE<br>SCHAUMBURG, IL 60173 | 7/14/2020 | $120,183 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL EXPERIAN** | | **$120,183** | |
| 3.82 FABRITEC INTERNATIONAL CORP.<br>PO BOX 631576<br>CINCINNATI, OH 45263-1576 | 6/27/2020<br>7/21/2020 | $18,884<br>$5,701 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL FABRITEC INTERNATIONAL CORP.** | | **$24,584** | |
| 3.83 FIRST INDUSTRIAL LP - #4097<br>P.O. BOX 932265<br>CLEVELAND, OH 44193 | 6/6/2020<br>6/18/2020<br>7/10/2020 | $6,825<br>$12,572<br>$6,825 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| **TOTAL FIRST INDUSTRIAL LP - #4097** | | **$26,222** | |

**Tailored Shared Services, LLC**                                    **Case Number:**    20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
| --- | --- | --- | --- | --- |
| 3.84 | FLEXO CRAFT PRINTS<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485-6333 | 6/4/2020<br>7/1/2020<br>7/9/2020<br>7/15/2020 | $6,652<br>$811<br>$4,982<br>$439 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL FLEXO CRAFT PRINTS** | | **$12,885** | |
| 3.85 | FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP<br>75 REMITTANCE DRIVE<br>SUITE # 6072<br>CHICAGO, IL 60675-6072 | 7/22/2020<br>7/29/2020<br>7/30/2020 | $60,512<br>$18,386<br>$5,468 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP** | | **$84,366** | |
| 3.86 | FTI CONSULTING, INC<br>PO BOX 418005<br>BOSTON, MA 02241-8005 | 7/21/2020<br>7/31/2020 | $250,000<br>$200,988 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL FTI CONSULTING, INC** | | **$450,988** | |
| 3.87 | GAIL BELLE<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 5/9/2020<br>5/9/2020<br>5/23/2020<br>5/23/2020 | $2,043<br>$2,043<br>$2,043<br>$2,043 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| | **TOTAL GAIL BELLE** | | **$8,174** | |

**Tailored Shared Services, LLC**                                                      Case Number:     20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|-----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.88 GALLAGHER BASSETT<br>2850 GOLF ROAD<br>ROLLING MEADOWS, IL 60008 | 7/10/2020<br>7/14/2020<br>7/21/2020<br>7/31/2020 | $17,600<br>$224,138<br>$150,000<br>$102,167 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL GALLAGHER BASSETT** | **$493,905** | |
| 3.89 GARDA CL SOUTHWEST INC<br>LOCKBOX #233209<br>3209 MOMENTUM PLACE<br>CHICAGO, IL 60689-5332 | 7/10/2020<br>7/31/2020 | $10,516<br>$9,863 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL GARDA CL SOUTHWEST INC** | **$20,379** | |
| 3.90 GARY CKODRE<br>PO BOX 250<br>INDUSTRY, TX 78944 | 6/10/2020<br>6/11/2020<br>6/12/2020<br>6/26/2020 | $2,525<br>$56,230<br>$16,683<br>$3,500 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL GARY CKODRE** | **$78,938** | |
| 3.91 GIBSON, DUNN & CRUTCHER LLP<br>200 PARK AVENUE<br>NEW YORK, NY 10166-0193 | 7/2/2020<br>7/31/2020 | $241,180<br>$623,790 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL GIBSON, DUNN & CRUTCHER LLP** | **$864,970** | |
| 3.92 GOOGLE, INC.<br>DEPT 33654<br>P.O. BOX 39000<br>SAN FRANCISCO, CA 94139 | 5/21/2020 | $103,200 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL GOOGLE, INC.** | **$103,200** | |

**Tailored Shared Services, LLC**  **Case Number:**  **20-33913 (MI)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.93 | GREEN EARTH SOLUTIONS LLC<br>51 WEST 135TH STREET<br>KANSAS CITY, MO 64145 | 5/16/2020<br>6/12/2020 | $25,003<br>$4,900 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL GREEN EARTH SOLUTIONS LLC** | | **$29,903** | |
| 3.94 | GREENBERG TRAURIG LLP<br>1840 CENTURY PARK EAST<br>SUITE 1900<br>LOS ANGELES, CA 90067 | 7/27/2020<br>7/30/2020 | $233,217<br>$136,055 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL GREENBERG TRAURIG LLP** | | **$369,272** | |
| 3.95 | GREGORY C BOARD<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $35,980 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL GREGORY C BOARD** | | **$35,980** | |
| 3.96 | GREGORY WATSON<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $23,231 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL GREGORY WATSON** | | **$23,231** | |
| 3.97 | GULF STATES LAUNDRY MACHINERY CO<br>12647 MEMORIAL DRIVE<br>HOUSTON, TX 77024 | 7/16/2020<br>7/21/2020 | $10,378<br>$1,680 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL GULF STATES LAUNDRY MACHINERY CO** | | **$12,058** | |
| 3.98 | GURTLER INDUSTRIES INC.<br>15475 SOUTH LASALLE STREET<br>SOUTH HOLLAND, IL 60473 | 6/27/2020<br>7/8/2020 | $12,912<br>$4,194 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL GURTLER INDUSTRIES INC.** | | **$17,106** | |

**Tailored Shared Services, LLC**

**Case Number:** 20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.99 HANGERLOGIC<br>200-2500 RUE SENKUS<br>LASALLE, QC H8N 2X9<br>CANADA | 6/29/2020<br>6/30/2020<br>7/7/2020<br>7/8/2020<br>7/13/2020 | $13,177<br>$6,912<br>$12,109<br>$583<br>$2,184 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL HANGERLOGIC** | **$34,965** | |
| 3.100 HCL TECHNOLOGIES LTD<br>806 SIDDHARTH<br>96 NEHRU PLACE<br>NEW DEHLI 110-0119<br>INDIA | 6/20/2020 | $95,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL HCL TECHNOLOGIES LTD** | **$95,000** | |
| 3.101 HLS ENTERPRISES OF TEXAS, INC<br>4600 WRIGHT RD<br>STAFFORD, TX 77477 | 7/28/2020 | $7,980 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL HLS ENTERPRISES OF TEXAS, INC** | **$7,980** | |
| 3.102 HOULIHAN LOKEY CAPITAL, INC<br>10250 CONSTELLATION BLVD<br>5TH FLOOR<br>LOS ANGELES, CA 90067 | 7/30/2020 | $451,117 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL HOULIHAN LOKEY CAPITAL, INC** | **$451,117** | |
| 3.103 HOUSTON COMMUNICATIONS INC<br>1105 INDUSTRIAL BLVD.<br>SUGAR LAND, TX 77478 | 5/21/2020<br>6/12/2020 | $5,953<br>$1,678 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL HOUSTON COMMUNICATIONS INC** | **$7,631** | |

Tailored Shared Services, LLC

**Case Number:**     20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
| --- | --- | --- | --- | --- |
| 3.104 | HOUSTON FOAM PLASTICS<br>2019 BROOKS STREET<br>HOUSTON, TX 77026 | 6/22/2020 | $128,560 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | | 6/24/2020 | $212 | |
| | | 7/9/2020 | $2,780 | |
| | | 7/9/2020 | $6,567 | |
| | | 7/15/2020 | $4,722 | |
| | | 7/23/2020 | $11,875 | |
| | **TOTAL HOUSTON FOAM PLASTICS** | | **$154,716** | |
| 3.105 | HUNTON TRANE SERVICES<br>P.O. BOX 4591<br>HOUSTON, TX 77210-4591 | 5/20/2020 | $54,125 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL HUNTON TRANE SERVICES** | | **$54,125** | |
| 3.106 | IAC VABP, LLC / 2099<br>C/O INTERNATIONAL AIRPORT CENTERS<br>1849 GREEN BAY ROAD 4FI<br>HIGHLAND PARK, IL 60035 | 6/13/2020 | $27,181 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| | **TOTAL IAC VABP, LLC / 2099** | | **$27,181** | |
| 3.107 | IAN J FORSYTH<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $45,716 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL IAN J FORSYTH** | | **$45,716** | |
| 3.108 | INCOMM CONFERENCING<br>208 HARRISTOWN ROAD, SUITE 202<br>GLEN ROCK, NJ 07452 | 7/29/2020 | $10,688 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL INCOMM CONFERENCING** | | **$10,688** | |

**Tailored Shared Services, LLC**                                    **Case Number:**      20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.109 INDIUM SOFTWARE, INC<br>300 CARNEGIE CENTRE<br>SUITE 150<br>PRINCETON, NJ 08540 | 6/23/2020<br>7/18/2020 | $14,896<br>$7,336 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL INDIUM SOFTWARE, INC** | | **$22,232** | |
| 3.110 INDUSTRIAL COLOR INC<br>32 AVENUE OF THE AMERICAS, 22ND FLOOR<br>NEW YORK, NY 10013 | 6/23/2020<br>7/22/2020 | $6,745<br>$6,695 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL INDUSTRIAL COLOR INC** | | **$13,440** | |
| 3.111 INTALYTICS INC<br>5 RESEARCH DRIVE SUITE A<br>ANN ARBOR, MI 48103 | 6/19/2020 | $157,721 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL INTALYTICS INC** | | **$157,721** | |
| 3.112 INTEGRITY COMMUNICATIONS & SOLUTIONS,INC<br>1384 HOSFORD STREET<br>HUDSON, WI 54016 | 5/21/2020<br>5/23/2020<br>7/10/2020<br>7/21/2020 | $10,564<br>$7,789<br>$1,160<br>$343 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL INTEGRITY COMMUNICATIONS & SOLUTIONS,INC** | | **$19,856** | |
| 3.113 INTRALINKS INC.<br>PO BOX 392134<br>PITTSBURGH, PA 15251-9134 | 7/16/2020<br>7/24/2020 | $10,391<br>$533 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL INTRALINKS INC.** | | **$10,924** | |

Tailored Shared Services, LLC                                                 Case Number:     20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.114  INVOKE TAX PARTNERS, LLC<br>12221 MERIT DR<br>SUITE 1200<br>DALLAS, TX 75251 | 6/13/2020<br>7/24/2020 | $22,260<br>$22,260 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL INVOKE TAX PARTNERS, LLC** | | **$44,520** | |
| 3.115  JAMES C JONES<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $11,154 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| **TOTAL JAMES C JONES** | | **$11,154** | |
| 3.116  JAMES E RINKE<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $33,459 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| **TOTAL JAMES E RINKE** | | **$33,459** | |
| 3.117  JAMES K ALDER<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 5/9/2020<br>5/9/2020<br>5/23/2020<br>5/23/2020<br>6/6/2020<br>6/6/2020<br>6/20/2020<br>6/20/2020<br>7/4/2020<br>7/4/2020<br>7/18/2020<br>7/18/2020<br>8/1/2020<br>8/1/2020 | $1,831<br>$1,831<br>$1,831<br>$1,831<br>$1,831<br>$1,831<br>$1,831<br>$1,831<br>$1,831<br>$1,831<br>$1,831<br>$1,831<br>$1,831<br>$1,831 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| **TOTAL JAMES K ALDER** | | **$25,632** | |

Tailored Shared Services, LLC

**Case Number:** 20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.118 | JAMES RAYMOND SAGE<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $87,116 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| | **TOTAL JAMES RAYMOND SAGE** | | **$87,116** | |
| 3.119 | JAMES W CARTER<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 5/9/2020 | $2,051 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| | | 5/9/2020 | $2,051 | |
| | | 5/23/2020 | $2,051 | |
| | | 5/23/2020 | $2,051 | |
| | | 6/6/2020 | $2,051 | |
| | | 6/6/2020 | $2,051 | |
| | | 6/20/2020 | $2,051 | |
| | | 6/20/2020 | $2,051 | |
| | **TOTAL JAMES W CARTER** | | **$16,408** | |
| 3.120 | JEFFREY O'NEIL<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $13,033 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| | **TOTAL JEFFREY O'NEIL** | | **$13,033** | |
| 3.121 | JENNIFER KIMBERLY LEMA<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $10,769 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| | **TOTAL JENNIFER KIMBERLY LEMA** | | **$10,769** | |
| 3.122 | JESSICA MEIN-LING HSU<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $9,508 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| | **TOTAL JESSICA MEIN-LING HSU** | | **$9,508** | |

Tailored Shared Services, LLC                                    Case Number:      20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.123 JOE M CARTER<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $87,434 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL JOE M CARTER** | **$87,434** | |
| 3.124 JOHANNES GROVE<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $21,538 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL JOHANNES GROVE** | **$21,538** | |
| 3.125 JOHN M DURACK<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 5/23/2020<br>5/23/2020 | $9,275<br>$3,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL JOHN M DURACK** | **$12,275** | |
| 3.126 JOHN WESLEY DAVIS<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $6,923 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL JOHN WESLEY DAVIS** | **$6,923** | |
| 3.127 JONATHAN JOSEPH BRIAN<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $13,522 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL JONATHAN JOSEPH BRIAN** | **$13,522** | |
| 3.128 JONATHAN MOELLER<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $12,151 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL JONATHAN MOELLER** | **$12,151** | |

**Tailored Shared Services, LLC**　　　　　　　　　　　　　　**Case Number:**　　　20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.129 | JOSEPH KRISTYNIK<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $20,518 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other　Severance |
| | **TOTAL JOSEPH KRISTYNIK** | | **$20,518** | |
| 3.130 | JULIA ANN MACMEDAN<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $69,231 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other　Severance |
| | **TOTAL JULIA ANN MACMEDAN** | | **$69,231** | |
| 3.131 | KATIE J STOGNER<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $63,797 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other　Severance |
| | **TOTAL KATIE J STOGNER** | | **$63,797** | |
| 3.132 | KELLY VENTURA CEREZO<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $11,144 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other　Severance |
| | **TOTAL KELLY VENTURA CEREZO** | | **$11,144** | |
| 3.133 | KEMP BROTHERS COMPANY - #4098 RELO<br>275 GIRARD<br>MADISON HEIGHTS, MI 48071 | 6/18/2020<br>7/10/2020 | $27,688<br>$8,180 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other　Landlord |
| | **TOTAL KEMP BROTHERS COMPANY - #4098 RELO** | | **$35,868** | |
| 3.134 | KENNETH E WIDNER<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $83,077 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other　Severance |
| | **TOTAL KENNETH E WIDNER** | | **$83,077** | |

**Tailored Shared Services, LLC**

**Case Number:** **20-33913 (MI)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.135 KERRY RAGSDALE<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $84,479 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| **TOTAL KERRY RAGSDALE** | | **$84,479** | |
| 3.136 KEVIN ANTHONY GOLDSON<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $7,308 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| **TOTAL KEVIN ANTHONY GOLDSON** | | **$7,308** | |
| 3.137 KEYSTONE LOGIC, INC<br>4512 LEGACY DRIVE<br>SUITE 100<br>PLANO, TX 75024 | 6/23/2020 | $22,460 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL KEYSTONE LOGIC, INC** | | **$22,460** | |
| 3.138 KIERSA NORCUTT HOLLESCHAU<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $18,303 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| **TOTAL KIERSA NORCUTT HOLLESCHAU** | | **$18,303** | |
| 3.139 KONICA MINOLTA<br>21719 NETWORK PLACE<br>CHICAGO, IL 60673-1217 | 6/26/2020 | $45,056 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL KONICA MINOLTA** | | **$45,056** | |
| 3.140 KPMG LLP<br>DEPT #0754<br>P.O. BOX 120754<br>DALLAS, TX 75312-0754 | 6/11/2020<br>7/24/2020<br>7/24/2020 | $225,000<br>$98,510<br>$51,669 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL KPMG LLP** | | **$375,179** | |

**Tailored Shared Services, LLC**

**Case Number:**  **20-33913 (MI)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.141 | LAQUITTE MYSHRALL<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $9,370 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL LAQUITTE MYSHRALL** | | **$9,370** | |
| 3.142 | LESLIE NATHAN<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $8,629 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL LESLIE NATHAN** | | **$8,629** | |
| 3.143 | LIBERTY PROPERTY LTD PARTNERSHIP / 3097<br>650 E. SWEDESFORD ROAD, STE 400<br>WAYNE, PA 19087 | 6/18/2020<br>7/10/2020 | $17,501<br>$21,984 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| | **TOTAL LIBERTY PROPERTY LTD PARTNERSHIP / 3097** | | **$39,485** | |
| 3.144 | LINCOLN LIFE & ANNUITY COMP. OF NEW YORK<br>PO BOX 7247-0347<br>PHILADELPHIA, PA 19170-0347 | 6/11/2020<br>7/24/2020 | $11,714<br>$4,181 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| | **TOTAL LINCOLN LIFE & ANNUITY COMP. OF NEW YORK** | | **$15,895** | |
| 3.145 | LINCOLN NATIONAL LIFE (LNL)<br>PO BOX 0821<br>CAROL STREAM, IL 60132-0821 | 5/15/2020<br>6/5/2020<br>6/19/2020<br>7/25/2020 | $38,425<br>$75,145<br>$37,949<br>$1,103 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| | **TOTAL LINCOLN NATIONAL LIFE (LNL)** | | **$152,622** | |

**Tailored Shared Services, LLC**                                    **Case Number:**    20-33913 **(MI)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.146 | LIT INDUSTRIAL, LP<br>PFLUMM BUSINESS CENTER, BLDG VI<br>PO BOX 6216<br>HICKSVILLE, NY 11802-6216 | 7/21/2020<br>7/23/2020 | $42,896<br>$4,065 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| | **TOTAL LIT INDUSTRIAL, LP** | | **$46,961** | |
| 3.147 | LIT INDUSTRIAL, LP / 1097<br>PO BOX 6216<br>HICKSVILLE, NY 11802-6216 | 6/5/2020<br>6/11/2020<br>7/10/2020 | $14,854<br>$7,427<br>$7,427 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| | **TOTAL LIT INDUSTRIAL, LP / 1097** | | **$29,708** | |
| 3.148 | LOGICSOURCE INC<br>20 MARSHALL ST<br>SUITE 210<br>NORWALK, CT 06854 | 7/3/2020 | $216,667 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| | **TOTAL LOGICSOURCE INC** | | **$216,667** | |
| 3.149 | LORETTA HUANG<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $30,769 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL LORETTA HUANG** | | **$30,769** | |
| 3.150 | LORI B SIMS<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $14,921 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL LORI B SIMS** | | **$14,921** | |
| 3.151 | LYNN MARION HUMPHREYS<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $36,693 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL LYNN MARION HUMPHREYS** | | **$36,693** | |

**Tailored Shared Services, LLC**                                    **Case Number:**     20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.152   MAGNUM STAFFING SERVICES<br>PO BOX 200208<br>DALLAS, TX 75320-0208 | 6/17/2020<br>6/26/2020<br>6/27/2020<br>7/2/2020<br>7/11/2020<br>7/15/2020<br>7/25/2020<br>7/31/2020 | $25,937<br>$25,073<br>$24,383<br>$3,693<br>$183<br>$20,165<br>$24,455<br>$40,907 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL MAGNUM STAFFING SERVICES** | | **$164,795** | |
| 3.153   MALLARD MANUFACTURING CORPORATION<br>101 MALLARD ROAD<br>STERLING, IL 61081 | 5/20/2020 | $15,760 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| **TOTAL MALLARD MANUFACTURING CORPORATION** | | **$15,760** | |
| 3.154   MATTHEW S SINCIC<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $7,692 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| **TOTAL MATTHEW S SINCIC** | | **$7,692** | |
| 3.155   MCCONNELL & JONES LLP<br>4828 LOOP CENTRAL DRIVE<br>SUITE 1000<br>HOUSTON, TX 77081 | 6/4/2020<br>7/31/2020 | $7,500<br>$22,325 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL MCCONNELL & JONES LLP** | | **$29,825** | |
| 3.156   MCINTOSH, KIM<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/10/2020 | $13,108 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Employee |
| **TOTAL MCINTOSH, KIM** | | **$13,108** | |

**Tailored Shared Services, LLC**                                      **Case Number:**    20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.157   MCMILLAN LLP<br>BROOKFIELD PLACE<br>181 BAY STREET, SUITE 4400<br>TORONTO, ON M5J 2T3<br>CANADA | 7/27/2020 | $84,758 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
|                            **TOTAL MCMILLAN LLP** | | $84,758 | |
| 3.158   MECHANICAL SERVICES COMPANY<br>1145 OAK STREET<br>PITTSTON, PA 18640 | 6/27/2020 | $6,707 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | 7/9/2020 | $2,557 | |
| | 7/14/2020 | $9,005 | |
| | 7/21/2020 | $10,708 | |
|       **TOTAL MECHANICAL SERVICES COMPANY** | | $28,977 | |
| 3.159   MEEI-ING CHANG<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 5/9/2020 | $1,486 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | 5/9/2020 | $1,486 | |
| | 5/23/2020 | $1,486 | |
| | 5/23/2020 | $1,486 | |
| | 6/6/2020 | $1,486 | |
| | 6/6/2020 | $1,486 | |
| | 6/20/2020 | $1,486 | |
| | 6/20/2020 | $1,486 | |
| | 7/4/2020 | $1,486 | |
| | 7/4/2020 | $1,486 | |
| | 7/18/2020 | $1,486 | |
| | 7/18/2020 | $1,486 | |
| | 8/1/2020 | $1,486 | |
| | 8/1/2020 | $1,486 | |
|                    **TOTAL MEEI-ING CHANG** | | $20,801 | |

**Tailored Shared Services, LLC**                                    Case Number:        20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.160 MICHAEL WILLIAM STOKES<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $9,231 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| **TOTAL MICHAEL WILLIAM STOKES** | | **$9,231** | |
| 3.161 MICHELE DORIO<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $13,934 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| **TOTAL MICHELE DORIO** | | **$13,934** | |
| 3.162 MIDTOWN STORAGE, LLC / 4096<br>1220 WEST 20TH STREET<br>ERIE, PA 16502 | 6/6/2020<br>7/10/2020 | $3,471<br>$3,471 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| **TOTAL MIDTOWN STORAGE, LLC / 4096** | | **$6,942** | |
| 3.163 MIDWEST GARMENT INC.<br>124 ROSE STREET<br>LA CROSSE, WI 54603 | 7/7/2020 | $55,056 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL MIDWEST GARMENT INC.** | | **$55,056** | |
| 3.164 MINDA SUPPLY COMPANY<br>380 FRANKLIN TURNPIKE<br>MAHWAH, NJ 07430 | 7/14/2020<br>7/21/2020 | $1,205<br>$9,311 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **TOTAL MINDA SUPPLY COMPANY** | | **$10,516** | |
| 3.165 MIRNA S OSORIO<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $13,104 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| **TOTAL MIRNA S OSORIO** | | **$13,104** | |

Tailored Shared Services, LLC

**Case Number:      20-33913 (MI)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.166 | MIURA AMERICA CO., LTD<br>PO BOX 936203<br>ATLANTA, GA 31193-6203 | 7/14/2020 | $10,667 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL MIURA AMERICA CO., LTD** | | **$10,667** | |
| 3.167 | MOODY'S INVESTOR SERVICE<br>PO BOX 102597<br>ATLANTA, GA 30368-0597 | 7/11/2020 | $115,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL MOODY'S INVESTOR SERVICE** | | **$115,000** | |
| 3.168 | MOREDIRECT, INC<br>MOREDIRECT, INC<br>P.O. BOX 536464<br>PITTSBURGH, PA 15253-5906 | 6/20/2020<br>7/10/2020<br>7/16/2020 | $93,961<br>$77,988<br>$1,845 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL MOREDIRECT, INC** | | **$173,794** | |
| 3.169 | MORGAN, LEWIS & BOCKIUS LLP<br>101 PARK AVENUE<br>NEW YORK, NY 10178-0060 | 7/24/2020<br>7/31/2020 | $350,000<br>$194,412 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL MORGAN, LEWIS & BOCKIUS LLP** | | **$544,412** | |
| 3.170 | NANCY DEPPER<br>2724 LAS AROMAS<br>OAKLAND, CA 94611 | 7/15/2020 | $8,250 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL NANCY DEPPER** | | **$8,250** | |
| 3.171 | NORDCO, INC<br>PO BOX 820875<br>DALLAS, TX 75382 | 6/5/2020<br>6/9/2020<br>7/9/2020 | $51,093<br>$25,546<br>$4,642 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL NORDCO, INC** | | **$81,281** | |

Tailored Shared Services, LLC | Case Number: | 20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.172 | ORBIS<br>75 REMITTANCE DRIVE, DEPT 6965<br>CHICAGO, IL 60675-6965 | 5/21/2020<br>7/14/2020 | $14,949<br>$47 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL ORBIS** | | **$14,996** | |
| 3.173 | PACESETTER PERSONNEL SERVICES<br>PO BOX 2324<br>HOUSTON, TX 77252-2324 | 6/27/2020<br>7/14/2020 | $25,931<br>$8,465 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL PACESETTER PERSONNEL SERVICES** | | **$34,395** | |
| 3.174 | PAN PACIFIC PLASTICS MGF., INC.<br>26551 DANTI COURT<br>HAYWARD, CA 94545 | 6/27/2020<br>7/1/2020<br>7/9/2020<br>7/14/2020<br>7/15/2020<br>7/21/2020<br>7/23/2020 | $1,947<br>$5,219<br>$7,477<br>$4,662<br>$3,864<br>$8,709<br>$637 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL PAN PACIFIC PLASTICS MGF., INC.** | | **$32,515** | |
| 3.175 | PAY GOVERNANCE LLC<br>100 NORTH 18TH STREET, SUITE 821<br>TWO LOGAN SQUARE<br>PHILADELPHIA, PA 19103 | 6/18/2020<br>6/24/2020<br>7/15/2020<br>7/23/2020 | $29,368<br>$43,220<br>$31,868<br>$60,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL PAY GOVERNANCE LLC** | | **$164,455** | |

Tailored Shared Services, LLC                                    Case Number:        20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.176  PIVOT TECHNOLOGY SERVICES CORP<br>PO BOX 733113<br>DALLAS, TX 75373-3113 | 5/16/2020<br><br>7/2/2020 | $401,843<br><br>$581,265 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| TOTAL PIVOT TECHNOLOGY SERVICES CORP | | $983,109 | |
| 3.177  PRE PARTNERSHIP / 4099<br>2575 NORTH FAIRVIEW AVE<br>SUITE 250<br>ROSEVILLE, MN 55113 | 5/13/2020<br><br>6/6/2020<br><br>7/10/2020 | $9,191<br><br>$2,494<br><br>$6,698 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Landlord |
| TOTAL PRE PARTNERSHIP / 4099 | | $18,383 | |
| 3.178  PROLOGIS LIMITED PARTNERSHIP I<br>PO BOX 198267<br>ATLANTA, GA 30384-8267 | 6/18/2020 | $52,167 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Landlord |
| TOTAL PROLOGIS LIMITED PARTNERSHIP I | | $52,167 | |
| 3.179  PROTECTION ONE<br>PO BOX 872987<br>KANSAS CITY, MO 64187-2987 | 6/26/2020<br><br>7/31/2020 | $39,152<br><br>$5,282 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| TOTAL PROTECTION ONE | | $44,434 | |
| 3.180  PROVECTUS IT INC<br>125 UNIVERSITY AVENUE<br>SUITE 290<br>PALO ALTO, CA 94301 | 6/23/2020 | $50,530 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| TOTAL PROVECTUS IT INC | | $50,530 | |

**Tailored Shared Services, LLC**                                    **Case Number:**    20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.181  QUEST DIAGNOSTICS<br>PO BOX 740709<br>ATLANTA, GA 30374-0709 | 5/15/2020<br>6/26/2020<br>7/31/2020 | $34,658<br>$25,260<br>$3,183 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL QUEST DIAGNOSTICS** | | **$63,101** | |
| 3.182  RAYMOND GILLASPIE<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $27,035 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| **TOTAL RAYMOND GILLASPIE** | | **$27,035** | |
| 3.183  REBECCA L RODRIGUE<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $9,400 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Severance |
| **TOTAL REBECCA L RODRIGUE** | | **$9,400** | |
| 3.184  RETAIL & HOSPITALITY ISAC<br>2200 PENNSYLVANIA AVE NW<br>SUITE 400 EAST<br>WASHINGTON, DC 20037 | 7/24/2020 | $11,475 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL RETAIL & HOSPITALITY ISAC** | | **$11,475** | |
| 3.185  ROGUE SERVICES & SOLUTIONS, LLC DBA<br>9618 JEFFERSON HWY<br>SUITE D #166<br>BATON ROUGE, LA 70809 | 7/31/2020 | $76,800 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL ROGUE SERVICES & SOLUTIONS, LLC DBA** | | **$76,800** | |

**Tailored Shared Services, LLC**                                      **Case Number:**      20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.186 | ROI SOLUTIONS LLC<br>PO BOX 674<br>PLEASANT GROVE, UT 84062 | 5/7/2020 | $151,892 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 5/15/2020 | $53,883 | |
| | | 5/22/2020 | $25,969 | |
| | | 5/29/2020 | $21,967 | |
| | | 6/5/2020 | $21,593 | |
| | | 6/12/2020 | $6,106 | |
| | | 6/19/2020 | $22,750 | |
| | | 6/26/2020 | $21,812 | |
| | | 7/2/2020 | $21,237 | |
| | | 7/10/2020 | $21,767 | |
| | | 7/17/2020 | $26,177 | |
| | | 7/25/2020 | $24,336 | |
| | | 7/31/2020 | $23,807 | |
| | **TOTAL ROI SOLUTIONS LLC** | | **$443,296** | |
| 3.187 | ROX TREP WESTCHASE, LP / 602<br>PO BOX 775900<br>CHICAGO, IL 60677-5900 | 6/27/2020 | $78,875 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Landlord |
| | **TOTAL ROX TREP WESTCHASE, LP / 602** | | **$78,875** | |
| 3.188 | RYDER INTEGRATED LOGISTICS, INC.<br>PO BOX 209022<br>DALLAS, TX 75320-9022 | 5/8/2020 | $201,009 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 5/15/2020 | $154,323 | |
| | | 5/28/2020 | $146,682 | |
| | | 6/5/2020 | $73,959 | |
| | | 6/17/2020 | $3,102 | |
| | | 7/16/2020 | $1,229 | |
| | **TOTAL RYDER INTEGRATED LOGISTICS, INC.** | | **$580,304** | |

Tailored Shared Services, LLC                                                    Case Number:      20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.189   RYDER TRANSPORTATION SVS / CHICAGO<br>P.O. BOX 96723<br>CHICAGO, IL 60693 | 5/8/2020 | $13,008 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | 5/8/2020 | $7,653 | |
| | 5/8/2020 | $3,333 | |
| | 5/15/2020 | $12,514 | |
| | 5/15/2020 | $25,944 | |
| | 5/15/2020 | $32,231 | |
| | 5/22/2020 | $47,622 | |
| | 5/22/2020 | $32,330 | |
| | 5/22/2020 | $145,144 | |
| | 5/28/2020 | $14,520 | |
| | 5/28/2020 | $50,293 | |
| | 5/28/2020 | $14,661 | |
| | 6/5/2020 | $5,400 | |
| | 6/5/2020 | $133,682 | |
| | 6/5/2020 | $13,886 | |
| | 6/11/2020 | $214,758 | |
| | 6/11/2020 | $8,342 | |
| | 6/11/2020 | $1,933 | |
| | 6/17/2020 | $155,261 | |
| | 6/17/2020 | $32,469 | |
| | 6/17/2020 | $34,743 | |
| | 6/24/2020 | $24,455 | |
| | 6/24/2020 | $13,322 | |
| | 6/24/2020 | $77,903 | |
| | 7/2/2020 | $23,470 | |
| | 7/2/2020 | $147,844 | |
| | 7/2/2020 | $55,517 | |
| | 7/7/2020 | $22,186 | |
| | 7/7/2020 | $43,355 | |
| | 7/7/2020 | $241 | |
| | 7/9/2020 | $2,313 | |
| | 7/9/2020 | $814 | |
| | 7/9/2020 | $4,732 | |

**Tailored Shared Services, LLC**                                    **Case Number:**      20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| | 7/16/2020 | $3,349 | |
| | 7/16/2020 | $1,314 | |
| | 7/16/2020 | $8,061 | |
| | 7/24/2020 | $11,129 | |
| | 7/24/2020 | $4,219 | |
| | 7/24/2020 | $1,583 | |
| | 7/29/2020 | $4,684 | |
| | 7/29/2020 | $4,183 | |
| | 7/29/2020 | $12,137 | |
| **TOTAL RYDER TRANSPORTATION SVS / CHICAGO** | | **$1,466,535** | |
| 3.190  S MICHELLE COLEMAN<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $23,538 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other    Severance |
| **TOTAL S MICHELLE COLEMAN** | | **$23,538** | |
| 3.191  SAGEVIEW ADVISORY GROUP LLC<br>1920 MAIN STREET, SUITE 800<br>IRVINE, CA 92614 | 6/5/2020 | $9,375 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL SAGEVIEW ADVISORY GROUP LLC** | | **$9,375** | |
| 3.192  SBA GLOBAL LOGISTICS<br>PO BOX 7777<br>OLD BETHPAGE, NY 11804-0060 | 7/31/2020 | $401,495 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| **TOTAL SBA GLOBAL LOGISTICS** | | **$401,495** | |
| 3.193  SCOTT WESLEY SHAVER<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $67,385 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other    Severance |
| **TOTAL SCOTT WESLEY SHAVER** | | **$67,385** | |

**Tailored Shared Services, LLC**                                      **Case Number:**      20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.194 | SECURITY RESOURCES, INC.<br>PO BOX 782423<br>PHILADELPHIA, PA 19178-2423 | 7/3/2020 | $33,965 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL SECURITY RESOURCES, INC.** | | **$33,965** | |
| 3.195 | SEDGWICK CLAIMS MANAGEMENT SERVICES INC<br>8125 SEDGWICK WAY<br>MEMPHIS, TN 38125 | 5/6/2020<br>5/14/2020<br>5/21/2020<br>6/11/2020<br>7/1/2020<br>7/24/2020 | $373<br>$195<br>$2,352<br>$5,111<br>$3,857<br>$2,143 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL SEDGWICK CLAIMS MANAGEMENT SERVICES INC** | | **$14,030** | |
| 3.196 | SETH DAVID WASCHITZ<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $112,500 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL SETH DAVID WASCHITZ** | | **$112,500** | |
| 3.197 | SEWING COLLECTION, INC<br>3121 E. 26TH STREET<br>VERNON, CA 90058 | 5/22/2020<br>6/11/2020<br>6/13/2020 | $20,807<br>$8,900<br>$109,435 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL SEWING COLLECTION, INC** | | **$139,141** | |
| 3.198 | SHALOM LAW PLLC<br>105-13 METROPOLITAN AVE<br>#N/A<br>FOREST HILLS, NY 11375 | 7/30/2020 | $14,500 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL SHALOM LAW PLLC** | | **$14,500** | |

**Tailored Shared Services, LLC**                                    **Case Number:**     **20-33913 (MI)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.199 SHI INTERNATIONAL CORP<br>PO BOX 952121<br>DALLAS, TX 75395-2121 | 6/2/2020<br>6/6/2020 | $33,206<br>$21,093 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL SHI INTERNATIONAL CORP** | | **$54,299** | |
| 3.200 SILVER TEXLAND, LLC/# 3095<br>C/O SILVER INVESTMENTS LIMITED<br>1805 SARDIS ROAD NORTH<br>CHARLOTTE, NC 28270 | 6/6/2020<br>7/10/2020 | $3,521<br>$3,521 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Landlord |
| **TOTAL SILVER TEXLAND, LLC/# 3095** | | **$7,042** | |
| 3.201 SKILLNET SOLUTIONS INC.<br>1151 SONORA COURT STE 2<br>SUNNYVALE, CA 94086 | 7/10/2020 | $26,880 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL SKILLNET SOLUTIONS INC.** | | **$26,880** | |
| 3.202 SOFTSERVE, INC<br>12800 UNIVERSITY DRIVE<br>STE 410<br>FORT MYERS, FL 33907 | 7/16/2020 | $136,762 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL SOFTSERVE, INC** | | **$136,762** | |
| 3.203 ST. LOUIS INDUSTRIAL PROP., LLC / 1095<br>14500 SOUTH OUTER 40 ROAD<br>SUITE #410<br>TOWN & COUNTRY, MO 63017 | 6/5/2020<br>6/6/2020 | $2,882<br>$4,234 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Landlord |
| **TOTAL ST. LOUIS INDUSTRIAL PROP., LLC / 1095** | | **$7,116** | |
| 3.204 STANDARD & POORS CORPORATION<br>2542 COLLECTION CENTER DR.<br>CHICAGO, IL 60693 | 7/16/2020 | $99,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| **TOTAL STANDARD & POORS CORPORATION** | | **$99,000** | |

**Tailored Shared Services, LLC**                                    **Case Number:**    **20-33913 (MI)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.205  STAPLES<br>PO BOX 70242<br>PHILADELPHIA, PA 19176-0242 | 7/8/2020<br>7/10/2020<br>7/15/2020<br>7/23/2020<br>7/23/2020 | $21,531<br>$17,475<br>$6,022<br>$4,306<br>$5,954 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL STAPLES** | **$55,287** | |
| 3.206  STIKEMAN ELLIOTT<br>TOWER 56, 14TH FLOOR<br>126 EAST 56TH STREET<br>NEW YORK, NY 10022 | 7/22/2020<br>7/31/2020<br>7/31/2020<br>7/31/2020 | $75,000<br>$100,000<br>$1,188<br>$153,925 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL STIKEMAN ELLIOTT** | **$330,113** | |
| 3.207  SUBHA BHASKARAN<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 5/9/2020 | $7,885 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL SUBHA BHASKARAN** | **$7,885** | |
| 3.208  SUKHMEET KAUR<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $11,038 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL SUKHMEET KAUR** | **$11,038** | |
| 3.209  TEDRIA BRITTON<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $13,207 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL TEDRIA BRITTON** | **$13,207** | |

**Tailored Shared Services, LLC**                                        **Case Number:**     **20-33913 (MI)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.210 | TEXAS HEALTH SUPPLY, INC<br>6229 THEALL ROAD<br>SUITE B<br>HOUSTON, TX 77066 | 7/14/2020<br>7/21/2020 | $6,532<br>$1,483 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL TEXAS HEALTH SUPPLY, INC** | | **$8,015** | |
| 3.211 | THOMSON REUTERS TAX & ACCOUNTING INC<br>PO BOX 6016<br>CAROL STREAM, IL 60197-6016 | 5/7/2020 | $11,908 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL THOMSON REUTERS TAX & ACCOUNTING INC** | | **$11,908** | |
| 3.212 | TIFFANY WARD BALL<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $8,348 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| | **TOTAL TIFFANY WARD BALL** | | **$8,348** | |
| 3.213 | TOBIAS INTERNATIONAL, INC<br>16408 RED WAGON LANE<br>LEANDER, TX 78641 | 7/10/2020 | $35,707 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL TOBIAS INTERNATIONAL, INC** | | **$35,707** | |
| 3.214 | TOPPAN MERRILL LLC<br>PO BOX 74007295<br>CHICAGO, IL 60674 | 6/4/2020<br>7/25/2020<br>7/31/2020 | $24,639<br>$927<br>$27,542 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL TOPPAN MERRILL LLC** | | **$53,109** | |
| 3.215 | TRANSCO PLASTIC INDUSTRIES LTD<br>8096 MONTVIEW<br>MONT-ROYAL, QC H4P2L7<br>CANADA | 6/30/2020<br>7/8/2020<br>7/13/2020 | $8,200<br>$3,360<br>$9,732 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL TRANSCO PLASTIC INDUSTRIES LTD** | | **$21,292** | |

**Tailored Shared Services, LLC**                                    **Case Number:**     20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
| --- | --- | --- | --- |
| 3.216   TRANSPLACE TEXAS LP<br>PO BOX 90405<br>CHICAGO, IL 60696-0405 | 6/27/2020<br>7/21/2020 | $13,804<br>$12,710 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| TOTAL TRANSPLACE TEXAS LP | | $26,514 | |
| 3.217   T-SHIRT XTREMES<br>8911 MAIN ST<br>NEEDVILLE, TX 77461 | 6/17/2020 | $21,686 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| TOTAL T-SHIRT XTREMES | | $21,686 | |
| 3.218   TSR TECH, LLC<br>19713 MOORSHIRE DR<br>CERRITOS, CA 90703 | 6/12/2020<br>7/29/2020<br>7/29/2020 | $30,319<br>$6,300<br>$3,150 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| TOTAL TSR TECH, LLC | | $39,769 | |

**Tailored Shared Services, LLC**                                    **Case Number:**      20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
| --- | --- | --- | --- | --- |
| 3.219 | TX CHILD SUPPORT, SDU<br>P.O. BOX 659791<br>SAN ANTONIO, TX 78265-9791 | 5/15/2020 | $250 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | | 5/15/2020 | $307 | |
| | | 5/15/2020 | $231 | |
| | | 5/15/2020 | $104 | |
| | | 5/15/2020 | $231 | |
| | | 5/15/2020 | $307 | |
| | | 5/15/2020 | $254 | |
| | | 5/15/2020 | $312 | |
| | | 5/29/2020 | $254 | |
| | | 5/29/2020 | $307 | |
| | | 5/29/2020 | $104 | |
| | | 5/29/2020 | $264 | |
| | | 5/29/2020 | $307 | |
| | | 5/29/2020 | $231 | |
| | | 5/29/2020 | $250 | |
| | | 5/29/2020 | $312 | |
| | | 5/29/2020 | $237 | |
| | | 5/29/2020 | $231 | |
| | | 6/12/2020 | $312 | |
| | | 6/12/2020 | $51 | |
| | | 6/12/2020 | $369 | |
| | | 6/12/2020 | $407 | |
| | | 6/12/2020 | $231 | |
| | | 6/12/2020 | $307 | |
| | | 6/12/2020 | $231 | |
| | | 6/12/2020 | $307 | |
| | | 6/12/2020 | $104 | |
| | | 6/12/2020 | $254 | |
| | | 6/12/2020 | $250 | |
| | | 6/12/2020 | $367 | |

**Tailored Shared Services, LLC**                                              **Case Number:**      20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| | **TOTAL TX CHILD SUPPORT, SDU** | **$7,680** | |
| 3.220  ULINE<br>PO BOX 88741<br>CHICAGO, IL 60680-1741 | 5/20/2020 | $10,133 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | 5/22/2020 | $2,322 | |
| | 5/27/2020 | $9,205 | |
| | 7/9/2020 | $80 | |
| | 7/15/2020 | $1,911 | |
| | 7/21/2020 | $11,364 | |
| | 7/29/2020 | $1,718 | |
| | **TOTAL ULINE** | **$36,733** | |
| 3.221  US CLOUD LC<br>1714 GILSINN LN<br>ST LOUIS, MO 63026 | 7/30/2020 | $7,475 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL US CLOUD LC** | **$7,475** | |
| 3.222  VENABLE LLP<br>POST OFFICE BOX 62727<br>BALTIMORE, MD 21264-2727 | 7/28/2020 | $101,858 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | 7/30/2020 | $30,000 | |
| | **TOTAL VENABLE LLP** | **$131,858** | |
| 3.223  VIRGIN PULSE, INC<br>DEPT 3310<br>PO BOX 123310<br>DALLAS, TX 75312-3310 | 5/7/2020 | $16,664 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | 5/29/2020 | $16,088 | |
| | 6/19/2020 | $16,205 | |
| | 7/17/2020 | $15,911 | |
| | **TOTAL VIRGIN PULSE, INC** | **$64,868** | |

Tailored Shared Services, LLC                                           Case Number:       20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.224 | VORYS, SATER, SEYMOUR AND PEASE LLP<br>PO BOX 373487<br>CLEVELAND, OH 44193 | 7/28/2020<br>7/28/2020<br>7/29/2020 | $104,241<br>$602,913<br>$125,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL VORYS, SATER, SEYMOUR AND PEASE LLP** | | **$832,154** | |
| 3.225 | W&H SYSTEMS, INC.<br>253 PASSAIC AVE<br>FAIRFIELD, NJ 07004 | 5/21/2020 | $91,270 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL W&H SYSTEMS, INC.** | | **$91,270** | |
| 3.226 | WAWAK<br>1059 POWERS ROAD<br>CONKLIN, NY 13748 | 6/27/2020<br>7/9/2020<br>7/21/2020 | $570<br>$3,553<br>$3,649 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| | **TOTAL WAWAK** | | **$7,772** | |
| 3.227 | WILLIE LOPEZ FUND<br>6100 STEVENSON BLVD<br>FREMONT, CA 94538 | 5/29/2020<br>7/11/2020<br>7/25/2020 | $5,699<br>$5,789<br>$23,866 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL WILLIE LOPEZ FUND** | | **$35,354** | |

**Tailored Shared Services, LLC**                                    **Case Number:**     20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| 3.228 | WILLIS TOWERS WATSON US LLC<br>345 CALIFORNIA STREET<br>SUITE 2000<br>SAN FRANCISCO, CA 94104-2612 | 5/7/2020<br>5/15/2020<br>6/5/2020<br>6/5/2020<br>6/19/2020<br>7/7/2020<br>7/25/2020<br>7/29/2020<br>7/30/2020 | $135,436<br>$18,750<br>$18,750<br>$139,769<br>$129,111<br>$2,300<br>$18,750<br>$2,899,106<br>$9,325 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL WILLIS TOWERS WATSON US LLC** | | **$3,371,297** | |
| 3.229 | WINSTEAD PC ATTORNEYS<br>ATTN ACCOUNTS RECEIVABLE<br>2728 N HARWOOD STREET SUITE 500<br>DALLAS, TX 75201 | 7/30/2020 | $50,000 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL WINSTEAD PC ATTORNEYS** | | **$50,000** | |
| 3.230 | WORKFRONT, INC<br>DEPT CH 16712<br>PALATINE, IL 60055-6712 | 6/30/2020 | $29,125 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL WORKFRONT, INC** | | **$29,125** | |
| 3.231 | WORLD WIDE TECHNOLOGY<br>PO BOX 957653<br>ST LOUIS, MO 63195-7653 | 7/25/2020 | $213,913 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL WORLD WIDE TECHNOLOGY** | | **$213,913** | |
| 3.232 | XCCOMMERCE INC<br>1155 RENE LEVESQUE WEST<br>SUITE 2700<br>MONTREAL, QC H3B 2K8<br>CANADA | 7/30/2020 | $9,600 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | **TOTAL XCCOMMERCE INC** | | **$9,600** | |

**Tailored Shared Services, LLC**                                      **Case Number:**      **20-33913 (MI)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers-including expense reimbursements-to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's Name and Address | Dates | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|
| 3.233   YESENIA RODRIGUEZ<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $9,298 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| TOTAL YESENIA RODRIGUEZ | | $9,298 | |
| 3.234   YUMIKO LINA BENEDETTI<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 7/31/2020 | $20,689 | ☐ Secured debt<br>☐ Unsecured loan repayment<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other   Severance |
| TOTAL YUMIKO LINA BENEDETTI | | $20,689 | |

TOTAL          $31,389,006

**Tailored Shared Services, LLC**                                    **Case Number:        20-33913 (MI)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|-------------------------------------------------------|-------|--------|--------------------|

Tailored Shared Services, LLC                                                                     **Case Number:**        20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| 4.1    ASK, CARRIE ANN<br>CHIEF CUSTOMER OFFICER<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | 8/3/2019 | $22,115 | Wages |
| | 8/14/2019 | $144 | Expense Reimbursement |
| | 8/17/2019 | $22,115 | Wages |
| | 8/31/2019 | $22,115 | Wages |
| | 9/14/2019 | $22,115 | Wages |
| | 9/28/2019 | $22,115 | Wages |
| | 10/12/2019 | $12,932 | Dividend |
| | 10/12/2019 | $22,115 | Wages |
| | 10/26/2019 | $22,115 | Wages |
| | 11/9/2019 | $22,115 | Wages |
| | 11/23/2019 | $22,115 | Wages |
| | 12/7/2019 | $22,115 | Wages |
| | 12/21/2019 | $26,923 | Wages |
| | 1/4/2020 | $26,923 | Wages |
| | 1/18/2020 | $26,923 | Wages |
| | 2/1/2020 | $26,923 | Wages |
| | 2/15/2020 | $26,923 | Wages |
| | 2/29/2020 | $26,923 | Wages |
| | 3/14/2020 | $26,923 | Wages |
| | 3/28/2020 | $26,923 | Wages |
| | 4/11/2020 | $20,192 | Wages |
| | 4/25/2020 | $20,192 | Wages |
| | 5/9/2020 | $20,192 | Wages |
| | 5/23/2020 | $20,192 | Wages |
| | 6/6/2020 | $20,192 | Wages |
| | 6/20/2020 | $20,192 | Wages |
| | 7/4/2020 | $26,923 | Wages |
| | 7/18/2020 | $26,923 | Wages |
| | 7/30/2020 | $712,500 | Bonus |
| | 7/30/2020 | $26,923 | Wages |

**Tailored Shared Services, LLC**                                   **Case Number:**      20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| **TOTAL ASK, CARRIE ANN** | | $1,364,038 | |

Tailored Shared Services, LLC

Case Number:     20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

## 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|---|
| 4.2 | BRAGG II, JAMES R<br>CHIEF SUPPLY CHAIN OFFICER & EXECUTIVE VP<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | 8/3/2019 | $18,269 | Wages |
| | | 8/14/2019 | $370 | Expense Reimbursement |
| | | 8/17/2019 | $18,269 | Wages |
| | | 8/31/2019 | $18,269 | Wages |
| | | 9/14/2019 | $18,269 | Wages |
| | | 9/28/2019 | $16,565 | Dividend |
| | | 9/28/2019 | $18,269 | Wages |
| | | 10/12/2019 | $18,269 | Wages |
| | | 10/26/2019 | $18,269 | Wages |
| | | 11/4/2019 | $348 | Expense Reimbursement |
| | | 11/9/2019 | $18,269 | Wages |
| | | 11/23/2019 | $18,269 | Wages |
| | | 12/7/2019 | $18,269 | Wages |
| | | 12/21/2019 | $18,269 | Wages |
| | | 12/21/2019 | $47,852 | Dividend |
| | | 1/4/2020 | $18,269 | Wages |
| | | 1/18/2020 | $18,269 | Wages |
| | | 2/1/2020 | $18,269 | Wages |
| | | 2/7/2020 | $325 | Expense Reimbursement |
| | | 2/15/2020 | $18,269 | Wages |
| | | 2/29/2020 | $18,269 | Wages |
| | | 3/14/2020 | $18,269 | Wages |
| | | 3/28/2020 | $18,269 | Wages |
| | | 4/11/2020 | $13,702 | Wages |
| | | 4/17/2020 | $120 | Expense Reimbursement |
| | | 4/25/2020 | $13,702 | Wages |
| | | 4/25/2020 | $4,133 | Dividend |
| | | 5/9/2020 | $13,702 | Wages |
| | | 5/23/2020 | $9,471 | Dividend |
| | | 5/23/2020 | $13,702 | Wages |

**Tailored Shared Services, LLC**                                          **Case Number:**      20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
|  | 6/6/2020 | $13,702 | Wages |
|  | 6/20/2020 | $13,702 | Wages |
|  | 7/4/2020 | $18,269 | Wages |
|  | 7/18/2020 | $18,269 | Wages |
|  | 7/30/2020 | $379,375 | Bonus |
|  | 7/30/2020 | $18,269 | Wages |
| **TOTAL BRAGG II, JAMES R** | | **$924,425** | |

**Tailored Shared Services, LLC**                                          **Case Number:**      20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|-----------------------------------------------------------|

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|---|
| 4.3 | CALANDRA, JACK PAUL<br>FORMER CFO<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 8/3/2019 | $23,077 | Wages |
| | | 8/17/2019 | $23,077 | Wages |
| | | 8/31/2019 | $23,077 | Wages |
| | | 9/14/2019 | $23,077 | Wages |
| | | 9/28/2019 | $82,824 | Dividend |
| | | 9/28/2019 | $23,077 | Wages |
| | | 10/12/2019 | $23,077 | Wages |
| | | 10/26/2019 | $23,077 | Wages |
| | | 11/9/2019 | $23,077 | Wages |
| | | 11/23/2019 | $23,077 | Wages |
| | | 12/7/2019 | $23,077 | Wages |
| | | 12/21/2019 | $23,077 | Wages |
| | | 1/4/2020 | $23,077 | Wages |
| | | 1/18/2020 | $50,000 | Bonus |
| | | 1/18/2020 | $23,077 | Wages |
| | | 2/1/2020 | $23,077 | Wages |
| | | 2/15/2020 | $23,077 | Wages |
| | | 2/29/2020 | $23,077 | Wages |
| | | 3/14/2020 | $23,077 | Wages |
| | | 3/28/2020 | $23,077 | Wages |
| | | 4/11/2020 | $17,308 | Wages |
| | | 4/25/2020 | $17,308 | Wages |
| | | 4/25/2020 | $9,301 | Dividend |
| | | 5/9/2020 | $17,308 | Wages |
| | | 5/23/2020 | $17,308 | Wages |
| | | 5/23/2020 | $18,943 | Dividend |
| | | 6/6/2020 | $17,308 | Wages |
| | | 6/20/2020 | $17,308 | Wages |
| | | 7/4/2020 | $23,077 | Wages |
| | | 7/18/2020 | $23,077 | Wages |

**Tailored Shared Services, LLC**                                    **Case Number:**      20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| | 7/29/2020 | $23,077 | Wages |
| TOTAL CALANDRA, JACK PAUL | | $749,530 | |

Tailored Shared Services, LLC                                           **Case Number:      20-33913 (MI)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

## 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|---|
| 4.4 | HANSEN II, RICHARD B<br>EXECUTIVE VICE PRESIDENT OF STRATEGY & ANALYTICS<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | 8/3/2019 | $15,385 | Wages |
| | | 8/14/2019 | $107 | Expense Reimbursement |
| | | 8/17/2019 | $15,385 | Wages |
| | | 8/31/2019 | $15,385 | Wages |
| | | 9/14/2019 | $15,385 | Wages |
| | | 9/28/2019 | $15,385 | Wages |
| | | 9/28/2019 | $13,252 | Dividend |
| | | 10/12/2019 | $15,385 | Wages |
| | | 10/26/2019 | $15,385 | Wages |
| | | 11/9/2019 | $15,385 | Wages |
| | | 11/23/2019 | $15,385 | Wages |
| | | 12/7/2019 | $15,385 | Wages |
| | | 12/13/2019 | $30 | Expense Reimbursement |
| | | 12/21/2019 | $15,385 | Wages |
| | | 1/4/2020 | $15,385 | Wages |
| | | 1/18/2020 | $15,385 | Wages |
| | | 2/1/2020 | $15,385 | Wages |
| | | 2/15/2020 | $15,385 | Wages |
| | | 2/29/2020 | $15,385 | Wages |
| | | 3/14/2020 | $15,385 | Wages |
| | | 3/28/2020 | $15,385 | Wages |
| | | 4/11/2020 | $13,077 | Wages |
| | | 4/25/2020 | $13,077 | Wages |
| | | 5/9/2020 | $13,077 | Wages |
| | | 5/23/2020 | $13,077 | Wages |
| | | 6/6/2020 | $13,077 | Wages |
| | | 6/20/2020 | $13,077 | Wages |
| | | 7/4/2020 | $16,923 | Wages |
| | | 7/18/2020 | $16,923 | Wages |
| | | 7/30/2020 | $16,923 | Wages |

**Tailored Shared Services, LLC**                    **Case Number:**      20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

## 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| | 7/30/2020 | $350,000 | Bonus |
| TOTAL HANSEN II, RICHARD B | | $769,542 | |
| 4.5   IWASKOW, ANDREW<br>FORMER CHIEF HUMAN RESOURCES OFFICER<br>CONFIDENTIAL - AVAILABLE UPON REQUEST | 8/3/2019 | $15,385 | Wages |
| TOTAL IWASKOW, ANDREW | | $15,385 | |

Tailored Shared Services, LLC                                                    **Case Number:**     20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|---|
| 4.6 | LATHI, DINESH SUBHASH<br>PRESIDENT, CEO & DIRECTOR<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | 8/3/2019 | $38,462 | Wages |
| | | 8/16/2019 | $2,592 | Expense Reimbursement |
| | | 8/17/2019 | $38,462 | Wages |
| | | 8/23/2019 | $2,998 | Expense Reimbursement |
| | | 8/31/2019 | $38,462 | Wages |
| | | 9/14/2019 | $38,462 | Wages |
| | | 9/28/2019 | $38,462 | Wages |
| | | 10/12/2019 | $38,462 | Wages |
| | | 10/25/2019 | $724 | Expense Reimbursement |
| | | 10/26/2019 | $38,462 | Wages |
| | | 11/9/2019 | $38,462 | Wages |
| | | 11/23/2019 | $38,462 | Wages |
| | | 12/7/2019 | $38,462 | Wages |
| | | 12/21/2019 | $38,462 | Wages |
| | | 1/4/2020 | $38,462 | Wages |
| | | 1/8/2020 | $2,468 | Expense Reimbursement |
| | | 1/18/2020 | $38,462 | Wages |
| | | 2/1/2020 | $38,462 | Wages |
| | | 2/15/2020 | $38,462 | Wages |
| | | 2/29/2020 | $38,462 | Wages |
| | | 3/14/2020 | $38,462 | Wages |
| | | 3/20/2020 | $603 | Expense Reimbursement |
| | | 3/28/2020 | $38,462 | Wages |
| | | 4/11/2020 | $19,231 | Wages |
| | | 4/25/2020 | $19,231 | Wages |
| | | 5/9/2020 | $19,231 | Wages |
| | | 5/23/2020 | $19,231 | Wages |
| | | 6/6/2020 | $19,231 | Wages |
| | | 6/20/2020 | $19,231 | Wages |
| | | 7/4/2020 | $38,462 | Wages |

**Tailored Shared Services, LLC**  **Case Number:**  **20-33913 (MI)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| | 7/18/2020 | $38,462 | Wages |
| | 7/30/2020 | $1,767,375 | Bonus |
| | 7/30/2020 | $38,462 | Wages |
| **TOTAL LATHI, DINESH SUBHASH** | | **$2,699,838** | |

Tailored Shared Services, LLC

**Case Number:    20-33913 (MI)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|---|
| 4.7 | NEUTZE, MARK<br>EXECUTIVE VICE PRESIDENT OF STORE OPERATIONS<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | 8/3/2019 | $15,385 | Wages |
| | | 8/17/2019 | $15,385 | Wages |
| | | 8/31/2019 | $15,385 | Wages |
| | | 9/14/2019 | $15,385 | Wages |
| | | 9/28/2019 | $15,385 | Wages |
| | | 10/12/2019 | $15,385 | Wages |
| | | 10/26/2019 | $15,385 | Wages |
| | | 11/9/2019 | $15,385 | Wages |
| | | 11/23/2019 | $15,385 | Wages |
| | | 12/7/2019 | $15,385 | Wages |
| | | 12/21/2019 | $59,822 | Dividend |
| | | 12/21/2019 | $15,385 | Wages |
| | | 1/4/2020 | $15,385 | Wages |
| | | 1/18/2020 | $15,385 | Wages |
| | | 2/1/2020 | $15,385 | Wages |
| | | 2/15/2020 | $15,385 | Wages |
| | | 2/29/2020 | $15,385 | Wages |
| | | 3/14/2020 | $15,385 | Wages |
| | | 3/28/2020 | $15,385 | Wages |
| | | 4/11/2020 | $11,538 | Wages |
| | | 4/25/2020 | $11,538 | Wages |
| | | 4/25/2020 | $5,165 | Dividend |
| | | 5/9/2020 | $11,538 | Wages |
| | | 5/23/2020 | $11,839 | Dividend |
| | | 5/23/2020 | $11,538 | Wages |
| | | 6/6/2020 | $11,538 | Wages |
| | | 6/20/2020 | $11,538 | Wages |
| | | 7/4/2020 | $15,385 | Wages |
| | | 7/18/2020 | $15,385 | Wages |
| | | 7/30/2020 | $15,385 | Wages |

**Tailored Shared Services, LLC**                                     **Case Number:**     **20-33913 (MI)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| | 7/30/2020 | $370,000 | Bonus |
| TOTAL NEUTZE, MARK | | $839,134 | |

**Tailored Shared Services, LLC**                                                **Case Number:**     20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|---|
| 4.8 | RHODES, ARCHIBALD ALEXANDER<br>EXECUTIVE VP, CHIEF COMPLIANCE OFFICER, GENERAL COUNSEL & CORPORATE SECRETARY<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | 8/3/2019 | $17,308 | Wages |
| | | 8/14/2019 | $768 | Expense Reimbursement |
| | | 8/17/2019 | $17,308 | Wages |
| | | 8/31/2019 | $17,308 | Wages |
| | | 9/14/2019 | $17,308 | Wages |
| | | 9/28/2019 | $17,308 | Wages |
| | | 10/12/2019 | $17,308 | Wages |
| | | 10/26/2019 | $17,308 | Wages |
| | | 11/9/2019 | $17,308 | Wages |
| | | 11/23/2019 | $17,308 | Wages |
| | | 12/7/2019 | $17,308 | Wages |
| | | 12/21/2019 | $17,308 | Wages |
| | | 12/21/2019 | $47,852 | Dividend |
| | | 12/25/2019 | $67 | Expense Reimbursement |
| | | 1/4/2020 | $17,308 | Wages |
| | | 1/18/2020 | $17,308 | Wages |
| | | 1/18/2020 | $50,000 | Bonus |
| | | 2/1/2020 | $17,308 | Wages |
| | | 2/15/2020 | $17,308 | Wages |
| | | 2/29/2020 | $17,308 | Wages |
| | | 3/14/2020 | $17,308 | Wages |
| | | 3/28/2020 | $17,308 | Wages |
| | | 4/11/2020 | $12,981 | Wages |
| | | 4/25/2020 | $12,981 | Wages |
| | | 4/25/2020 | $4,133 | Dividend |
| | | 5/9/2020 | $12,981 | Wages |
| | | 5/23/2020 | $9,471 | Dividend |
| | | 5/23/2020 | $12,981 | Wages |
| | | 6/6/2020 | $12,981 | Wages |
| | | 6/20/2020 | $12,981 | Wages |

**Tailored Shared Services, LLC**                                  **Case Number:**      20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| | 7/4/2020 | $17,308 | Wages |
| | 7/10/2020 | $265 | Expense Reimbursement |
| | 7/18/2020 | $17,308 | Wages |
| | 7/30/2020 | $17,308 | Wages |
| | 7/30/2020 | $371,250 | Bonus |
| **TOTAL RHODES, ARCHIBALD ALEXANDER** | | **$925,153** | |

Tailored Shared Services, LLC                                                    Case Number:      20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|---|
| 4.9 | SHERMAN, BORIS PETER<br>CTO & EXECUTIVE VP<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | 8/3/2019 | $19,231 | Wages |
| | | 8/17/2019 | $19,231 | Wages |
| | | 8/31/2019 | $19,231 | Wages |
| | | 9/14/2019 | $19,231 | Wages |
| | | 9/14/2019 | $26,906 | Dividend |
| | | 9/28/2019 | $19,231 | Wages |
| | | 9/28/2019 | $23,191 | Dividend |
| | | 10/12/2019 | $19,231 | Wages |
| | | 10/26/2019 | $19,231 | Wages |
| | | 11/9/2019 | $19,231 | Wages |
| | | 11/23/2019 | $19,231 | Wages |
| | | 12/7/2019 | $19,231 | Wages |
| | | 12/21/2019 | $19,231 | Wages |
| | | 1/4/2020 | $19,231 | Wages |
| | | 1/18/2020 | $19,231 | Wages |
| | | 2/1/2020 | $19,231 | Wages |
| | | 2/15/2020 | $19,231 | Wages |
| | | 2/29/2020 | $19,231 | Wages |
| | | 3/14/2020 | $19,231 | Wages |
| | | 3/28/2020 | $19,231 | Wages |
| | | 4/11/2020 | $14,423 | Wages |
| | | 4/25/2020 | $4,133 | Dividend |
| | | 4/25/2020 | $14,423 | Wages |
| | | 5/9/2020 | $14,423 | Wages |
| | | 5/23/2020 | $14,423 | Wages |
| | | 6/6/2020 | $14,423 | Wages |
| | | 6/20/2020 | $14,423 | Wages |
| | | 7/4/2020 | $19,231 | Wages |
| | | 7/18/2020 | $19,231 | Wages |
| | | 7/30/2020 | $425,000 | Bonus |

**Tailored Shared Services, LLC**                                    **Case Number:**     20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| | 7/30/2020 | $19,231 | Wages |
| **TOTAL SHERMAN, BORIS PETER** | | **$969,614** | |
| 4.10  SMITH, MICHAEL SHANE<br>EXECUTIVE VP & CHIEF HUMAN RESOURCES OFFICER<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | 3/28/2020 | $8,173 | Wages |
| | 4/11/2020 | $12,260 | Wages |
| | 4/25/2020 | $12,260 | Wages |
| | 4/25/2020 | $125,000 | Bonus |
| | 5/9/2020 | $12,260 | Wages |
| | 5/23/2020 | $12,260 | Wages |
| | 6/6/2020 | $12,260 | Wages |
| | 6/12/2020 | $2,403 | Expense Reimbursement |
| | 6/20/2020 | $12,260 | Wages |
| | 7/4/2020 | $16,346 | Wages |
| | 7/18/2020 | $16,346 | Wages |
| | 7/30/2020 | $16,346 | Wages |
| | 7/30/2020 | $327,500 | Bonus |
| **TOTAL SMITH, MICHAEL SHANE** | | **$585,672** | |

**Tailored Shared Services, LLC**                                      **Case Number:**      20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

## 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| 4.11   VACLAVIK, BRIAN | 8/3/2019 | $11,231 | Wages |
| FORMER CHIEF ACCOUNTING OFFICER | 8/3/2019 | $541 | Expense Reimbursement |
| CONFIDENTIAL - AVAILABLE UPON REQUEST | 8/17/2019 | $11,231 | Wages |
| | 8/23/2019 | $861 | Expense Reimbursement |
| | 8/31/2019 | $25,000 | Bonus |
| | 8/31/2019 | $11,231 | Wages |
| | 9/14/2019 | $11,231 | Wages |
| | 9/28/2019 | $11,231 | Wages |
| | 10/4/2019 | $4,541 | Expense Reimbursement |
| | 10/12/2019 | $11,231 | Wages |
| | 10/26/2019 | $11,231 | Wages |
| | 11/9/2019 | $11,231 | Wages |
| | 11/23/2019 | $11,231 | Wages |
| | 12/7/2019 | $11,231 | Wages |
| | 12/21/2019 | $11,963 | Dividend |
| | 12/21/2019 | $11,231 | Wages |
| | 12/25/2019 | $2,501 | Expense Reimbursement |
| | 1/4/2020 | $11,231 | Wages |
| | 1/15/2020 | $415 | Expense Reimbursement |
| | 1/18/2020 | $11,231 | Wages |
| | 2/1/2020 | $11,231 | Wages |
| | 2/5/2020 | $1,985 | Expense Reimbursement |
| | 2/15/2020 | $11,231 | Wages |
| | 2/15/2020 | $20,000 | Bonus |
| | 2/29/2020 | $11,231 | Wages |
| | 3/14/2020 | $11,231 | Wages |
| | 3/20/2020 | $61 | Expense Reimbursement |
| | 3/28/2020 | $11,231 | Wages |
| | 4/11/2020 | $4,773 | Wages |

**Tailored Shared Services, LLC**                                     **Case Number:**     **20-33913 (MI)**

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| **TOTAL VACLAVIK, BRIAN** | | $274,794 | |

Tailored Shared Services, LLC

Case Number:     20-33913 (MI)

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| 4.12  VAZQUEZ, JOHN<br>CHIEF ACCOUNTING OFFICER, PRINCIPAL FINANCIAL<br>OFFICER & TREASURER<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | 8/3/2019 | $8,462 | Wages |
| | 8/17/2019 | $8,462 | Wages |
| | 8/31/2019 | $25,000 | Bonus |
| | 8/31/2019 | $8,462 | Wages |
| | 9/14/2019 | $8,462 | Wages |
| | 9/18/2019 | $1,040 | Expense Reimbursement |
| | 9/28/2019 | $8,462 | Wages |
| | 10/12/2019 | $8,462 | Wages |
| | 10/26/2019 | $8,462 | Wages |
| | 11/9/2019 | $8,462 | Wages |
| | 11/23/2019 | $8,462 | Wages |
| | 12/7/2019 | $8,462 | Wages |
| | 12/18/2019 | $964 | Expense Reimbursement |
| | 12/21/2019 | $8,462 | Wages |
| | 12/21/2019 | $4,788 | Dividend |
| | 1/4/2020 | $8,462 | Wages |
| | 1/18/2020 | $8,462 | Wages |
| | 2/1/2020 | $8,462 | Wages |
| | 2/5/2020 | $362 | Expense Reimbursement |
| | 2/15/2020 | $8,462 | Wages |
| | 2/15/2020 | $10,000 | Bonus |
| | 2/29/2020 | $8,462 | Wages |
| | 3/14/2020 | $8,462 | Wages |
| | 3/28/2020 | $8,462 | Wages |
| | 4/11/2020 | $8,038 | Wages |
| | 4/25/2020 | $7,615 | Wages |
| | 4/25/2020 | $4,167 | Bonus |
| | 4/25/2020 | $1,723 | Dividend |
| | 5/9/2020 | $7,615 | Wages |
| | 5/23/2020 | $7,615 | Wages |

**Tailored Shared Services, LLC**                                          **Case Number:**        20-33913 (MI)

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's Name and Address and Relationship to Debtor | Dates | Amount | Reason for Payment |
|---|---|---|---|
| | 5/23/2020 | $8,334 | Bonus |
| | 6/6/2020 | $7,615 | Wages |
| | 6/20/2020 | $7,615 | Wages |
| | 7/4/2020 | $8,462 | Wages |
| | 7/18/2020 | $8,462 | Wages |
| | 7/30/2020 | $50,000 | Bonus |
| **TOTAL VAZQUEZ, JOHN** | | $321,724 | |

|  | **TOTAL** | $10,438,848 | |

**Tailored Shared Services, LLC**

**Case Number:**     20-33913 (MI)

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

| Creditor's Name and Address | Description of the Property | Date Action was Taken | Value of Property |
|---|---|---|---|
| 5.1    NONE | | | $0 |

| | | | |
|---|---|---|---|
| | | **TOTAL** | **$0** |

**Tailored Shared Services, LLC**          **Case Number:**     **20-33913 (MI)**

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
| --- | --- |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's Name and Address | Description of Action Creditor Took | Date Action Taken | Account Number | Amount |
| --- | --- | --- | --- | --- |
| 6.1 NONE | | | | $0 |

| | | | TOTAL | $0 |
| --- | --- | --- | --- | --- |

**Tailored Shared Services, LLC**                                       **Case Number:**        **20-33913 (MI)**

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity - within 1 year before filing this case.

☐ None

| | Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Address | Status of Case |
|---|---|---|---|---|
| 7.1 | MALLORIE ROYO V. TSS<br>460-2019-04139 | EMPLOYEE CLAIM | TEXAS WORKFORCE<br>COMMISSION, EEOC<br>TX, US | POSITION STATEMENT<br>FILED 10/4/2019. |
| 7.2 | GEORGE JOHNSON JR.  V. TSS<br>1A19285,31C-2019-00291 | EMPLOYEE CLAIM | TEXAS WORKFORCE<br>COMMISSION, EEOC<br>TX, US | DISMISSED RIGHT TO<br>SUE BY 9/15/2020. |
| 7.3 | MARGARET FORNEY V. TSS<br>460-2018-02404 | EMPLOYEE CLAIM | EEOC<br>TX, US | MATTER STAYED. |
| 7.4 | MELODY BARNETT V. TSS<br>201901814, 17F202060021 | EMPLOYEE CLAIM | PHRC & EEOC<br>PA, US | DISMISSED WITH RIGHT<br>TO SUE BY 1/23/2022. |

**Tailored Shared Services, LLC**                                    **Case Number:**      **20-33913 (MI)**

| Part 3: | Legal Actions or Assignments |
|---------|------------------------------|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's Name and Address | Court Name and Address | Case Title and Number | Date | Description of Property | Value |
|------------------------------|------------------------|-----------------------|------|-------------------------|-------|
| 8.1    NONE | | | | | |

**Tailored Shared Services, LLC**  **Case Number:**  **20-33913 (MI)**

| Part 4: | Certain Gifts and Charitable Contributions |

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's Name and Address | Recipient's Relationship to Debtor | Description of the Gifts or Contributions | Dates Given | Value |
|---|---|---|---|---|---|
| 9.1 | ATLANTA COMMUNITY FOOD BANK<br>732 JOSEPH E LOWERY BLVD<br>ATLANTA, GA 30318 | CHARITABLE DONATION | CHARITABLE DONATION | 11/18/2019  -  11/18/2019 | $1,000 |
| 9.2 | DELIVERING GOOD<br>266 WEST 37TH STREET<br>22ND FLOOR<br>NEW YORK, NY 10018 | CHARITABLE DONATION | CHARITABLE DONATION | 10/15/2019  -  10/15/2019 | $100,000 |
| 9.3 | DENNISON MEMORIAL CO<br>755 SOUTH FIRST STREET<br>NEW BEDFORD , MA 02744 | CHARITABLE DONATION | CHARITABLE DONATION | 11/5/2018  -  11/5/2018 | $5,000 |
| 9.4 | EPILEPSY FOUNDATION<br>386 MAIN STREET<br>MIDDLETOWN, CT 06457 | CHARITABLE DONATION | CHARITABLE DONATION | 5/28/2019  -  5/28/2019 | $1,000 |
| 9.5 | FANS FOR THE CURE<br>18 SHERWOOD COURT<br>HOLMDEL, NJ 07733 | CHARITABLE DONATION | CHARITABLE DONATION | 2/21/2019  -  2/21/2019 | $20,000 |
| 9.6 | FATHERHOOD PROJECT<br>1380 EBENEZER ROAD<br>ROCK HILL , SC 29730 | CHARITABLE DONATION | CHARITABLE DONATION | 4/26/2019  -  4/26/2019 | $1,000 |
| 9.7 | FIRST AID CONCEPTS L<br>6707 NE 117TH AVE<br>SUITE B101<br>VANCOUVER, WA 98662 | CHARITABLE DONATION | CHARITABLE DONATION | 10/2/2019  -  10/2/2019 | $5,839 |
| 9.8 | GLOBAL LYME ALLIANCE<br>411 EAST 83RD STREET<br>SUITE 3F<br>NEW YORK, NY 10028 | CHARITABLE DONATION | CHARITABLE DONATION | 10/1/2018  -  10/1/2018 | $15,000 |
| 9.9 | CHILDREN'S HOSPITAL<br>13123 EAST 16TH AVENUE<br>AURORA , CO 88045 | CHARITABLE DONATION | CHARITABLE DONATION | 4/26/2019  -  4/26/2019 | $1,000 |
| 9.10 | AMERICAN CANCER SOCI<br>3500 EMBASSY PARKWAY<br>SUITE 150<br>AKRON, OH 44646 | CHARITABLE DONATION | CHARITABLE DONATION | 12/7/2018  -  12/7/2018 | $2,000 |
| 9.11 | FOOD BANK FOR NEW YO<br>39 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10006 | CHARITABLE DONATION | CHARITABLE DONATION | 11/18/2019  -  11/18/2019 | $1,000 |
| 9.12 | CANADIAN CANCER SOCI<br>55 ST CLAIR AVENUE WEST<br>SUITE 300<br>TORONTO, ON M4V 2Y7<br>CANADA | CHARITABLE DONATION | CHARITABLE DONATION | 10/2/2018  -  10/2/2018 | $50,000 |

**Tailored Shared Services, LLC**　　　　　　　　　　　　　　**Case Number:**　　　**20-33913 (MI)**

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's Name and Address | Recipient's Relationship to Debtor | Description of the Gifts or Contributions | Dates Given | Value |
|---|---|---|---|---|
| 9.13  WILLIE LOPEZ FUND<br>6100 STEVENSON BLVD<br>FREMONT, CA 94538 | CHARITABLE DONATION | CHARITABLE DONATION | 4/3/2019  -  4/3/2019 | $1,000 |
| 9.14  PS3 RONALD A GILL JR<br>178 JORDAN AVE<br>CRANSTON , RI 02910 | CHARITABLE DONATION | CHARITABLE DONATION | 5/2/2019  -  5/2/2019 | $1,600 |
| 9.15  HABITAT FOR HUMANITY<br>186 MID RIVERS CENTER<br>ST PETERS, MO 63376 | CHARITABLE DONATION | CHARITABLE DONATION | 4/26/2019  -  4/26/2019 | $1,000 |
| 9.16  HOUSING AUTHORITY FO<br>1826 3RD AVE S<br>BIRMINGHAM , AL 35233 | CHARITABLE DONATION | CHARITABLE DONATION | 4/3/2019  -  4/3/2019 | $1,000 |
| 9.17  AMERICAN HEART ASSOC<br>10 GLENLAKE PARKWAY<br>SUITE 400<br>ATLANTA, GA 30328 | CHARITABLE DONATION | CHARITABLE DONATION | 4/3/2019  -  4/3/2019 | $25,000 |
| 9.18  HOUSTON FOOD BANK<br>535 PORTWALL STREET<br>HOUSTON, TX 77029 | CHARITABLE DONATION | CHARITABLE DONATION | 11/18/2019  -  11/18/2019 | $2,000 |
| 9.19  ALS OF MICHIGAN<br>24359 NORTHWESTERN HWY<br>SUITE 100<br>SOUTHFIELD , MI 48075 | CHARITABLE DONATION | CHARITABLE DONATION | 4/26/2019  -  4/26/2019 | $1,000 |
| 9.20  ALAMEDA COUNTY COMMUNITY FOOD BANK<br>7900 EDGEWATER DRIVE<br>OAKLAND, CA 94621 | CHARITABLE DONATION | CHARITABLE DONATION | 11/18/2019  -  11/18/2019 | $2,000 |
| 9.21  ACTION FOR COMMUNITY<br>178 TREMONT STREET<br>2ND FLOOR<br>BOSTON, MA 02111 | CHARITABLE DONATION | CHARITABLE DONATION | 5/23/2019  -  5/23/2019 | $5,000 |
| 9.22  ABILITY FIRST<br>480 SOUTH INDIAN HILL BLVD<br>CLAREMONT, CA 91711 | CHARITABLE DONATION | CHARITABLE DONATION | 4/26/2019  -  4/26/2019 | $1,000 |
| 9.23  100 BLACK MEN OF AME<br>1804 BOULDERCREST ROAD, SE<br>SUITE 700<br>ATLANTA, GA 30316 | CHARITABLE DONATION | CHARITABLE DONATION | 4/3/2019  -  4/3/2019 | $1,000 |
| 9.24  AMERICAN RED CROSS<br>2005 LAKEWOOD DRIVE<br>BOONE, IA 50036 | CHARITABLE DONATION | CHARITABLE DONATION | 12/5/2018  -  12/5/2018 | $100,000 |
| 9.25  SALVATION ARMY<br>631 DICKERSON PIKE<br>NASHVILLE, TN 37207 | CHARITABLE DONATION | CHARITABLE DONATION | 4/26/2019  -  4/26/2019 | $1,000 |

**Tailored Shared Services, LLC**                                    **Case Number:      20-33913 (MI)**

| Part 4: | Certain Gifts and Charitable Contributions |
|---------|---------------------------------------------|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's Name and Address | Recipient's Relationship to Debtor | Description of the Gifts or Contributions | Dates Given | Value |
|---|---|---|---|---|
| 9.26  CHILDREN'S HOSPITAL<br>340 CIVIC CENTER BLVD<br>PHILADELPHIA, PA 19104 | CHARITABLE DONATION | CHARITABLE DONATION | 4/26/2019   -   4/26/2019 | $1,000 |
| 9.27  WILLIE LOPEZ FUND<br>6100 STEVENSON BLVD<br>FREMONT, CA 94538 | CHARITABLE DONATION | CHARITABLE DONATION | 11/11/2019   -   11/11/2019 | $6,500 |
| 9.28  MORAGA CHAMBER OF CO<br>1480 MORAGA ROAD<br>C#254<br>MORAGA, CA 94556 | CHARITABLE DONATION | CHARITABLE DONATION | 9/11/2018   -   9/11/2018 | $5,700 |
| 9.29  WILLIE LOPEZ FUND<br>6100 STEVENSON BLVD<br>FREMONT, CA 94538 | CHARITABLE DONATION | CHARITABLE DONATION | 4/26/2019   -   4/26/2019 | $1,000 |
| 9.30  UNITED WAY OF PIERCE<br>1501 PACIFIC AVE<br>SUITE 400<br>TACOMA , WA 98402 | CHARITABLE DONATION | CHARITABLE DONATION | 4/26/2019   -   4/26/2019 | $1,000 |
| 9.31  UNITED WAY OF GREATE<br>128 UNION STREET<br>SUITE 105<br>NEW BEDFORD , MA 02740 | CHARITABLE DONATION | CHARITABLE DONATION | 12/5/2019   -   12/5/2019 | $1,000 |
| 9.32  THE MOVEMBER FOUNDAT<br>8559 HIGUERA STREET<br>CULVER CITY, CA 90232 | CHARITABLE DONATION | CHARITABLE DONATION | 11/21/2018   -   11/21/2018 | $100,000 |
| 9.33  THE MOVEMBER FOUNDAT<br>8559 HIGUERA STREET<br>CULVER CITY, CA 90232 | CHARITABLE DONATION | CHARITABLE DONATION | 11/21/2018   -   11/21/2018 | $100,000 |
| 9.34  THE MARY KAY FOUNDAT<br>PO BOX 799044<br>DALLAS , TX 75379 | CHARITABLE DONATION | CHARITABLE DONATION | 5/13/2019   -   5/13/2019 | $5,000 |
| 9.35  HABITAT FOR HUMANITY<br>186 MID RIVERS CENTER<br>ST PETERS, MO 63376 | CHARITABLE DONATION | CHARITABLE DONATION | 4/26/2019   -   4/26/2019 | $1,000 |
| 9.36  SECOND HARVEST FOOD<br>1507 GRIMM DRIVE<br>ERIE, PA 16501 | CHARITABLE DONATION | CHARITABLE DONATION | 4/26/2019   -   4/26/2019 | $1,000 |
| 9.37  RUNWAY OF DREAMS FOU<br>9 COVENTRY ROAD<br>LIVINGSTON , NJ 07039 | CHARITABLE DONATION | CHARITABLE DONATION | 8/2/2018   -   8/2/2018 | $25,000 |
| 9.38  RONALD MCDONALD HOUS<br>1030 N ORANGE AVE<br>SUITE 105<br>ORLANDO, FL 32801 | CHARITABLE DONATION | CHARITABLE DONATION | 3/29/2019   -   3/29/2019 | $1,000 |

**Tailored Shared Services, LLC**

**Case Number:**    **20-33913 (MI)**

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's Name and Address | Recipient's Relationship to Debtor | Description of the Gifts or Contributions | Dates Given | Value |
|---|---|---|---|---|
| 9.39  ANGELS OF CHARITY AN<br>PO BOX 1281<br>BURBANK , CA 91507 | CHARITABLE DONATION | CHARITABLE DONATION | 4/26/2019   -   4/26/2019 | $1,000 |
| 9.40  IMMIGRANTS ASSISTANC<br>58 CRAPO STREET<br>NEW BEDFORD , MA 02740 | CHARITABLE DONATION | CHARITABLE DONATION | 1/16/2019   -   1/16/2019 | $2,500 |
| 9.41  NATIONAL BREAST CANC<br>2600 NETWORK BLVD<br>SUITE 300<br>FRISCO, TX 75034 | CHARITABLE DONATION | CHARITABLE DONATION | 11/21/2018  -  11/21/2018 | $50,000 |
| 9.42  SPECIAL OLYMPICS<br>6046 FINANCIAL DRIVE<br>NORCROSS, GA 30071 | CHARITABLE DONATION | CHARITABLE DONATION | 7/1/2019   -   7/1/2019 | $2,500 |
| 9.43  NATIONAL BREAST CANC<br>2600 NETWORK BLVD<br>SUITE 300<br>FRISCO, TX 75034 | CHARITABLE DONATION | CHARITABLE DONATION | 11/21/2018  -  11/21/2018 | $50,000 |
| 9.44  ROCK THE CAUSE INC<br>2601 SUNSET BLVD<br>SUITE 1B<br>MINNIEAPOLIS, MN 55416 | CHARITABLE DONATION | CHARITABLE DONATION | 4/26/2019   -   4/26/2019 | $1,000 |
| 9.45  NATIONAL BREAST CANC<br>2600 NETWORK BLVD<br>SUITE 300<br>FRISCO, TX 75034 | CHARITABLE DONATION | CHARITABLE DONATION | 11/21/2018  -  11/21/2018 | $50,000 |
| 9.46  NATIONAL BREAST CANC<br>2600 NETWORK BLVD<br>SUITE 300<br>FRISCO, TX 75034 | CHARITABLE DONATION | CHARITABLE DONATION | 11/13/2019  -  11/13/2019 | $50,000 |
| 9.47  NATIONAL BREAST CANC<br>2600 NETWORK BLVD<br>SUITE 300<br>FRISCO, TX 75034 | CHARITABLE DONATION | CHARITABLE DONATION | 11/13/2019  -  11/13/2019 | $50,000 |
| 9.48  NEW BEDFORD SYMPHONY<br>128 UNION STREET<br>SUITE 204<br>NEW BEDFORD , MA 02740 | CHARITABLE DONATION | CHARITABLE DONATION | 8/14/2018   -   8/14/2018 | $2,500 |
| 9.49  NEW BEDFORD SYMPHONY<br>128 UNION STREET<br>SUITE 204<br>NEW BEDFORD , MA 02740 | CHARITABLE DONATION | CHARITABLE DONATION | 3/22/2019   -   3/22/2019 | $2,200 |
| 9.50  PHOENIX CHILDREN'S HOSPITAL<br>1919 EAST THOSAS ROAD<br>PHOENIX, AZ 85016 | CHARITABLE DONATION | CHARITABLE DONATION | 4/26/2019   -   4/26/2019 | $1,000 |

**Tailored Shared Services, LLC**                                    **Case Number:**      **20-33913 (MI)**

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's Name and Address | Recipient's Relationship to Debtor | Description of the Gifts or Contributions | Dates Given | Value |
|---|---|---|---|---|---|
| 9.51 | POINTS OF LIGHT<br>600 MEANS STREET<br>SUITE 210<br>ATLANTA , GA 30318 | CHARITABLE DONATION | CHARITABLE DONATION | 9/17/2019 - 9/17/2019 | $25,000 |
| 9.52 | JEFFERSON AWARDS FOR<br>100 W 10TH STREET<br>SUITE 215<br>WILMINGTON, DE 19801 | CHARITABLE DONATION | CHARITABLE DONATION | 11/26/2018 - 11/26/2018 | $10,000 |
| 9.53 | WILLIE LOPEZ FUND<br>6100 STEVENSON BLVD<br>FREMONT, CA 94538 | CHARITABLE DONATION | CHARITABLE DONATION | 8/30/2019 - 8/30/2019 | $6,500 |

**Tailored Shared Services, LLC**                                    Case Number:     20-33913 (MI)

| Part 5: | Certain Losses |
|---------|----------------|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of Property | How Loss Occurred | Amount of Payments Received | Date of Loss | Property Value |
|---|---|---|---|---|
| | | *If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (Schedule A/B: Assets - Real and Personal Property).* | | |
| 10.1   PROPERTY DAMAGE INCIDENT | BUILDING DAMAGE - 2 SSU CORP LOCATIONS WITH MINOR INCIDENTS AND WE HAVE NO COST ASSOCIATED TO THIS INCIDENT AT THIS TIME. | $0.00 | 11/27/2019 | Undetermined |
| 10.2   PROPERTY DAMAGE INCIDENT | WATER DAMAGE - 1 SSU CORP LOCATIONS WITH MINOR INCIDENTS AND WE HAVE NO COST ASSOCIATED TO THIS INCIDENT AT THIS TIME. | $0.00 | 6/27/2020 | Undetermined |
| 10.3   PROPERTY DAMAGE INCIDENT | OTHER - 1 SSU CORP LOCATIONS WITH MINOR INCIDENTS AND WE HAVE NO COST ASSOCIATED TO THIS INCIDENT AT THIS TIME. | $0.00 | 12/19/2020 | Undetermined |
| 10.4   LOSS PREVENTION INCIDENT | POLICY VIOLATION - 2 SSU CORP LOCATIONS | | 8/19/2019 | Undetermined |
| 10.5   LOSS PREVENTION INCIDENT | INTERNAL THEFT/FRAUD  - 1 SSU CORP LOCATION | $250.00 | 12/12/2019 | Undetermined |
| 10.6   LOSS PREVENTION INCIDENT | EXTERNAL THEFT/FRAUD - 2 SSU CORP LOCATIONS | $0.00 | 11/5/2019 | Undetermined |

**TOTAL**     **Undetermined**

**Tailored Shared Services, LLC**                                             **Case Number:**   **20-33913 (MI)**

| Part 6: | Certain Payments or Transfers |
|---|---|

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|
| 11.1  A&G REAL ESTATE PARTNERS<br>445 BROADHOLLOW RD<br>SUITE 410<br>MELVILLE, NY 11747 | | | | 3/31/2020 | $250,000 |
| 11.2  A&G REAL ESTATE PARTNERS<br>445 BROADHOLLOW RD<br>SUITE 410<br>MELVILLE, NY 11747 | | | | 6/10/2020 | $98,283 |
| 11.3  A&G REAL ESTATE PARTNERS<br>445 BROADHOLLOW RD<br>SUITE 410<br>MELVILLE, NY 11747 | | | | 6/20/2020 | $316,427 |
| 11.4  A&G REAL ESTATE PARTNERS<br>445 BROADHOLLOW RD<br>SUITE 410<br>MELVILLE, NY 11747 | | | | 7/16/2020 | $80,627 |
| 11.5  A&G REAL ESTATE PARTNERS<br>445 BROADHOLLOW RD<br>SUITE 410<br>MELVILLE, NY 11747 | | | | 7/30/2020 | $162,234 |

**Tailored Shared Services, LLC**

**Case Number:**   **20-33913 (MI)**

| Part 6: | Certain Payments or Transfers |
| --- | --- |

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
| --- | --- | --- | --- | --- | --- |
| 11.6  A&G REAL ESTATE PARTNERS 445 BROADHOLLOW RD SUITE 410 MELVILLE, NY 11747 | | | | 5/14/2020 | $171,413 |
| 11.7  ALIX PARTNERS LLC PO BOX 7410063 CHICAGO, IL 60674-5063 | | | | 10/25/2019 | $979,800 |
| 11.8  ALIX PARTNERS LLC PO BOX 7410063 CHICAGO, IL 60674-5063 | | | | 8/7/2019 | $979,800 |
| 11.9  ALIX PARTNERS LLC PO BOX 7410063 CHICAGO, IL 60674-5063 | | | | 9/18/2019 | $979,800 |
| 11.10  ALIX PARTNERS LLC PO BOX 7410063 CHICAGO, IL 60674-5063 | | | | 4/8/2020 | $500,000 |
| 11.11  ALIX PARTNERS LLC PO BOX 7410063 CHICAGO, IL 60674-5063 | | | | 6/4/2020 | $908,623 |

**Tailored Shared Services, LLC**                                                    **Case Number:**     **20-33913 (MI)**

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|
| 11.12  ALIX PARTNERS LLC<br>PO BOX 7410063<br>CHICAGO, IL 60674-5063 | | | | 6/17/2020 | $928,294 |
| 11.13  ALIX PARTNERS LLC<br>PO BOX 7410063<br>CHICAGO, IL 60674-5063 | | | | 7/9/2020 | $1,013,913 |
| 11.14  ALIX PARTNERS LLC<br>PO BOX 7410063<br>42ND STREET, SUITE 1440<br>CHICAGO, IL 60674-5063 | | | | 7/24/2020 | $500,000 |
| 11.15  ALIX PARTNERS LLC<br>PO BOX 7410063<br>CHICAGO, IL 60674-5063 | | | | 7/31/2020 | $591,149 |
| 11.16  ALIX PARTNERS LLC<br>PO BOX 7410063<br>CHICAGO, IL 60674-5063 | | | | 7/31/2020 | $1,073,033 |
| 11.17  DELOITTE TAX LLP<br>P.O. BOX 844736<br>DALLAS, TX 75284-4736 | | | | 7/28/2020 | $170,707 |

**Tailored Shared Services, LLC**                                                                 **Case Number:**   **20-33913 (MI)**

| Part 6: | Certain Payments or Transfers |
| --- | --- |

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
| --- | --- | --- | --- | --- | --- |
| 11.18  DELOITTE TAX LLP<br>P.O. BOX 844736<br>DALLAS, TX 75284-4736 | | | | 7/31/2020 | $300,000 |
| 11.19  DELOITTE TAX LLP<br>P.O. BOX 844736<br>DALLAS, TX 75284-4736 | | | | 7/11/2020 | $100,000 |
| 11.20  DELOITTE TAX LLP<br>P.O. BOX 844736<br>DALLAS, TX 75284-4736 | | | | 7/24/2020 | $216,010 |
| 11.21  JACKSON WALKER LLP<br>1401 MCKINNEY ST<br># 1900<br>HOUSTON, TX 77010 | | | | 7/31/2020 | $330,906 |
| 11.22  KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVE<br>NEW YORK, NY 10022 | | | | 7/30/2020 | $710,000 |
| 11.23  KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVE<br>NEW YORK, NY 10022 | | | | 3/27/2020 | $1,000,000 |

**Tailored Shared Services, LLC**                                                      **Case Number:**      **20-33913 (MI)**

| Part 6: | Certain Payments or Transfers |

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|
| 11.24  KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVE<br>NEW YORK, NY 10022 | | | | 4/30/2020 | $250,000 |
| 11.25  KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVE<br>NEW YORK, NY 10022 | | | | 6/26/2020 | $350,000 |
| 11.26  KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVE<br>NEW YORK, NY 10022 | | | | 7/2/2020 | $350,000 |
| 11.27  KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVE<br>NEW YORK, NY 10022 | | | | 7/22/2020 | $200,000 |
| 11.28  KIRKLAND & ELLIS LLP<br>601 LEXINGTON AVE<br>NEW YORK, NY 10022 | | | | 7/27/2020 | $210,000 |
| 11.29  PJT PARTNERS LP<br>280 PARK AVENUE<br>NEW YORK, NY 10017 | | | | 6/10/2020 | $175,105 |

**Tailored Shared Services, LLC**                                    **Case Number:**      **20-33913 (MI)**

| Part 6: | Certain Payments or Transfers |

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|
| 11.30  PJT PARTNERS LP<br>280 PARK AVENUE<br>NEW YORK, NY 10017 | | | | 7/6/2020 | $175,000 |
| 11.31  PJT PARTNERS LP<br>280 PARK AVENUE<br>NEW YORK, NY 10017 | | | | 7/27/2020 | $175,000 |
| 11.32  PJT PARTNERS LP<br>280 PARK AVENUE<br>NEW YORK, NY 10017 | | | | 4/3/2020 | $295,968 |
| 11.33  PJT PARTNERS LP<br>280 PARK AVENUE<br>NEW YORK, NY 10017 | | | | 4/30/2020 | $175,000 |
| 11.34  PRIME CLERK LLC<br>ONE GRAND CENTRAL PLACE<br>60 EAST 42ND STREET<br>SUITE 1440<br>NEW YORK, NY 10165 | | | | 7/23/2020 | $75,000 |

**Tailored Shared Services, LLC**                                        **Case Number:**     **20-33913 (MI)**

| **Part 6:** | **Certain Payments or Transfers** |

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was Paid or Who Received the Transfer? Address | Email / Website | Who Made the Payment, if not Debtor? | If not Money, Describe any Property Transferred | Dates | Total Amount or Value |
|---|---|---|---|---|---|
| 11.35  PRIME CLERK LLC<br>ONE GRAND CENTRAL PLACE<br>60 EAST 42ND STREET<br>SUITE 1440<br>NEW YORK, NY 10165 | | | | 7/28/2020 | $26,100 |
| 11.36  STIKEMAN ELLIOTT<br>TOWER 56, 14TH FLOOR<br>126 EAST 56TH STREET<br>NEW YORK, NY 10022 | | | | 7/22/2020 | $75,000 |
| 11.37  STIKEMAN ELLIOTT<br>TOWER 56, 14TH FLOOR<br>126 EAST 56TH STREET<br>NEW YORK, NY 10022 | | | | 7/31/2020 | $100,000 |

**Tailored Shared Services, LLC**

**Case Number:** **20-33913 (MI)**

| **Part 6:** | Certain Payments or Transfers |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of Trust or Device | Trustee | Describe any Property Transferred | Dates Transfers were Made | Total Amount / Value |
|---|---|---|---|---|
| 12.1    NONE | | | | $0 |

**Tailored Shared Services, LLC**                                    **Case Number:**        **20-33913 (MI)**

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

### 13.  Transfers not already listed on this statement

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Name and Address of Transferee, Relationship to Debtor | Description of Property | Date Transfer was Made | Total Amount or Value |
|---|---|---|---|
| 13.1   NONE | | | $0 |

|  | | **TOTAL** | **$0** |

**Tailored Shared Services, LLC**                                                                 **Case Number:**        20-33913 (MI)

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of Occupancy |
|---|---|
| 14.1 13789 RIDER TRAIL NORTH SUITE #110, EARTH CITY, MO 63045 | From: 5/9/2014  To: 11/1/2018 |
| 14.2 2805 PETERSON PLACE, NORCROSS, GA 30071 | From:  To: 2/1/2020 |
| 14.3 650 FIFTH AVE, 23 FLOOR 2301 B, NEW YORK, NY 10019 | From: 1/24/2014  To: 6/30/2019 |
| 14.4 650 FIFTH AVE, 27 FLOOR, NEW YORK, NY 10019 | From: 1/24/2014  To: 6/30/2019 |

**Tailored Shared Services, LLC**                                    **Case Number:**      **20-33913 (MI)**

| Part 8: | Health Care Bankruptcies |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility Name and Address | Nature of the Business Operation, Including Type of Services the Debtor Provides | Location Where Patient Records are Maintained (if Different from Facility Address). If Electronic, Identify any Service Provider. | If Debtor Provides Meals and Housing, Number of Patients in Debtor's Care | How are Records Kept? |
| --- | --- | --- | --- | --- |
| 15.1   NONE | | | | ☐ Electronic<br>☐ Paper |

**Tailored Shared Services, LLC**                                      **Case Number:**     **20-33913 (MI)**

| Part 9: | Personally Identifiable Information |
|---------|-----------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.  _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**Tailored Shared Services, LLC**                                     **Case Number:**    **20-33913 (MI)**

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

---

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes.  Fill in below:

Describe:        Tailored Brands 401(k) Savings Plan                          EIN:    4752

Has the plan been terminated?

☑ No

☐ Yes

**Tailored Shared Services, LLC**                                    **Case Number:**        20-33913 (MI)

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|----------|------------------------------------------------------------------|

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution Name and Address | Last 4 Digits of Acct Number | Type of Account | Date of Closing | Last Balance |
|---|---|---|---|---|
| 18.1    NONE | | | | |

**Tailored Shared Services, LLC**

**Case Number:** **20-33913 (MI)**

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository Institution Name and Address | Names of Anyone with Access to it and Address | Description of the Contents | Does Debtor still have it? |
|---|---|---|---|
| 19.1    NONE | | | ☐ No ☐ Yes |

**Tailored Shared Services, LLC**                                    **Case Number:**     **20-33913 (MI)**

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility Name and Address | Names of Anyone with Access to it | Address | Description of the Contents | Does Debtor still have it? |
|---|---|---|---|---|
| 20.1 IRON MOUNTAIN VARIOUS LOCATIONS | | NOT AVAILABLE | VARIOUS DOCUMENTS | ☐ No ☑ Yes |
| 20.2 360 STORAGE 6649 CENTRAL AVE NEWARK, CA 94560 | | NOT AVAILABLE | MARKETING/PRODUCTION PROPS AND EQUIPMENT | ☐ No ☑ Yes |

**Tailored Shared Services, LLC**                                                            **Case Number:**      **20-33913 (MI)**

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's Name and Address | Location of the Property | Description of the Property | Value |
|---|---|---|---|
| 21.1    NONE | | | |

**Tailored Shared Services, LLC**                                    **Case Number:**      **20-33913 (MI)**

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similary harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Provide details below.

| Case Title and Case Number | Court or Agency Name and Address | Nature of Proceeding | Status |
|---|---|---|---|
| 22. 1    NONE | | | |

**Tailored Shared Services, LLC**                                    **Case Number:**     **20-33913 (MI)**

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the followig definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
|---|---|---|---|
| 23.1  NONE | | | |

**Tailored Shared Services, LLC**                                    **Case Number:**      **20-33913 (MI)**

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the followig definitions apply:

- Environmental law means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- Site means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- Hazardous material means anything than an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similary harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site Name and Address | Governmental Unit Name and Address | Environmental Law, if Known | Date of Notice |
|---|---|---|---|
| 24.1   NONE | | | |

**Tailored Shared Services, LLC**                                    **Case Number:**    **20-33913 (MI)**

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
| --- | --- |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business Name and Address | Describe the Nature of the Business | Employer Identification Number | Dates Business Existed |
| --- | --- | --- | --- |
| | | *Do not include SSN or ITIN* | |
| 25.1   NONE | | | |

**Tailored Shared Services, LLC**                                                      **Case Number:**      **20-33913 (MI)**

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and Address | Dates of Service | | | |
|---|---|---|---|---|
| 26a.1 | BRIAN VACLAVIK- CHIEF ACCOUNTING OFFICER<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | From: | 8/2/2018 | To: | 4/3/2020 |
| 26a.2 | JACK CALANDRA- CHIEF FINANCIAL OFFICER<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | From: | 8/2/2018 | To: | 7/31/2020 |
| 26a.3 | JOHN VAZQUEZ- VP, CHIEF ACCOUNTING OFFICER AND TREASURER<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | From: | 8/2/2018 | To: | |
| 26a.4 | KIM MCINTOSH- CONTROLLER<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | From: | 8/2/2018 | To: | |

**Tailored Shared Services, LLC**                                      **Case Number:**        **20-33913 (MI)**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

### 26. Books, records, and financial statements

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and Address | Dates of Service |
|---|---|
| 26b.1   DELOITTE AND TOUCHE LLP<br>1111 BAGBY STREET<br>SUITE 4500<br>HOUSTON , TX 77002 | From:      8/2/2018      To: |

**Tailored Shared Services, LLC**                                                    **Case Number:**      **20-33913 (MI)**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

### 26. Books, records, and financial statements

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and Address | If any Books of Account and Records are Unavailable, Explain Why |
|---|---|
| 26c.1 LAURA ANN SMITH - VP, ASSISTANT GENERAL COUNSEL AND ASSISTANT SECRETARY<br>6380 ROGERDALE ROAD<br>HOUSTON, TEXAS 77072 | TAILORED SHARED SERVICES, LLC - MINUTE BOOKS |

**Tailored Shared Services, LLC**                                    **Case Number:**    **20-33913 (MI)**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
| --- | --- |

### 26. Books, records, and financial statements

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and Address |
| --- |
| 26d.1    NONE |

**Tailored Shared Services, LLC**                                    **Case Number:**      **20-33913 (MI)**

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the Person who Supervised the Taking of the Inventory | Name and Address of the Person who has Possession of Inventory Records | Date of Inventory | Dollar Amount | Basis |
|---|---|---|---|---|
| 27.1   NONE | | | | |

Tailored Shared Services, LLC                                  Case Number:      20-33913 (MI)

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Positition and Nature of any Interest | Percent of Interest, if any |
|---|---|---|
| 28.1 A. ALEXANDER RHODES<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | DIRECTOR AND EXECUTIVE VICE PRESIDENT, GENERAL COUNSEL, AND CHIEF COMPLIANCE OFFICER | |
| 28.2 AIDAN ARNEY<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | VICE PRESIDENT, CORPORATE TAX | |
| 28.3 ANDREW VOGT<br>730 3RD AVE.<br>NEW YORK, NY 10017 | ZONE VICE PRESIDENT | |
| 28.4 BORIS SHERMAN<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | EXECUTIVE VICE PRESIDENT, CHIEF TECHNOLOGY OFFICER | |
| 28.5 BRIAN BARON<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | VICE PRESIDENT, OMNICHANNEL ANALYTICS | |
| 28.6 CAROLYN POLLOCK<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | SENIOR VICE PRESIDENT, CHIEF MARKETING OFFICER, TAILORED BRANDS | |
| 28.7 CARRIE ASK<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | DIRECTOR AND CHIEF CUSTOMER OFFICER | |
| 28.8 CATHERINE SPICER<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | SENIOR VICE PRESIDENT, DEPUTY GENERAL COUNSEL - EMPLOYMENT, LITIGATION AND CONTRACTS | |
| 28.9 CHAITANYA PALLAPOTHULA<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | SENIOR VICE PRESIDENT, OMNI CHANNEL TECHNOLOGY | |
| 28.10 CHARLES REILLY<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | VICE PRESIDENT, REAL ESTATE | |
| 28.11 CHRISTOPHER LORENZO<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | VICE PRESIDENT, STORE EMPLOYEE DEVELOPMENT & TRAINING | |
| 28.12 DANNY VAUGHN<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | ZONE VICE PRESIDENT | |
| 28.13 DEAN A. SPERANZA<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | SENIOR VICE PRESIDENT, STORES | |
| 28.14 DINESH LATHI<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | PRESIDENT AND CHIEF EXECUTIVE OFFICER | |
| 28.15 DOUG SIMPSON<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | VICE PRESIDENT, DC TUXEDO OPERATIONS | |
| 28.16 DREW WHITE<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | VICE PRESIDENT, ENGINEERING | |

**Tailored Shared Services, LLC**                                     **Case Number:**    **20-33913 (MI)**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Posittion and Nature of any Interest | Percent of Interest, if any |
|---|---|---|
| 28.17 FRANCISCO FUENTES<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | VICE PRESIDENT, RISK MANAGEMENT | |
| 28.18 GINGER CURTSINGER<br>220 FRANKLIN VILLAGE DR.<br>FRANKLIN, MA 02038 | ZONE VICE PRESIDENT | |
| 28.19 GUNTHER GRUMM<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | VICE PRESIDENT, HR - STORES & SUPPLY CHAIN | |
| 28.20 HOLLY ETLIN<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | CHIEF RESTRUCTURING OFFICER | |
| 28.21 HONGPEI ZHANG<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | VICE PRESIDENT, MARKETING ANALYTICS | |
| 28.22 JAMES MORELAND<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | VICE PRESIDENT, DISTRIBUTION | |
| 28.23 JAMES TARSNEY<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | VICE PRESIDENT, CONTACT CENTER | |
| 28.24 JAMIE BRAGG<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | DIRECTOR AND EXECUTIVE VICE PRESIDENT,<br>CHIEF SUPPLY CHAIN OFFICER | |
| 28.25 JASON BLACK<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | VICE PRESIDENT AND CHIEF INFORMATION<br>SECURITY OFFICER | |
| 28.26 JOEL P. SCHULTZ<br>5727 CHRISTIE STREET<br>#C4<br>EMERYVILLE, CA 94608 | ZONE VICE PRESIDENT | |
| 28.27 JOHN VAZQUEZ<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | VICE PRESIDENT, CHIEF ACCOUNTING OFFICER<br>AND TREASURER | |
| 28.28 JOSEPH FOLEY<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | VICE PRESIDENT, REAL ESTATE | |
| 28.29 KELLY HELTHALL<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | VICE PRESIDENT, DIGITAL PRODUCT | |
| 28.30 KEVIN GAGGIN<br>22169 EUREKA ROAD<br>TAYLOR, MI 48180 | ZONE VICE PRESIDENT | |
| 28.31 KIM MCINTOSH<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | VICE PRESIDENT, CORPORATE CONTROLLER | |
| 28.32 LAURA ANN SMITH<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | VICE PRESIDENT, ASSISTANT GENERAL<br>COUNSEL - CORPORATE AND SECURITIES LAW<br>AND SECRETARY | |

Tailored Shared Services, LLC                                                      Case Number:      20-33913 (MI)

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|----------|-------------------------------------------------------------------|

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Positition and Nature of any Interest | Percent of Interest, if any |
|------------------|---------------------------------------|-----------------------------|
| 28.33  MAL FOLEY<br>951 INTERSTATE 20 W<br>SUITE 101<br>ARLINGTON, TX 76015 | ZONE VICE PRESIDENT | |
| 28.34  MARK NEUTZE<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | EXECUTIVE VICE PRESIDENT, STORES | |
| 28.35  MELISSA PORTER<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | SENIOR VICE PRESIDENT, CUSTOMER EXPERIENCE | |
| 28.36  MICHAEL PARSLEY<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | SENIOR VICE PRESIDENT, RETAIL DISTRIBUTION | |
| 28.37  MICHAEL SHANE SMITH<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | EXECUTIVE VICE PRESIDENT, CHIEF HUMAN RESOURCES OFFICER | |
| 28.38  NEYHA G. RAJAN<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | VICE PRESIDENT, ASSISTANT GENERAL COUNSEL - COMPLIANCE AND PRIVACY LAW | |
| 28.39  NIKY L. KING<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | VICE PRESIDENT, ECOMMERCE DISTRIBUTION | |
| 28.40  PATRICIA QUA<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | VICE PRESIDENT, FINANCIAL PLANNING & ANALYSIS | |
| 28.41  RICHARD HANSEN<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | EXECUTIVE VICE PRESIDENT, STRATEGY & ANALYTICS | |
| 28.42  ROBERT HOLLAND<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | VICE PRESIDENT, TRANSPORTATION AND LOGISTICS | |
| 28.43  SAM STOGNER<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | VICE PRESIDENT, RENTAL | |
| 28.44  STEVE RICCI<br>1225 CHATTAHOOCHEE AVE. NW<br>ATLANTA, GA 30318 | BRAND PRESIDENT, K&G | |
| 28.45  SUSAN LOPEZ<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | VICE PRESIDENT, ENTERPRISE PMO AND CORPORATE SYSTEMS | |
| 28.46  SUZANNE SCOTT<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | VICE PRESIDENT, E-COMMERCE | |
| 28.47  THE MEN'S WEARHOUSE, INC.<br>6380 ROGERDALE ROAD<br>HOUSTON, TX 77072 | OWNERSHIP INTEREST | 100.00% |
| 28.48  VIRGINIA GRIMALDO<br>6100 STEVENSON BLVD.<br>FREMONT, CA 94538 | VICE PRESIDENT, STORE OPERATIONS | |

**Tailored Shared Services, LLC**                                    **Case Number:**        **20-33913 (MI)**

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Positition and Nature of any Interest | Percent of Interest, if any |
|---|---|---|

Tailored Shared Services, LLC                                                    Case Number:        20-33913 (MI)

**Part 13:**          **Details About the Debtor's Business or Connections to Any Business**

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name and Address | Position and Nature of Interest | Period During Which Position Was Held | | | |
|---|---|---|---|---|---|
| 29.1  ANDREW IWASKOW <br> NOT AVAILABLE | | From: | 8/21/2017 | To: | 8/2/2019 |
| 29.2  ANN MARTIN <br> NOT AVAILABLE | | From: | 6/25/2018 | To: | 4/27/2020 |
| 29.3  BRIAN T VACLAVIK <br> NOT AVAILABLE | | From: | 10/13/2015 | To: | 4/3/2020 |
| 29.4  BRUCE HERSHEY <br> NOT AVAILABLE | | From: | 1/31/2016 | To: | 8/10/2019 |
| 29.5  BRYAN WRIGHT <br> NOT AVAILABLE | | From: | 1/31/2016 | To: | 2/1/2020 |
| 29.6  DAN WISK <br> NOT AVAILABLE | | From: | 10/28/2019 | To: | 6/6/2020 |
| 29.7  ERIC ANDERSON <br> NOT AVAILABLE | | From: | 1/31/2016 | To: | 8/2/2019 |
| 29.8  FELICIA BROWN <br> NOT AVAILABLE | | From: | 6/4/2018 | To: | 11/4/2019 |

Tailored Shared Services, LLC                                                    Case Number:        20-33913 (MI)

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name and Address | Position and Nature of Interest | Period During Which Position Was Held |
|---|---|---|
| 29.9   JACK CALANDRA<br>NOT AVAILABLE | | From:  1/3/2017   To:  7/31/2020 |
| 29.10  JULIE MACMEDAN<br>NOT AVAILABLE | | From:  8/29/2016   To:  7/31/2020 |
| 29.11  KEN WIDNER<br>NOT AVAILABLE | | From:  1/31/2016   To:  7/31/2020 |
| 29.12  KIM OWENS<br>NOT AVAILABLE | | From:  1/31/2016   To:  1/1/2020 |
| 29.13  LAUREL C PIES<br>NOT AVAILABLE | | From:  1/31/2016   To:  2/28/2020 |
| 29.14  LEO DORAN<br>NOT AVAILABLE | | From:  10/8/2018   To:  5/3/2020 |
| 29.15  LINDSAY PHILLIPS<br>NOT AVAILABLE | | From:  8/2/2016   To:  1/28/2020 |
| 29.16  MARY BETH BLAKE<br>NOT AVAILABLE | | From:  3/8/2016   To:  12/31/2019 |

**Tailored Shared Services, LLC**                                          **Case Number:**      **20-33913 (MI)**

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name and Address | Position and Nature of Interest | Period During Which Position Was Held | | |
|---|---|---|---|---|
| 29.17 RAMY MORA<br>NOT AVAILABLE | | From: 1/15/2019 | To: | 1/28/2020 |
| 29.18 SCOTT SHAVER<br>NOT AVAILABLE | | From: 10/2/2017 | To: | 7/31/2020 |
| 29.19 SETH WASCHITZ<br>NOT AVAILABLE | | From: 1/31/2016 | To: | 7/31/2020 |

**Tailored Shared Services, LLC**                                    **Case Number:**      20-33913 (MI)

---

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |

---

### 30. Payments, Distributions, or Withdrawals Credited or Given to Insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and Address of Recipient and Relationship to Debtor | Amount | Dates | Reason for Providing the Value |
|---|---|---|---|
| 30.1   PLEASE SEE SOFA QUESTION 4.<br>NOT AVAILABLE | | | |
| **TOTAL PLEASE SEE SOFA QUESTION 4.** | **$0** | | |

| | | |
|---|---|---|
| **TOTAL** | **$0** | |

**Tailored Shared Services, LLC**                                                    **Case Number:**      **20-33913 (MI)**

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of Parent Corporation | Employer Identification Number of the Parent Corporation |
|---|---|
| 31. 1   TAILORED SHARED SERVICES, LLC | EIN:    47-4894752 |

**Tailored Shared Services, LLC**                                      **Case Number:**      **20-33913 (MI)**

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of Pension Fund | Employer Identification Number of the Pension Fund |
|---|---|
| 32. 1    NONE | EIN: |

**Tailored Shared Services, LLC**                    **Case Number:**     **20-33913 (MI)**

| Part 14: | Signature and Declaration |
|---|---|

Warning -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a resonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.


**Executed on:** _____ September 9, 2020 _____



**Signature:**  /s/ Holly Etlin                                      Holly Etlin, Chief Restructuring Officer
                                                                    **Name and Title**




Are additional pages to the Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?

[X] No

[ ] Yes