**MOR-1**

| CASE NAME: | Tailored Brands, Inc. | UNITED STATES BANKRUPTCY COURT | PETITION DATE: | 08/02/20 |
|---|---|---|---|---|
| CASE NUMBER: | 20-33900 | | DISTRICT OF TEXAS: | Southern |
| PROPOSED PLAN DATE: | 10/6/2020 | | DIVISION: | Houston |

## MONTHLY OPERATING REPORT SUMMARY

(Amounts in Thousands)

| MONTH | Aug-20 | Sep-20 | Oct-20 |
|---|---|---|---|
| REVENUES (MOR-6) | 99,860 | 146,130 | |
| OPERATING INCOME (LOSS) (MOR-6) | (37,748) | (27,332) | |
| NET INCOME (LOSS) (MOR-6) | (55,808) | (33,507) | |
| PAYMENTS TO INSIDERS (MOR-9) | 385 | 385 | |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 259 | 2,246 | |
| TOTAL DISBURSEMENTS (MOR-7) | (548,839) | (195,319) | |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

**CHECK ONE**

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE | | | |
|---|---|---|---|---|---|
| | | | Are all accounts receivable being collected within terms? | ☑ Yes | ☐ No |
| | | | Are all post-petition liabilities, including taxes, being paid within terms? | ☑ Yes | ☐ No |
| | | | Have all tax returns and other required government filings been timely paid? | ☑ Yes | ☐ No |
| UMBRELLA | ☑ YES | 05/01/21 | Have any pre-petition liabilities been paid? | ☑ Yes | ☐ No |
| D&O | ☑ YES | 12/31/20 | If so, describe  Payments made consistent with First Day Orders | | |
| PROPERTY | ☑ YES | 05/01/21 | Are all funds received being deposited into Debtor in Possession bank accounts? | ☑ Yes | ☐ No |
| WORKERS COMP | ☑ YES | 05/01/21 | Were any assets disposed of outside the normal course of business? | ☐ Yes | ☑ No |
| VARIOUS | ☑ YES | 05/01/21 | If so, describe | | |
| | | | Are all U.S. Trustee Quarterly Fee Payments current? | ☑ Yes | ☐ No |

What is the status of your Plan of Reorganization?   Amended Plan Filed 10/6/20

| ATTORNEY NAME: | Matthew D. Cavenaugh | | |
|---|---|---|---|
| FIRM NAME: | Jackson Walker LLP | INITIALS _____ | I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct. |
| ADDRESS: | 1401 McKinney St. | | |
| | Suite 1900 | DATE _____ | |
| CITY, STATE, ZIP: | Houston, Texas 77010 | | SIGNED /s/ Holly Etlin          Chief Restructuring Officer |
| TELEPHONE/FAX: | 713-752-4200 / 713-752-4221 | UST USE ONLY | (ORIGINAL SIGNATURE)          TITLE |
| | | | Holly Etlin          10/29/2020 |
| | | | (PRINT NAME OF SIGNATORY)          DATE |

**MOR-1**

[1]

A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/TailoredBrands. The location of the Debtors' service address in these chapter 11 cases is:  6100 Stevenson Boulevard, Fremont, California 94538.

CASE NAME: Tailored Brands, Inc.
CASE NUMBER: 20-33900

# Notes to the Monthly Operating Report

**INTRODUCTION:**

This monthly operating report is unaudited and does not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, the MOR reflects the assets and liabilities of the Debtor(s), except where otherwise indicated. Information contained in the MOR has been derived from the Debtor's books and records. Therefore, in order to comply with their obligations to provide monthly operating reports currently during these Chapter 11 Cases, the Debtors have prepared this monthly operating report using the best information presently available to them, which has been collected, maintained, and prepared in accordance with their historical accounting practices. This monthly operating report is, thus, true and accurate to the best of the Debtors' knowledge, information and belief based on current available data. The results of operations and financial position contained herein are not necessarily indicative of results that may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Debtors in the future.

**GENERAL METHODOLOGY:**

The Debtors prepared this Monthly Operating Report relying primarily upon the information set forth in their books and records. Consequently, certain transactions that are not identified in the normal course of business in the Debtors' books and records may not be included in this Monthly Operating Report. Nevertheless, in preparing this Monthly Operating Report, the Debtors made best efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein. All numbers are rounded to thousands, which may cause slight differences to totals. The Debtors' fiscal periods do not align with calendar months. The fiscal period reported for August 2020 is August 2 - August 29. The fiscal period for September is August 30, 2020 - October 3, 2020.

**RESERVATION OF RIGHTS:**

Given the complexity of the Debtors' business, inadvertent errors, omissions or over inclusion of contracts or leases may have occurred. Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this Monthly Operating Report and reserve the right to amend or supplement this Monthly Operating Report, if necessary, but shall be under no obligation to do so.

**Notes to MOR-1:**

The August MOR inadvertently listed the expiration date of the D&O insurance as 11/15/20. The correct expiration date of 12/31/20 is now listed.

**Notes to MOR-2:**

Balance sheet is presented as the combined total of Debtor entities in these cases and does not include eliminating accounting entries prepared in accordance with GAAP. Furthermore, this information is based on unaudited information, which may not reconcile to the Debtors' final consolidated financial statements for the period. Cash balances in balance sheet include cash not included in bank accounts, such as cash on hand, cash in transit and other accruals.

**Notes to MOR-3:**

Balance sheet is presented as the combined total of Debtor entities in these cases and does not include eliminating accounting entries prepared in accordance with GAAP. Furthermore, this information is based on unaudited information, which may not reconcile to the Debtors' final consolidated financial statements for the period. Accounts payable accruals may include invoices that had not been evaluated as liabilities subject to compromise as of month end. In this report these amounts are assumed to be post-petition obligations, pending the Debtors' normal-course invoice processing assessment.

CASE NAME: Tailored Brands, Inc.
CASE NUMBER: 20-33900

## Notes to the Monthly Operating Report

**Notes to MOR-4:**
The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based upon the information available at the time of, and research conducted in connection with, the preparation of this MOR. As additional information becomes available and further research is conducted, the Debtors' allocation of liabilities between the prepetition and postpetition periods may change. The liability information, except as otherwise noted, is listed as of the close of business as of the end of the month. Accordingly, the Debtors reserve all rights to amend, supplement or otherwise modify this MOR as necessary and appropriate. Accrued expenses have not been evaluated as liabilities subject to compromise and are subject to material change.

**Notes to MOR-5:**
Aging represents open and outstanding invoices that have been entered into the Debtors' accounts payable system. The aging does not include accruals for invoices not yet received or approved and is aged based on due date.

Accounts receivable aging only represents trade receivables. The balance of accounts receivable primarily consists of credit card receivables, and credit card reserves.

**Notes to MOR-6:**
All amounts are for the entire fiscal month, as described in the general methodology note. Fiscal September consists of 5 weeks.

**Notes to MOR-7:**
Although payment of prepetition claims is generally not permitted, the Bankruptcy Court has authorized the Debtors to pay certain prepetition claims in designated categories and subject to certain terms and conditions. This relief generally was designed to preserve the value of the Debtors' business and assets. The Debtors have paid and continue to pay undisputed post petition obligations in the ordinary course of business.

Intercompany receipts and disbursements are excluded from this report. Based on centralized cash management practices, non-Debtor entities may make payments on behalf of other Debtor entities. To conform to U.S. Trustee disbursement reporting requests to track disbursements by Debtor and for purposes of quarterly fee calculations, the Debtors have made a reasonable effort to assign these disbursements to the entity on whose behalf the payment was made. However, this assignment may differ from the final intercompany accounting. Both Receipts and Disbursements are provided on book basis.

**Notes to MOR-8:**
The Debtors perform all bank account reconciliations in the ordinary course of business. Copies of the bank account statements and reconciliations are available for inspection upon request by the Office of the United States Trustee. Balances represent book balance.

**Notes to MOR-9:**
The list of insiders is consistent with public disclosures of Tailored Brands, Inc. and other filings associated with this Chapter 11 case. Payments to ordinary course professionals or consultants are not included in MOR-9.

CASE NAME: Tailored Brands, Inc.
CASE NUMBER: 20-33900

**UNITED STATES BANKRUPTCY COURT**
*MOR-2 - COMPARATIVE BALANCE SHEETS*

PETITION DATE: 08/02/20
DISTRICT OF TEXAS: Southern
PERIOD: As of October 3, 2020

# COMPARATIVE BALANCE SHEETS
## (Amounts in Thousands)

| *Unaudited* | TLRD | TLRD | TLRD |
|---|---:|---:|---:|
| **ASSETS** | MONTH Aug-20 | MONTH Sep-20 | MONTH Oct-20 |
| **CURRENT ASSETS** | | | |
| Cash and cash equivalents | $39,412 | $30,694 | |
| Restricted cash | 80,920 | 44,955 | |
| Accounts receivable, net | 23,739 | 23,821 | |
| Inventories | 676,165 | 650,582 | |
| Other current assets | 110,264 | 100,465 | |
| **TOTAL CURRENT ASSETS** | $930,500 | $850,517 | 0 |
| **Noncurrent assets:** | | | |
| Property and equipment, net | $304,160 | $296,670 | |
| Operating lease right-of-use assets | 648,214 | 622,963 | |
| Rental product, net | 99,088 | 96,152 | |
| Intangible assets, net | 23,534 | 23,516 | |
| Other assets | 1,182 | 1,819 | |
| **TOTAL NONCURRENT ASSETS** | $1,076,178 | $1,041,120 | $0 |
| | | | |
| **TOTAL ASSETS** | **$2,006,678** | **$1,891,637** | **$0** |

*See MOR Notes

**MOR-2**

| CASE NAME: | Tailored Brands, Inc. |
|---|---|
| CASE NUMBER: | 20-33900 |

**UNITED STATES BANKRUPTCY COURT**
*MOR-3 - COMPARATIVE BALANCE SHEETS*

| PETITION DATE: | 08/02/20 |
|---|---|
| DISTRICT OF TEXAS: | Southern |
| PERIOD: | As of October 3, 2020 |

# COMPARATIVE BALANCE SHEETS
## (Amounts in Thousands)

*Unaudited*

| LIABILITIES | MONTH Aug-20 | MONTH Sep-20 | MONTH Oct-20 |
|---|---:|---:|---:|
| **LIABILITIES** | | | |
| POST-PETITION LIABILITIES (MOR-4) | $1,308,480 | $1,226,342 | |
| | | | |
| LIABILITIES SUBJECT TO COMPROMISE (LSTC) *See MOR Notes | | | |
| TOTAL LIABILITIES SUBJECT TO COMPROMISE | 1,268,100 | 1,268,506 | $0 |
| | | | |
| **TOTAL LIABILITIES** | $2,576,580 | $2,494,848 | $0 |
| **EQUITY** | | | |
| Common stock | 512 | 512 | |
| Capital in excess of par | 518,322 | 518,891 | |
| Accumulated deficit | (1,077,515) | (1,111,021) | |
| Accumulated other comprehensive loss | (1,221) | (1,593) | |
| Treasury stock, at cost | (10,000) | (10,000) | |
| TOTAL STOCKHOLDERS' DEFICIT | ($569,902) | ($603,211) | $0 |
| | | | |
| **TOTAL LIABILITIES & EQUITY** | **$2,006,678** | **$1,891,637** | **$0** |

*See MOR Notes

**MOR-3**

CASE NAME: Tailored Brands, Inc.
CASE NUMBER: 20-33900

**UNITED STATES BANKRUPTCY COURT**
*MOR-4 - SCHEDULE OF POST-PETITION LIABILITIES*

PETITION DATE: 08/02/20
DISTRICT OF TEXAS: Southern
PERIOD: As of October 3, 2020

# COMPARATIVE BALANCE SHEETS
## (Amounts in Thousands)

*Unaudited*

|  | MONTH Aug-20 | MONTH Sep-20 | MONTH Oct-20 |
|---|---|---|---|
| **Current liabilities:** | | | |
| Accounts payable | 76,691 | 85,822 | |
| Accrued expenses and other current liabilities | 222,396 | 205,300 | |
| Current portion of operating lease liabilities | 186,052 | 165,373 | |
| Current portion of long-term debt | 260,000 | 232,123 | |
| Total current liabilities | $745,139 | $688,618 | |
| | | | |
| **Noncurrent liabilities:** | | | |
| Operating lease liabilities | 527,055 | 501,668 | |
| Deferred taxes and other liabilities | 36,286 | 36,056 | |
| Total noncurrent liabilities | $563,341 | $537,724 | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | **$1,308,480** | **$1,226,342** | |

*See MOR Notes

**MOR-4**

CASE NAME: Tailored Brands, Inc.
CASE NUMBER: 20-33900

**UNITED STATES BANKRUPTCY COURT**
*MOR-5 - POST-PETITION AP/AR AGING*

PETITION DATE: 08/02/20
DISTRICT OF TEXAS: Southern
PERIOD: As of October 3, 2020

# AGING OF POST-PETITION PAYABLES

## (Amounts in Thousands)

*Unaudited*

| DAYS | Aug-20 | Sep-20 | Oct-20 |
|---|---|---|---|
| Current | $6,519 | $22,425 | |
| 1-30 | 29,207 | 9,661 | |
| 31-60 | 5,205 | (479) | |
| 61+ | 1,114 | 5,627 | |
| TOTAL | $42,045 | $37,234 | |

# AGING OF ACCOUNTS RECEIVABLES

## (Amounts in Thousands)

*Unaudited*

| DAYS | Aug-20 | Sep-20 | Oct-20 |
|---|---|---|---|
| Current | $77 | $65 | |
| 1-30 | 85 | 44 | |
| 31-60 | 16 | 53 | |
| 61+ | 249 | 84 | |
| TOTAL | $426 | $246 | |

*See MOR Notes

**MOR-5**

**CASE NAME:** Tailored Brands, Inc.
**CASE NUMBER:** 20-33900

**UNITED STATES BANKRUPTCY COURT**
*MOR-6 - CONSOLIDATED STATEMENTS OF OPERATIONS*

PETITION DATE: 08/02/20
DISTRICT OF TEXAS: Southern
PERIOD: Aug 30, 2020 - Oct 3, 2020

# Consolidated Statements of Operations
## (Amounts in Thousands)

*Unaudited*

|  | MONTH Aug-20 | MONTH Sep-20 | MONTH Oct-20 |
|---|---|---|---|
| **Revenues and other:** | | | |
| Retail clothing product | 78,455 | 109,617 | |
| Rental services | 15,690 | 28,271 | |
| Alteration and other services | 5,715 | 8,242 | |
|  | $99,860 | $146,130 | |
| **Expenses:** | | | |
| Costs of Sales | $85,421 | $105,910 | |
| Advertising expense | 4,008 | 8,224 | |
| Selling, general and administrative expenses | 48,179 | 59,328 | |
|  | $137,608 | $173,462 | |
| **Other income and (expenses):** | | | |
| Interest income | $3 | $2 | |
| Interest expense | (3,700) | (4,609) | |
|  |  |  | |
|  | (3,697) | (4,607) | |
|  |  |  | |
| Reorganization costs | (23,059) | (6,835) | |
|  |  |  | |
| Loss before income taxes | ($64,504) | ($38,774) | |
| Benefit for income taxes | (8,696) | (5,267) | |
| Net loss | ($55,808) | ($33,507) | |

*See MOR Notes

**MOR-6**

| | |
|---|---|
| **CASE NAME:** | Tailored Brands, Inc. |
| **CASE NUMBER:** | 20-33900 |

**UNITED STATES BANKRUPTCY COURT**
*MOR-7 - CASH RECEIPTS AND DISBURSEMENTS*

| | |
|---|---|
| PETITION DATE: | 08/02/20 |
| DISTRICT OF TEXAS: | Southern |
| PERIOD: | Aug 30, 2020 - Oct 3, 2020 |

# Cash Receipts and Disbursements
## (Amounts in Thousands)

| Company Name | Case Number | Cash Receipts | Cash Disbursements |
|---|---|---:|---:|
| JA Apparel Corp. | 20-33901 | $ - | $ (0) |
| Jos. A. Bank Clothiers, Inc. | 20-33903 | 26,253 | (557) |
| Joseph Abboud Manufacturing Corp | 20-33904 | - | - |
| K&G Men's Company Inc. | 20-33902 | 19,517 | (23,884) |
| Moores Retail Group Corp. | 20-33906 | 0 | (75) |
| Moores The Suit People Corp. | 20-33910 | 11,061 | (15,718) |
| MWDC Holding Inc. | 20-33908 | - | - |
| Nashawena Mills Corp. | 20-33905 | - | - |
| Renwick Technologies, Inc. | 20-33909 | - | - |
| Tailored Brands Gift Card Co LLC | 20-33914 | - | - |
| Tailored Brands Purchasing LLC | 20-33912 | - | - |
| Tailored Brands, Inc. | 20-33900 | 300 | - |
| Tailored Shared Services, LLC | 20-33913 | 11,738 | (9,677) |
| TB UK Holding Limited | 20-33917 | - | - |
| The Joseph A. Bank Mfg. Co., Inc. | 20-33915 | - | - |
| The Men's Wearhouse, Inc. | 20-33911 | 92,979 | (135,578) |
| TMW Merchants LLC | 20-33916 | - | - |
| Tailored Brands Worldwide Purchasing Co. | 20-33907 | - | (9,830) |
| **Total** | | **$ 161,847** | **$ (195,319)** |

*See MOR Notes

**MOR-7**

CASE NAME: Tailored Brands, Inc.
CASE NUMBER: 20-33900

**UNITED STATES BANKRUPTCY COURT**
*MOR-8 - CASH RECONCILIATION*

PETITION DATE: 08/02/20
DISTRICT OF TEXAS: Southern
PERIOD: As of October 3, 2020

## Bank Account Information
(Amounts in Thousands)

| BANK NAME | COMPANY NAME | ACCOUNT NUMBER ENDING | BANK BALANCE |
|---|---|---|---|
| BANK OF AMERICA | JA Apparel Corp. | 0812 | 8 |
| BANK OF AMERICA | JA Apparel Corp. | 6780 | - |
| BANK OF AMERICA | JA Apparel Corp. | 1966 | - |
| BANK OF AMERICA | JA Apparel Corp. | 1882 | 151 |
| BANK OF AMERICA | Jos. A. Bank Clothiers, Inc. | 6750 | 53 |
| BANK OF AMERICA | Jos. A. Bank Clothiers, Inc. | 9015 | 264 |
| BANK OF AMERICA | Jos. A. Bank Clothiers, Inc. | 9028 | - |
| BANK OF AMERICA | Jos. A. Bank Clothiers, Inc. | 9031 | - |
| BB&T | Jos. A. Bank Clothiers, Inc. | 1413 | 3 |
| BBVA COMPASS | Jos. A. Bank Clothiers, Inc. | 5091 | 5 |
| FIFTH THIRD | Jos. A. Bank Clothiers, Inc. | 4544 | 8 |
| JPMORGAN CHASE | Jos. A. Bank Clothiers, Inc. | 5203 | 13 |
| KEY BANK | Jos. A. Bank Clothiers, Inc. | 1787 | 4 |
| M&T BANK | Jos. A. Bank Clothiers, Inc. | 4286 | 4 |
| PNC BANK | Jos. A. Bank Clothiers, Inc. | 0275 | 16 |
| REGIONS BANK | Jos. A. Bank Clothiers, Inc. | 2665 | 9 |
| TD BANK | Jos. A. Bank Clothiers, Inc. | 5063 | 5 |
| US BANK | Jos. A. Bank Clothiers, Inc. | 9441 | 9 |
| WELLS FARGO | Jos. A. Bank Clothiers, Inc. | 1077 | 57 |
| BANK OF AMERICA | K&G Men's Company Inc. | 5103 | (232) |
| BANK OF AMERICA | K&G Men's Company Inc. | 5111 | 158 |
| BANK OF AMERICA | K&G Men's Company Inc. | 1178 | - |
| BANK OF AMERICA | K&G Men's Company Inc. | 4984 | - |
| BANK OF AMERICA | K&G Men's Company Inc. | 3284 | 552 |
| BANK OF AMERICA | K&G Men's Company Inc. | 3297 | 361 |
| BANK OF AMERICA | K&G Men's Company Inc. | 3307 | 882 |
| FIFTH THIRD | K&G Men's Company Inc. | 6978 | 490 |
| BANK OF MONTREAL | Moores The Suit People Corp. | -521 | 28 |
| CIBC | Moores The Suit People Corp. | 7119 | 38 |
| JPMORGAN CHASE | Moores The Suit People Corp. | 0751 | 4,200 |
| RBC | Moores The Suit People Corp. | 25-3 | 34 |
| SCOTIA BANK | Moores The Suit People Corp. | 2418 | 259 |

| CASE NAME: | Tailored Brands, Inc. |
|---|---|
| CASE NUMBER: | 20-33900 |

**UNITED STATES BANKRUPTCY COURT**
*MOR-8 - CASH RECONCILIATION*

PETITION DATE: 08/02/20
DISTRICT OF TEXAS: Southern
PERIOD: As of October 3, 2020

| | | | |
|---|---|---|---:|
| SCOTIA BANK | Moores The Suit People Corp. | 2612 | 46 |
| SCOTIA BANK | Moores The Suit People Corp. | 2817 | 1,729 |
| SCOTIA BANK | Moores The Suit People Corp. | 8815 | - |
| SCOTIA BANK | Moores The Suit People Corp. | 5914 | 141 |
| SCOTIA BANK | Moores The Suit People Corp. | 6015 | 738 |
| SCOTIA BANK | Moores The Suit People Corp. | 0414 | 75 |
| SCOTIA BANK | Moores The Suit People Corp. | 9912 | 209 |
| TD CANADA TRUST | Moores Retail Group Corp. | 3655 | 50 |
| BANK OF AMERICA | Nashawena Mills Corp. | 5907 | 8 |
| BANK OF AMERICA | Renwick Technologies, Inc. | 1262 | - |
| BANK OF AMERICA | Tailored Brands, Inc. | 5974 | - |
| BANK OF AMERICA | Tailored Brands, Inc. | 6241 | - |
| BANK OF AMERICA | TB UK Holding Limited | 5802 | 1 |
| BANK OF AMERICA | Tailored Brands Worldwide Purchasin | 5381 | 346 |
| BANK OF AMERICA | Tailored Shared Services, LLC | 5958 | 230 |
| BANK OF AMERICA | Tailored Shared Services, LLC | 5961 | - |
| BANK OF AMERICA | The Men's Wearhouse, Inc. | 2871 | (4,334) |
| BANK OF AMERICA | The Men's Wearhouse, Inc. | 2905 | 54 |
| BANK OF AMERICA | The Men's Wearhouse, Inc. | 3053 | 378 |
| BANK OF AMERICA | The Men's Wearhouse, Inc. | 0835 | 5,076 |
| BANK OF AMERICA | The Men's Wearhouse, Inc. | 1110 | - |
| BANK OF AMERICA | The Men's Wearhouse, Inc. | 1123 | - |
| BANK OF AMERICA | The Men's Wearhouse, Inc. | 4447 | 470 |
| BANK OF AMERICA | The Men's Wearhouse, Inc. | 4450 | 726 |
| BANK OF AMERICA | The Men's Wearhouse, Inc. | 4463 | 299 |
| BANK OF AMERICA | The Men's Wearhouse, Inc. | 4942 | 2,261 |
| BANK OF AMERICA | The Men's Wearhouse, Inc. | 3590 | 2,056 |
| BANK OF AMERICA | The Men's Wearhouse, Inc. | 3600 | - |
| BANK OF AMERICA | The Men's Wearhouse, Inc. | 7313 | - |
| BANK OF AMERICA | The Men's Wearhouse, Inc. | 6010 | 5 |
| BANK OF HAWAII | The Men's Wearhouse, Inc. | 5567 | 2 |
| BB&T | The Men's Wearhouse, Inc. | 1391 | 14 |
| FIFTH THIRD | The Men's Wearhouse, Inc. | 9738 | 24 |
| HSBC | The Men's Wearhouse, Inc. | 9585 | 2 |
| JPMORGAN CHASE | The Men's Wearhouse, Inc. | 9762 | 11,276 |
| JPMORGAN CHASE | The Men's Wearhouse, Inc. | 3698 | 152 |
| KEY BANK | The Men's Wearhouse, Inc. | 2689 | 11 |
| PNC BANK | The Men's Wearhouse, Inc. | 5202 | 96 |

| CASE NAME: | Tailored Brands, Inc. |
|---|---|
| CASE NUMBER: | 20-33900 |

**UNITED STATES BANKRUPTCY COURT**
*MOR-8 - CASH RECONCILIATION*

PETITION DATE:         08/02/20
DISTRICT OF TEXAS:     Southern
PERIOD:                As of October 3, 2020

| | | | |
|---|---|---|---:|
| REGIONS BANK | The Men's Wearhouse, Inc. | 4418 | 20 |
| TD BANK | The Men's Wearhouse, Inc. | 1533 | 20 |
| US BANK | The Men's Wearhouse, Inc. | 1130 | 132 |
| WELLS FARGO | The Men's Wearhouse, Inc. | 0476 | 281 |
| JPMORGAN CHASE | The Men's Wearhouse, Inc. | 9722 | 44,955 |
| **Total** | | | **74,925** |

*See MOR Notes

**MOR-8**

CASE NAME: Tailored Brands, Inc.
CASE NUMBER: 20-33900

**UNITED STATES BANKRUPTCY COURT**
*MOR - 9 - PAYMENTS TO INSIDERS AND PROFESSIONALS [1]*

PETITION DATE: 08/02/20
DISTRICT OF TEXAS: Southern
PERIOD: Aug 30, 2020 - Oct 3, 2020

# PAYMENTS TO INSIDERS AND PROFESSIONALS
### (Amounts in Thousands)

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | | PERIOD 8/2/2020 - 8/29/2020 | MONTH 8/30/2020 - 10/3/2020 |
|---|---|---:|---:|
| Ask, Carrie Ann | Salary | $ 54 | $54 |
| Bragg II, James R | Salary | 37 | 37 |
| Hansen II, Richard B | Salary | 34 | 34 |
| Lathi, Dinesh Subhash | Salary | 77 | 77 |
| Neutze, Mark | Salary | 31 | 31 |
| Ricci, Steven James | Salary | 28 | 28 |
| Rhodes, Archibald Alexander | Salary | 35 | 35 |
| Sherman, Boris Peter | Salary | 38 | 38 |
| Smith, Michael Shane | Salary | 33 | 33 |
| Vazquez, John | Salary | 19 | 19 |
| **TOTAL INSIDERS (MOR-1)** | | **$ 385** | **$385** |

| PROFESSIONALS | PERIOD 8/2/2020 - 8/29/2020 | MONTH 8/30/2020 - 10/3/2020 |
|---|---:|---:|
| Morgan Lewis | $ 155 | $ 387 |
| Mourant (Cayman Counsel) | 100 | 0 |
| Winstead (Local Counsel) | 4 | 15 |
| BRG | - | 94 |
| Claims Agent (Prime Clerk) | - | 863 |
| Gibson Dunn | - | 506 |
| Houlihan Lokey | - | 300 |
| McMillan | - | 81 |
| **TOTAL PROFESSIONALS (MOR-1)** | **$ 259** | **$ 2,246** |

*See MOR Notes

**MOR-9**