IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/06/2020

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| TAILORED BRANDS, INC., *et al.*,[1] | ) ) | Case No. 20-33900 (MI) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | ) | **Re: Docket No. 1025** |

### ORDER (I) RESETTING THE CONFIRMATION HEARING
### AND (II) EXTENDING CERTAIN DEADLINES RELATED THERETO

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") resetting the Confirmation Hearing Date and extending certain deadlines with respect thereto, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/TailoredBrands.  The location of the Debtors' service address in these chapter 11 cases is:  6100 Stevenson Boulevard, Fremont, California 94538.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. Cause exists to extend the deadlines established in the Disclosure Statement Order. The following dates are hereby established

| Event | Previous Deadline/Time (Prevailing Central Time) | New Deadline/Time (Prevailing Central Time) |
|---|---|---|
| Deadline to File the Confirmation Brief | November 9, 2020 | November 11, 2020 at 11:00 a.m., prevailing Central Time |
| Confirmation Hearing Date | November 10, 2020, at 1:30 p.m., prevailing Central Time | November 12, 2020, at 3:30 pm, prevailing Central Time and continue on November 13, 2020, as needed. |

2. For the avoidance of doubt, the witness and exhibit lists for the Confirmation Hearing shall be filed on November 9, 2020, at 12:00 p.m., prevailing Central Time.

3. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: November 06, 2020

_____
Marvin Isgur
United States Bankruptcy Judge