**Tailored Brands, Inc.**
DIP Detail

| | | | | Q3 2020 | | | | | | | | | | 13 Week CF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 8/8 | 8/15 | 8/22 | 8/29 | 9/5 | 9/12 | 9/19 | 9/26 | 10/3 | 10/10 | 10/17 | 10/24 | 10/31 | Total |
| Period | M7W1 | M7W2 | M7W3 | M7W4 | M8W1 | M8W2 | M8W3 | M8W4 | M8W5 | M9W1 | M3W2 | M9W3 | M9W4 | M7W1-M9W4 |
| Week # | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 27-39 |
| ($ in 000s) | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| **BEGINNING CASH BALANCE (Bank)** | $ 100,356 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 100,356 |
| **RECEIPTS** | | | | | | | | | | | | | | |
| Operating Receipts | 21,698 | 26,014 | 26,881 | 27,729 | 30,546 | 33,098 | 33,501 | 36,621 | 36,952 | 37,811 | 39,294 | 38,403 | 41,334 | 429,883 |
| Other | 800 | - | - | 468 | 1,545 | 10,450 | - | - | 2,375 | - | - | - | 11,802 | 27,439 |
| **Total Receipts** | 22,498 | 26,014 | 26,881 | 28,197 | 32,091 | 43,548 | 33,501 | 36,621 | 39,327 | 37,811 | 39,294 | 38,403 | 53,136 | 457,322 |
| **DISBURSEMENTS** | | | | | | | | | | | | | | |
| Payroll & Benefits | (11,192) | (4,564) | (12,714) | (4,448) | (10,657) | (4,769) | (11,195) | (6,320) | (11,474) | (5,060) | (11,659) | (7,309) | (11,456) | (112,818) |
| Merchandise | - | (7,231) | (3,615) | (3,615) | (11,004) | (11,004) | (11,004) | (11,004) | (10,684) | (6,608) | (6,608) | (6,608) | (6,608) | (95,593) |
| Rent (incl. Property Taxes) | - | - | - | - | (19,762) | - | - | - | (19,762) | - | - | - | - | (39,525) |
| Rental / Custom Deposit Refunds | (3,000) | (3,500) | (3,500) | (3,500) | (3,500) | (3,500) | (1,500) | - | - | - | - | - | - | (22,000) |
| Marketing & Advertising | - | (4,755) | (432) | (432) | (4,018) | (799) | (799) | (799) | (734) | (6,902) | (758) | (758) | (758) | (21,943) |
| Utilities/Telecom | - | (1,763) | (882) | (2,632) | (735) | (735) | (735) | (851) | (2,117) | (836) | (836) | (836) | (836) | (13,793) |
| Freight/Parcel & US Customs | - | (2,094) | (1,112) | (1,264) | (1,165) | (1,276) | (933) | (974) | (928) | (948) | (993) | (956) | (938) | (13,580) |
| Capex & Rental Product | - | (583) | (542) | (542) | (1,015) | (1,339) | (1,339) | (1,339) | (1,265) | (592) | (592) | (592) | (592) | (10,329) |
| Sales & Use Tax | (37) | (863) | (5,608) | - | (47) | (1,101) | (7,877) | - | - | - | (12,740) | - | - | (28,274) |
| Other Operating Disbursements | (1,000) | (1,000) | (1,000) | (1,500) | (6,570) | (1,000) | (1,000) | (1,000) | (1,500) | (1,286) | (1,000) | (1,000) | (1,500) | (20,356) |
| **Total Disbursements** | (15,229) | (26,352) | (29,405) | (17,933) | (58,474) | (25,523) | (36,382) | (22,288) | (48,464) | (22,231) | (35,186) | (18,058) | (22,688) | (378,211) |
| **OPERATING CASH FLOW** | 7,269 | (338) | (2,524) | 10,264 | (26,383) | 18,025 | (2,881) | 14,334 | (9,137) | 15,580 | 4,109 | 20,345 | 30,448 | 79,111 |
| Total Financing & Debt Service | (4,767) | - | - | - | (4,697) | - | - | - | (5,031) | - | - | - | - | (14,495) |
| Release of Restricted Cash | 8,991 | - | - | - | 35,964 | - | - | - | - | 17,982 | - | - | - | 62,938 |
| **Total Net Baseline Cash Flow** | 11,494 | (338) | (2,524) | 10,264 | 4,885 | 18,025 | (2,881) | 14,334 | (14,168) | 33,562 | 4,109 | 20,345 | 30,448 | 127,554 |
| Restructuring Professional Fees | - | - | - | - | (9,218) | - | - | - | - | (7,226) | - | - | - | (16,444) |
| Restructuring Other | (6,853) | (2,103) | (12,357) | (8,857) | (4,700) | (13,774) | (4,700) | (4,700) | - | (3,565) | - | - | (261) | (61,870) |
| **TOTAL NET CASH FLOW** | 4,641 | (2,441) | (14,882) | 1,407 | (9,033) | 4,251 | (7,581) | 9,634 | (14,168) | 22,772 | 4,109 | 20,345 | 30,187 | 49,240 |
| DIP Borrowings / (Paydown) | (94,996) | 2,441 | 14,882 | (1,407) | 9,033 | (4,251) | 7,581 | (9,634) | 14,168 | (22,772) | (4,109) | (20,345) | (30,187) | (139,596) |
| **ENDING CASH BALANCE** | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 | $ 10,000 |
| **Liquidity Overview** | | | | | | | | | | | | | | |
| Borrowing Base | 439,861 | 438,877 | 437,414 | 435,255 | 444,590 | 442,095 | 438,351 | 430,648 | 423,496 | 425,528 | 417,927 | 409,722 | 400,146 | 400,146 |
| Drawn Revolver - Ending | (280,004) | (282,444) | (297,326) | (295,919) | (304,952) | (300,701) | (308,282) | (298,649) | (312,816) | (290,045) | (285,936) | (265,591) | (235,404) | (235,404) |
| LC's | (22,944) | (22,944) | (22,944) | (22,944) | (22,944) | (22,944) | (22,944) | (22,944) | (22,944) | (22,944) | (22,944) | (22,944) | (22,944) | (22,944) |
| Total Availability | 136,913 | 133,488 | 117,144 | 116,392 | 116,693 | 118,449 | 107,124 | 109,055 | 87,735 | 112,539 | 109,047 | 121,186 | 141,797 | 141,797 |
| **TOTAL LIQUIDITY** | $ 146,913 | $ 143,488 | $ 127,144 | $ 126,392 | $ 126,693 | $ 128,449 | $ 117,124 | $ 119,055 | $ 97,735 | $ 122,539 | $ 119,047 | $ 131,186 | $ 151,797 | $ 151,797 |