**Exhibit C**

**Financial Projections**

**Introduction to Financial Projections**

In connection with developing the *Debtors' Fourth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* (as may be amended, modified, or supplemented from time to time and including all exhibits thereto, the "Plan"),[1] the Debtors' management ("Management") prepared the following financial projections for the Reorganized Debtors (collectively, the "Financial Projections"). The Financial Projections reflect Management's estimate of the expected consolidated financial position, results of operations, and cash flows for the Reorganized Debtors after the transactions contemplated by the Plan for the remainder of the fiscal year 2020 ending January 30, 2021 through fiscal year 2024 ending February 1, 2025 (the "Projection Period"). For the purposes of the Financial Projections, the Effective Date is assumed to be November 30, 2020 (the "Assumed Effective Date"). The Financial Projections were prepared to establish the feasibility of the Plan under section 1129(a)(11) of the Bankruptcy Code and therefore take into account the estimated effects on the deleveraging and capitalization of the Debtors as a result of the transactions contemplated by the Plan.

The Financial Projections reflect Management's judgment of expected future operating and business conditions, which are subject to change. Although the Debtors have prepared the Financial Projections in good faith and believe the assumptions to be reasonable, it is important to note that the Debtors can provide no assurance that such assumptions will be realized. The Debtors' advisor AlixPartners, LLP has assisted in preparing the Financial Projections and has relied upon the accuracy and completeness of financial and other information furnished by Management and did not attempt to independently audit or verify such information. All estimates and assumptions shown within the Financial Projections were developed by Management. The Financial Projections have not been audited or reviewed by independent accountants.

THE FINANCIAL PROJECTIONS WERE NOT PREPARED WITH A VIEW TOWARD COMPLIANCE WITH THE GUIDELINES ESTABLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS, THE FINANCIAL ACCOUNTING STANDARDS BOARD, OR THE RULES AND REGULATIONS OF THE SECURITIES AND EXCHANGE COMMISSION. FURTHERMORE, THE FINANCIAL PROJECTIONS HAVE NOT BEEN AUDITED, REVIEWED, OR SUBJECTED TO ANY PROCEDURES DESIGNED TO PROVIDE ANY LEVEL OF ASSURANCE BY THE DEBTORS' INDEPENDENT PUBLIC ACCOUNTANTS.

THE FINANCIAL PROJECTIONS ASSUME THAT THE DEBTORS WILL EMERGE FROM CHAPTER 11 ON THE ASSUMED EFFECTIVE DATE. THE FINANCIAL PROJECTIONS SHOULD BE READ IN CONJUNCTION WITH (1) THE DISCLOSURE STATEMENT, INCLUDING ANY OF THE EXHIBITS THERETO OR INCORPORATED REFERENCES THEREIN, AS WELL AS THE RISK FACTORS SET FORTH THEREIN, AND (2) THE SIGNIFICANT ASSUMPTIONS, QUALIFICATIONS, AND NOTES SET FORTH BELOW.

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Disclosure Statement for the Debtors' Fourth Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code* (the "Disclosure Statement") to which this analysis is attached as **Exhibit C**.

**Financial Projections**

The Financial Projections were prepared in good faith based on assumptions believed to be reasonable and applied in a manner consistent with past practices. Certain assumptions that may or may not prove to be correct include customer demand, successful implementation of growth plans and capital expenditures, laws and regulations, interest rates, inflation, and other economic factors affecting the Debtors' businesses.

The Financial Projections include certain illustrative assumptions regarding expected cash tax liabilities. The impact of any changes to these illustrative assumptions regarding cash tax liabilities, including as a result of the tax consequences of the Restructuring Transactions (which could include elimination of or limitation of tax attributes, changes to the tax basis of assets, and the triggering of other tax implications) could materially impact the Financial Projections. Such matters are subject to many uncertainties and contingencies that are difficult to predict, certain of which rely on the form of the Restructuring Transactions, and some of which cannot be determined with certainty until after the Restructuring Transactions are consummated.

THE DEBTORS DO NOT, AS A MATTER OF COURSE, PUBLISH OR DISCLOSE THEIR FINANCIAL PROJECTIONS. ACCORDINGLY, THE DEBTORS DO NOT INTEND, AND DISCLAIM ANY OBLIGATION TO (A) FURNISH UPDATED FINANCIAL PROJECTIONS TO HOLDERS OF CLAIMS OR INTERESTS AT ANY TIME IN THE FUTURE, (B) INCLUDE UPDATED INFORMATION IN ANY DOCUMENTS THAT MAY BE REQUIRED TO BE FILED WITH THE SECURITIES AND EXCHANGE COMMISSION, OR (C) OTHERWISE MAKE UPDATED INFORMATION OR FINANCIAL PROJECTIONS PUBLICLY AVAILABLE. THE SUMMARY FINANCIAL PROJECTIONS AND RELATED INFORMATION PROVIDED IN THE DISCLOSURE STATEMENT AND THE EXHIBITS THERETO HAVE BEEN PREPARED EXCLUSIVELY BY MANAGEMENT. THE FINANCIAL PROJECTIONS, WHILE PRESENTED WITH NUMERICAL SPECIFICITY, ARE NECESSARILY BASED ON A VARIETY OF ESTIMATES AND ASSUMPTIONS WHICH, THOUGH CONSIDERED REASONABLE BY MANAGEMENT, MAY NOT BE REALIZED, AND ARE INHERENTLY SUBJECT TO SIGNIFICANT BUSINESS, ECONOMIC, AND COMPETITIVE UNCERTAINTIES AND CONTINGENCIES, MANY OF WHICH ARE BEYOND THE DEBTORS' CONTROL. THE DEBTORS CAUTION THAT NO REPRESENTATIONS CAN BE MADE AS TO THE ACCURACY OF THE FINANCIAL PROJECTIONS AND RELATED INFORMATION OR AS TO THE REORGANIZED DEBTORS' ABILITY TO ACHIEVE THE PROJECTED RESULTS. SOME ASSUMPTIONS INEVITABLY WILL NOT MATERIALIZE AND EVENTS AND CIRCUMSTANCES OCCURRING SUBSEQUENT TO THE DATE ON WHICH THE FINANCIAL PROJECTIONS WERE PREPARED MAY BE DIFFERENT FROM THOSE ASSUMED OR MAY BE UNANTICIPATED, AND THUS MAY AFFECT FINANCIAL RESULTS IN A MATERIAL AND POSSIBLY ADVERSE MANNER. THE FINANCIAL PROJECTIONS AND RELATED INFORMATION, THEREFORE, MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR.

Select Assumptions for Financial Projections

1. *Methodology:* The Financial Projections were developed on an operational rather than legal entity basis.

2. *Assumed Effective Date:* The Restructuring Transactions contemplated by the Plan will be consummated on November 30, 2020, and the Debtors will emerge from chapter 11 at that time.

3. *Projection Period:* The Financial Projections contained herein commence after the Assumed Effective Date and cover the remainder of the fiscal year 2020 ending January 30, 2021 through fiscal year 2024 ending February 1, 2025.

4. *Fresh Start Accounting:* The Financial Projections reflect an anticipated emergence from chapter 11 on or before November 30, 2020. The Financial Projections do not, however, consider the potential impact of the application of "fresh-start" accounting under Accounting Standards Codification 862, "Reorganizations" ("ASC 852") that may apply upon the Assumed Effective Date. If the Debtors do fully implement fresh start accounting, differences from the depiction presented are anticipated and those differences may be material.

5. *Store Count:* The Projections include certain assumptions regarding the Debtors' lease footprint and related lease obligations, which may change as a result of ongoing discussions and negotiations with lease counterparties. The resultant change may have an impact on the Financial Projections that could be material.

6. *Post-Emergence New Debt:* The post-emergence new debt credit facilities contemplated by the Plan will have terms as follows:

    a. $400-430 million Exit ABL Facility with interest of LIBOR+225bps-275bps payable in cash; and

    b. $400 million first lien term loan facility with interest of 5.61% and amortization of 2.25%.

7. *Miscellaneous:* Approximately $108 million of projected payments will be due at emergence on account of:

    a. $42 million in interest rate swap liability;

    b. $27 million in Administrative Claims;[2]

    c. $39 million in Cure Costs related to 503(b)(9) and rent and other cure costs; and

---

[2] Postpetition trade payables are assumed to be paid in the ordinary course of business.

4

d. Settlement payments to certain unsecured creditors that are not paid in the ordinary course of business.

**Notes to Financial Projections**

*Note 1 – Revenue*

The Debtors are a specialty retailer of men's apparel and tuxedo rental products conducting in-store and online operations under the Men's Wearhouse (including Men's Wearhouse and Tux), Jos. A. Bank, K&G, and Moores brands. Men's Wearhouse, Moores and K&G each operate as a house of brands carrying a wide selection of exclusive and non-exclusive merchandise brands. Jos. A. Bank is a branded house where substantially all merchandise is sold under the exclusive Jos. A. Bank label. The Debtors have created sales forecasts for each brand and for the clothing sales, tuxedo rental sales, alteration sales and other sales categories. The Debtors project that revenue for Fiscal 2020 will decrease between 50-60% from FY 2019 revenue, for Fiscal 2021 will decrease between 25-30% from FY 2019 revenue, for Fiscal 2022 will decrease between 10-15% from FY 2019 revenue and for Fiscal 2023 and Fiscal 2024 will increase 2% per year for in-store sales and increase 15% for e-commerce sales per year. This results in Revenue growth of 68.1%, 15.9%, 3.5% and 3.7% for Fiscal 2021, Fiscal 2022, Fiscal 2023 and Fiscal 2024, respectively.

*Note 2 – Cost of Sales*

Cost of Sales are comprised primarily of cost of clothing, occupancy, transportation, tuxedo rental costs and alteration costs. The Debtors project selling margins to decrease 3% to 8% from Fiscal 2019 in Fiscal 2020 and increase 1% to 2% from Fiscal 2020 in Fiscal 2021 due to pricing pressure and casualization trends, with selling margins remaining flat for the remainder of the Projection Period. Occupancy costs are expected to decrease 12% from Fiscal 2019, due to the Debtors renegotiating lease contracts with the landlords of the Debtors' stores as part of its Chapter 11 Cases. This results in Cost of Sales as a percent of Revenue of 63.9%, 60.1%, 60.0% and 59.9% for Fiscal 2021, Fiscal 2022, Fiscal 2023 and Fiscal 2024, respectively.

*Note 3 – Advertising*

Advertising consists of all marketing, advertising and promotion activity of the Debtors. The Debtors are projecting advertising expense as a percent of Revenue of 4.8% for Fiscal 2021 and 4.9% remainder of the Projection Period.

*Note 4 – Store Salaries*

Store Salaries consist of salaries, sales commissions, store bonuses and other payroll expenses for employees working in the Debtors' stores. The Debtors are projecting Store Salaries as a percent of Revenue to be 12.5% for Fiscal 2021 and 12.6% for remainder of the Projection Period.

*Note 5 – Non-Store Salaries and Other Costs*

Selling, General & Administrative Expenses consist of salaries, bonuses and other compensation for non-store employees, as well as warehouse and administrative occupancy costs, bank fees, employee benefits, payroll taxes, insurance and other costs. The Debtors are implementing a range of initiatives that will reduce Selling, General & Administrative Expenses through headcount reduction, supply chain optimization and technology improvement, among others. Selling, General

& Administrative expenses as a percent of Revenue are projected to be 18.4%, 16.8%, 16.6% and 16.4% for Fiscal 2021, Fiscal 2022, Fiscal 2023 and Fiscal 2024, respectively.

*Note 6 – One-Time Costs*

One Time Costs consist of restructuring-related items such as advisor fees, utility deposits and financing fees, as well as anticipated tax refunds during the Projection Period.

*Note 7 – Interest Expense / Income*

Interest Expense / Income over the Projection Period is based upon the Debtors' anticipated debt structure following the consummation of the Plan.

*Note 8 – Income Tax Expense / Benefit*

The Debtors do not anticipate cash tax expense due to net loss carryforwards for Fiscal 2020 and Fiscal 2021, with taxes for the remainder of the Projection Period projected using a 25% effective tax rate.

*Note 9 – Cash and Cash Equivalents*

Cash and Cash Equivalents consists of cash on deposit in banks. The Debtors maintain minimal cash balances when borrowings exist on the Exit ABL Facility.

*Note 10 – Inventory*

Inventory consists of work-in-process, in-transit and stock inventory located in the Debtors' retail locations and distribution centers. As part of the Debtors' store closing plan, inventory is being pulled back from closed stores to the Debtors' distribution centers and resold through the Debtors' go-forward store fleet. Due to the nature of the inventory product, there is limited inventory ageing or loss due to this process. The Debtors expect inventory levels to normalize during Fiscal 2021.

*Note 11 – Other Working Capital*

Other Working Capital consists of Accounts Receivable, Rental Product, Prepaids and Other Current Assets, Accounts Payable, Accrued Expenses and Custody Funds. The Debtors forecast Rental Product, Prepaids and other Current Assets and Custody Funds to normalize during Fiscal 2021 then to remain flat through the remainder of the Projection Period. The Debtors project Accounts Receivables using days sales outstanding in line with historical levels. The Debtors project Accounts Payable using days payable outstanding, with balances normalizing in Fiscal 2021 and stabilizing thereafter. The Debtors project Accrued Expenses as a percent of Cost of Sales, and are expected to be in line with historical levels.

*Note 12 – Property, Plant & Equipment*

Property, Plant & Equipment primarily consists of leasehold improvements, technology equipment and furniture and fixtures. The Debtors project annual capital expenditures for real estate including

store maintenance and remodeling, IT and distribution centers of 2.3% of Revenue for Fiscal 2020, 2.1% of Revenue for Fiscal 2021 and 3.5% of Revenue for the remainder of the Projection Period.

*Note 13 – Other Intangibles Net*

Intangible assets consist of lease rights, trademarks, customer relationships, and other intangible assets. The Debtors' intangible assets are subject to material change based on the potential implementation of fresh start accounting in connection with emergence.

*Note 14 – Long Term Debt*

Long Term Debt consists of the Debtors' Exit ABL Facility and Exit Term Loan Facility. The aggregate principal amount of the Exit Term Loan Facility is currently assumed to be $400 million. The Exit ABL Facility is based on a total commitment of $400-430 million, which is constrained by the Debtors' borrowing base calculation. The Debtors expect to use excess cash flow to reduce the outstanding balance on its Exit ABL Facility.

In re Tailored Brands, Inc., et al., Case No. 20-33900 (MI)
Financial Statements

| ($ in millions) | Note | Dec-Jan'20E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|
| Clothing Sales | | $257 | $1,690 | $2,001 | $2,077 | $2,160 |
| Tuxedo Rental Sales | | 14 | 309 | 337 | 344 | 351 |
| Alteration Sales | | 14 | 113 | 110 | 112 | 114 |
| Other Sales | | 5 | 12 | 14 | 15 | 15 |
| Total Revenue | Note 1 | $290 | $2,124 | $2,462 | $2,547 | $2,640 |
| | | | | | | |
| Cost of Clothing | | $141 | $847 | $944 | $987 | $1,033 |
| Occupancy Costs | | 42 | 284 | 293 | 294 | 295 |
| P&D | | 12 | 81 | 87 | 89 | 91 |
| Tuxedo Rental Costs | | 3 | 48 | 52 | 53 | 54 |
| NTS Costs | | – | – | – | – | – |
| Alteration Costs | | 14 | 95 | 100 | 102 | 104 |
| Other Cost of Sales | | 1 | 3 | 3 | 4 | 4 |
| Total Cost of Sales | Note 2 | $212 | $1,357 | $1,480 | $1,528 | $1,581 |
| | | | | | | |
| Gross Profit | | $78 | $767 | $982 | $1,019 | $1,060 |
| | | | | | | |
| Advertising | Note 3 | $25 | $103 | $120 | $124 | $129 |
| Store Salaries | Note 4 | 41 | 266 | 311 | 321 | 332 |
| Non-Store Salaries | Note 5 | 20 | 121 | 131 | 133 | 136 |
| Other Costs | Note 5 | 45 | 269 | 283 | 289 | 296 |
| EBIT | | ($54) | $9 | $138 | $152 | $166 |
| | | | | | | |
| One-Time Costs | Note 6 | $13 | ($42) | $– | $– | $– |
| EBIT After One-Time Costs | | ($68) | $50 | $138 | $152 | $166 |
| | | | | | | |
| Interest Income | Note 7 | $– | $– | $– | $– | $– |
| Interest Expense | Note 7 | 5 | 25 | 22 | 21 | 21 |
| Earnings Before Taxes | | ($73) | $25 | $116 | $131 | $145 |
| | | | | | | |
| Taxes | Note 8 | ($14) | $2 | $35 | $38 | $41 |
| Net Earnings | | ($59) | $23 | $82 | $93 | $104 |
| | | | | | | |
| Memo: | | | | | | |
| EBIT | | ($54) | $9 | $138 | $152 | $166 |
| (+) Depreciation & Amortization | | 13 | 76 | 75 | 74 | 74 |
| EBITDA | | ($41) | $84 | $213 | $226 | $240 |

In re Tailored Brands, Inc., et al., Case No. 20-33900 (MI)
Financial Statements

| ($ in millions) | Note | Nov '20E | 2020E | 2021E | 2022E | 2023E | 2024E |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Cash and cash equivalents | Note 9 | $10 | $50 | $127 | $109 | $173 | $244 |
| Inventory | Note 10 | 621 | 519 | 443 | 503 | 519 | 536 |
| Accounts receivable | Note 11 | 23 | 16 | 24 | 32 | 33 | 34 |
| Prepaids and other current assets | Note 11 | 51 | 53 | 53 | 53 | 53 | 53 |
| Income taxes receivable | | 50 | 50 | 50 | 50 | 50 | 50 |
| Total current assets | | $755 | $687 | $696 | $746 | $827 | $916 |
| | | | | | | | |
| Property, Plant & Equipment | Note 12 | $1,219 | $1,225 | $1,270 | $1,356 | $1,445 | $1,537 |
| Accumulated Depreciation | | (930) | (943) | (1,018) | (1,093) | (1,167) | (1,240) |
| Property plant & equipment net | | $290 | $282 | $251 | $263 | $278 | $297 |
| | | | | | | | |
| Tuxedo rental product net | Note 11 | $90 | $88 | $68 | $68 | $68 | $68 |
| Operating Lease Right of Use Assets | | 648 | 648 | 648 | 648 | 648 | 648 |
| Goodwill net | | - | - | - | - | - | - |
| Amortizable intangibles net | | 4 | 4 | 4 | 4 | 4 | 4 |
| Other intangibles net | Note 13 | 20 | 20 | 20 | 20 | 20 | 20 |
| Noncurrent deferred tax assets | | 0 | 0 | 0 | 0 | 0 | 0 |
| Deposits and other non-current assets | | 1 | 1 | 1 | 1 | 1 | 1 |
| Other non-current assets | | $763 | $761 | $740 | $740 | $740 | $740 |
| | | | | | | | |
| Total assets | | $1,808 | $1,730 | $1,688 | $1,749 | $1,845 | $1,954 |
| | | | | | | | |
| Accounts payable | Note 11 | $51 | $62 | $207 | $182 | $188 | $195 |
| Liability Subject to Compromise - AP | | 122 | 122 | 122 | 122 | 122 | 122 |
| Accrued expenses | Note 11 | 172 | 185 | 190 | 202 | 208 | 215 |
| Custody funds | Note 11 | 44 | 41 | 51 | 51 | 51 | 51 |
| Current bank debt | Note 14 | 9 | 9 | 9 | 9 | 9 | 9 |
| Income taxes payable | | (7) | (7) | (7) | (7) | (7) | (7) |
| Current operating lease liabilities | | 186 | 186 | 186 | 186 | 186 | 186 |
| Total current liabilities | | $577 | $599 | $758 | $746 | $758 | $772 |
| | | | | | | | |
| Long term debt | Note 14 | $633 | $606 | $380 | $371 | $362 | $353 |
| Liability Subject to Compromise - debt | | 656 | 656 | 656 | 656 | 656 | 656 |
| Deferred and other tax liabilities | | 19 | 5 | 7 | 7 | 7 | 7 |
| Non Current Operating Lease Liability | | 527 | 527 | 527 | 527 | 527 | 527 |
| Other liabilities | | 0 | 0 | 0 | 0 | 0 | 0 |
| Long term liabilities | | $1,835 | $1,795 | $1,570 | $1,561 | $1,552 | $1,543 |
| | | | | | | | |
| Liability Subject to Compromise - Other | | $32 | $32 | $32 | $32 | $32 | $32 |
| Liability Subject to Compromise - Leases | | 18 | 18 | 18 | 18 | 18 | 18 |
| Total liabilities | | $2,462 | $2,443 | $2,378 | $2,357 | $2,360 | $2,365 |
| | | | | | | | |
| Common stock | | $1 | $1 | $1 | $1 | $1 | $1 |
| Paid in capital | | 518 | 518 | 518 | 518 | 518 | 518 |
| Retained earnings | | (1,161) | (1,220) | (1,197) | ($1,115) | ($1,022) | ($918) |
| Accumulated OCI | | (1) | (1) | (1) | (1) | (1) | (1) |
| Treasury stock | | (10) | (10) | (10) | (10) | (10) | (10) |
| Total equity | | ($654) | ($713) | ($690) | ($608) | ($515) | ($411) |
| | | | | | | | |
| Total liabilities and equity | | $1,808 | $1,730 | $1,688 | $1,749 | $1,845 | $1,954 |

In re Tailored Brands, Inc., et al., Case No. 20-33900 (MI)
Financial Statements

| ($ in millions) | Note | Dec-Jan'20E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|
| Net Income (GAAP) | | ($59) | $23 | $82 | $93 | $104 |
| Depreciation and Amortization | | 13 | 76 | 75 | 74 | 74 |
| Accounts receivable | | 7 | (8) | (7) | (1) | (1) |
| Inventory | | 103 | 76 | (60) | (16) | (17) |
| Rental product | | 3 | 20 | – | – | – |
| Prepaids and other current assets | | (2) | – | – | – | – |
| Accounts payable | | 11 | 145 | (24) | 6 | 6 |
| Accrued expenses | | 13 | 5 | 12 | 7 | 7 |
| Custody funds | | (3) | 10 | – | – | – |
| Deferred and other tax liability | | (14) | 2 | – | – | – |
| **Net Cash From Operations** | | **$73** | **$348** | **$77** | **$162** | **$173** |
| | | | | | | |
| Capital Expenditures | | ($6) | ($45) | ($86) | ($89) | ($92) |
| **Net Cash From Investing** | | **($6)** | **($45)** | **($86)** | **($89)** | **($92)** |
| | | | | | | |
| (Payment) / Proceeds from debt | | ($27) | ($226) | ($9) | ($9) | ($9) |
| **Net Cash From Financing** | | **($27)** | **($226)** | **($9)** | **($9)** | **($9)** |
| | | | | | | |
| Net Change In Cash | | $40 | $77 | ($18) | $64 | $71 |
| | | | | | | |
| **Ending Cash Balance** | | **$50** | **$127** | **$109** | **$173** | **$244** |