**DOCUMENT FILED UNDER SEAL**

DX-014