# Evercore ISI

**Consumer | Global Softlines, Department Stores & Luxury**

**July 24, 2020**

**Carter's, Inc**
CRI | $85.46
**In Line | TARGET PRICE: $80.00**
Earnings Report

**Warren Cheng**
212-653-8979
Warren.Cheng@evercoreisi.com

**Justine Gildea**
212-446-5602
Justine.Gildea@evercoreISI.com

**Omar Saad**
212-653-8992
omar.saad@evercoreisi.com

### Company Statistics

| | |
|---|---:|
| Market Capitalization (M) | $4,266 |
| 52-Week Range | $81.54 - $112.45 |

### Earnings Summary

| | | 2019 | 2020E | 2021E |
|---|---|---|---|---|
| EPS | Q1 | $0.88 | $(0.80)A | .. |
| | Q2 | $0.95 | $0.54 | .. |
| | Q3 | $1.87 | $1.86 | .. |
| | Q4 | $2.81 | $3.09 | .. |
| | **FY** | **$6.48** | **$4.70** | **$6.75** |
| Revenue (M) | Q1 | $741 | $654A | .. |
| | Q2 | $734 | $515 | .. |
| | Q3 | $943 | $934 | .. |
| | Q4 | $1,101 | $1,153 | .. |
| | **FY** | **$3,519** | **$3,257** | **$3,673** |
| EBIT Margin | Q1 | 8.1% | (4.0)%A | .. |
| | Q2 | 8.7% | 8.0% | .. |
| | Q3 | 12.2% | 11.9% | .. |
| | Q4 | 14.7% | 15.1% | .. |
| | **FY** | **11.4%** | **9.2%** | **11.2%** |

## Accelerating the Omni-channel Transformation

CRI's ability to limit its Retail segment sales decline to just 25% in 2Q, a quarter in which physical stores were closed for 80% of the period, highlights the impressive transformation that the company has quietly achieved over the last five years.

Long dependent on department stores and outlets, we estimate that CRI now generates nearly 2/3 of its earnings from e-commerce, BOPUS, and Exclusive wholesale partnerships (Target, Walmart, and Amazon), which happen to represent the growthiest parts of CRI's business.

First on retail, CRI was able to beat both street and internal expectations with much stronger-than-expected digital and omni-channel demand. Digital sales were up +101%, a feat we consider especially impressive given that CRI's Retail business is already 33% digitally penetrated. Baby clothes have the built-in advantage of having much less need to try-on, and easily replenished online, and we're pleased to see these defensive characteristics prove themselves in 2Q. Additionally, we're pleased that consumers are rapidly adopting CRI's new omni-channel capabilities (just rolled out BOPUS and ship-to-store last year, and curbside pickup this year), which management cited as a key enabler of the company's reduced store footprint outlook (increased its 5-year store closure outlook to 200 stores from 115). With Retail comps having improved to a +3 thus far in July, we're now modeling retail sales to be down just LSD this year (previously –HSD).

Similarly on the wholesale side of the business, we're pleased to see continued solid growth out of the Exclusives programs with Walmart, Target, and Amazon. While CRI's 5-year wholesale sales growth of +1% looks tepid at first glance, we would note that this is really a tale of two stories, with the top five customers growing ~+MSD over this period by our math, and the bankruptcies of SHLD, TOYS, BONT and declining sales to mid-tier department stores largely masking this strength. The good news is, the problematic pieces of the wholesale mix are now greatly reduced (department stores now single digit % of wholesale exposure vs. 25-30% 5-7 years ago), and the Exclusives partners are also proving to be very stable.

We are raising our 2020 EPS estimate to $4.70 from $4.00 and our 2021 EPS estimate to $6.75 from $6.65 to flow through the 2Q EPS beat and also reflect higher revenue growth assumptions, especially for e-commerce.

**Exhibit 11**

Please see the analyst certification and important disclosures on page 4 of this report. Evercore ISI and affiliates do and seek to do business with companies covered in its research reports. Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
© 2020. Evercore Group L.L.C. All rights reserved.

DX-023

# CRI Model

| INCOME STATEMENT | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 1Q | 2Q | 3Q | 4Q | 2020e | 1Q | 2Q | 3Q | 4Q | 2021e |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sales** | **2,894** | **3,014** | **3,199** | **3,400** | **3,462** | **3,519** | **654** | **515** | **934** | **1,153** | **3,257** | **753** | **724** | **1,007** | **1,190** | **3,673** |
| *Sales Growth* | *9.7%* | *4.1%* | *6.1%* | *6.3%* | *1.8%* | *1.6%* | *(11.7%)* | *(29.9%)* | *(1.0%)* | *4.8%* | *(7.5%)* | *15.0%* | *40.5%* | *7.8%* | *3.2%* | *12.8%* |
| *US DTC comp (includes ecomm)* | *4.5%* | *1.5%* | *3.1%* | *2.7%* | *2.8%* | *0.4%* | | | *1.8%* | *5.8%* | *(3.9%)* | *19.3%* | *29.0%* | *9.1%* | *7.1%* | *13.7%* |
| *US Carter's comp (includes ecomm)* | *3.7%* | *1.2%* | *3.1%* | | | | | | | | | | | | | |
| Cost of Goods Sold | 1,710 | 1,756 | 1,820 | 1,916 | 1,961 | 2,013 | 426 | 279 | 533 | 660 | 1,898 | 432 | 403 | 574 | 681 | 2,090 |
| **Gross Income** | **1,183** | **1,258** | **1,379** | **1,485** | **1,501** | **1,506** | **228** | **236** | **401** | **493** | **1,358** | **321** | **320** | **432** | **510** | **1,583** |
| *Gross Margin* | *40.9%* | *41.7%* | *43.1%* | *43.7%* | *43.4%* | *42.8%* | *42.1%* | *45.7%* | *42.9%* | *42.8%* | *41.7%* | *42.6%* | *44.3%* | *42.9%* | *42.8%* | *43.1%* |
| Royalty income | 39 | 44 | 43 | 43 | 39 | 35 | 7 | 4 | 7 | 7 | 25 | 7 | 4 | 7 | 7 | 25 |
| *yoy* | *5%* | *13%* | *-3%* | *1%* | *-10%* | *-11%* | *-14%* | *-63%* | *-25%* | *0%* | *-28%* | *0%* | *0%* | *0%* | *0%* | *0%* |
| SG&A Expense | 863 | 901 | 991 | 1,084 | 1,133 | 1,140 | 262 | 198 | 297 | 326 | 1,083 | 268 | 267 | 320 | 342 | 1,197 |
| *SG&A Growth* | *6.1%* | *4.4%* | *9.9%* | *9.4%* | *4.6%* | *0.6%* | *(0.1%)* | *(26.4%)* | *0.0%* | *4.4%* | *(5.0%)* | *2.5%* | *34.9%* | *7.7%* | *4.7%* | *10.5%* |
| *SG&A Margin* | *29.8%* | *29.9%* | *31.0%* | *31.9%* | *32.7%* | *32.4%* | *40.0%* | *38.5%* | *31.8%* | *28.3%* | *33.3%* | *35.7%* | *36.9%* | *31.8%* | *28.7%* | *32.6%* |
| **EBIT (Operating Income)** | **359** | **401** | **431** | **444** | **407** | **401** | **(26)** | **41** | **111** | **174** | **300** | **60** | **57** | **119** | **175** | **412** |
| *EBIT Margin* | *12.4%* | *13.3%* | *13.5%* | *13.1%* | *11.8%* | *11.4%* | *(4.0%)* | *8.0%* | *11.9%* | *15.1%* | *9.2%* | *8.0%* | *7.9%* | *11.9%* | *14.7%* | *11.2%* |
| Nonoperating Income - Net | | | | | | | | | | | | | | | | |
| Interest expense | 27 | 27 | 26 | 29 | 34 | 37 | 8 | 15 | 15 | 15 | 54 | 15 | 15 | 15 | 15 | 61 |
| Extraordinary | | | | | | | | | | | | | | | | |
| Other non-op expense | 4 | (2) | 4 | (1) | 1 | (0) | 5 | - | - | - | 5 | - | - | - | - | - |
| **Pretax Income** | **328** | **376** | **401** | **416** | **372** | **364** | **(39)** | **26** | **96** | **159** | **242** | **45** | **42** | **104** | **160** | **351** |
| Income Taxes | 117 | 133 | 140 | 137 | 76 | 73 | (5) | 2 | 14 | 24 | 36 | 8 | 7 | 19 | 29 | 63 |
| *Tax Rate* | *35.8%* | *35.3%* | *34.8%* | *32.9%* | *20.5%* | *20.0%* | *12.2%* | *8.0%* | *15.0%* | *15.0%* | *14.7%* | *18.0%* | *18.0%* | *18.0%* | *18.0%* | *18.0%* |
| **Consolidated Net Income** | **211** | **244** | **261** | **279** | **295** | **292** | **(35)** | **24** | **82** | **135** | **206** | **37** | **34** | **85** | **131** | **288** |
| Preferred Dividends | 3 | 2 | 2 | 2 | 2 | 2 | (0) | 0 | 1 | 1 | 2 | (0) | 0 | 1 | 1 | 2 |
| **Net Income Available to Common** | **208** | **242** | **259** | **277** | **293** | **290** | **(35)** | **23** | **81** | **134** | **204** | **37** | **34** | **85** | **130** | **286** |
| | | | | | | | | | | | | | | | | |
| **Diluted EPS adj** | **3.92** | **4.62** | **5.15** | **5.76** | **6.29** | **6.48** | **(0.80)** | **0.54** | **1.86** | **3.09** | **4.70** | **0.86** | **0.80** | **2.01** | **3.12** | **6.75** |
| *EPS Growth* | *16.1%* | *17.7%* | *11.5%* | *11.9%* | *9.2%* | *3.0%* | *(190.4%)* | *(43.5%)* | *(0.3%)* | *10.2%* | *(27.4%)* | *(207.7%)* | *48.0%* | *7.8%* | *0.9%* | *43.6%* |
| | | | | | | | | | | | | | | | | |
| Diluted Shares Outstanding | 53.1 | 52.3 | 50.4 | 48.2 | 46.7 | 44.7 | 43.4 | 43.3 | 43.3 | 43.3 | 43.3 | 42.9 | 42.5 | 42.1 | 41.7 | 42.3 |
| *yoy* | *(7.7%)* | *(1.4%)* | *(3.7%)* | *(4.4%)* | *(3.1%)* | *(4.2%)* | *(4.4%)* | *(3.8%)* | *(2.5%)* | *(1.6%)* | *(3.1%)* | *(1.0%)* | *(1.8%)* | *(2.8%)* | *(3.7%)* | *(2.3%)* |