**DOCUMENT FILED UNDER SEAL**

**DX-031**