```
                                                          Page 1

 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   Case No. 17-13381-scc

 4   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 5   In the Matter of:

 6

 7   CUMULUS MEDIA INC.,

 8

 9          Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11

12               United States Bankruptcy Court

13               One Bowling Green

14               New York, NY  10004

15

16               April 17, 2018

17               10:16 AM

18

19

20

21   B E F O R E :

22   HON SHELLEY C. CHAPMAN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:  F. FERGUSON
```

Page 2

1  HEARING re Confirmation Hearing
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by: Sonya Ledanski Hyde

1   Q      In your experience in restructuring, can you perform

2   a reliable valuation of the company, of a company, without

3   having expertise in the industry in which the company

4   competes?

5   A      Absolutely.

6   Q      And can you explain how that's so?

7   A      So restructuring as an industry, as I mentioned, is

8   very evaluation driven.  It's where we spend a lot of our

9   time as restructuring professionals.  It's frankly a little

10  different than just doing an M&A valuation for a lot of

11  different reasons.  My foundation is in that business.  For

12  the last 15 years I've been working in restructuring on

13  valuations.

14  Q      And is it in the -- is it ordinary course for

15  restructuring experts to provide valuation opinions without

16  having specific industry expertise?

17  A      Yes, absolutely.

18         MR. HURWITZ:  Your Honor, at this time we tender

19  Mr. Baird as an expert on valuations.

20         THE COURT:  Mr. Qureshi?

21         MR. QURESHI:  No objection, Your Honor.

22         THE COURT:  Thank you, very good.

23  Q      Mr. Baird, have you prepared reports setting forth

24  your opinions in this case?

25  A      I have.

Page 238

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certified that the foregoing transcript is a true and accurate record of the proceedings.

**Sonya Ledanski Hyde**

Digitally signed by Sonya Ledanski Hyde
DN: cn=Sonya Ledanski Hyde, o, ou, email=digital@veritext.com, c=US
Date: 2018.04.19 16:07:43 -04'00'

Sonya Ledanski Hyde

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date: April 19, 2018