# VALUATION

## FIFTH EDITION

**Instructors:**
Please do not post raw
PowerPoint files on public
website.  Thank you!

# Chapter 6

Frameworks for Valuation:

Enterprise DCF and Discounted Economic Profit Models

TIM KOLLER • MARC GOEDHART • DAVID WESSELS

## MCKINSEY & COMPANY

# Using DCF to Value Companies

- There are five well-known frameworks for valuing a company using discounted flows, the most common being <u>enterprise discounted cash flow (DCF)</u>.

- In theory, each framework will generate the same value.  In practice, <u>the ease of implementation and the interpretation of results varies across frameworks</u>.

- In this presentation, we examine how to value a company using enterprise DCF and discounted economic profit.

**Frameworks for Valuation**

| Model | Measure | Discount factor | Assessment |
|---|---|---|---|
| Enterprise discounted cash flow | Free cash flow | Weighted average cost of capital | Works best for projects, business units, and companies that manage their capital structure to a target level. |
| Discounted economic profit | Economic profit | Weighted average cost of capital | Explicitly highlights when a company creates value. |
| Adjusted present value | Free cash flow | Unlevered cost of equity | Highlights changing capital structure more easily than WACC-based models. |
| Capital cash flow | Capital cash flow | Unlevered cost of equity | Compresses free cash flow and the interest tax shield in one number, making it difficult to compare operating performance among companies and over time. |
| Equity cash flow | Cash flow to equity | Levered cost of equity | Difficult to implement correctly because capital structure is embedded within the cash flow. Best used when valuing financial institutions. |

# Valuing the Enterprise versus Financial Claims

- To value a company, you can either <u>value the cash flows generated by the company's economic assets</u> or value each financial claim separately (debt equity, other financial claims, etc.).

**Enterprise Valuation of a Single-Business Company**



To value operations, discount free cash flow by the weighted average cost of capital.

To value equity directly, discount equity cash flow by the cost of equity.

Alternatively, value operations and subtract the value of debt.

[1] Debt value equals discounted after-tax cash flow to debt holders plus the present value of interest tax shield.

# Defining Enterprise Value versus Equity Value



**Enterprise Valuation of a Multibusiness Company**

$ million

Enterprise value equals the value of operations (core businesses) and nonoperating assets, such as excess cash.

A company's equity value can be computed indirectly by calculating enterprise value first and then subtracting any nonequity claims, such as debt.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Unit A | Unit B | Unit C | Corporate center | Value of operations | Nonoperating assets | Enterprise value | Value of debt | Equity value |
| 200 | 125 | 225 | 30 | | 40 | 560 | 200 | 360 |

Value of operating units

# The Valuation Process Using Enterprise DCF

**Valuation is an iterative process…**

**1. Analyze Historical Performance**
By thoroughly analyzing the past, we can document whether the company has created value, whether it has grown, and how it compares with its competitors.

**6. Calculate and Interpret Results**
Once the model is complete, examine valuation results to ensure your findings are technically correct, your assumptions are realistic, and your interpretations are plausible.

**2. Forecast Financials and Cash Flows**
Project financials over the short and medium term.  Short-term forecasts should be consistent with announced operating plans.  Medium-term forecasts should focus on operating drivers, such as margins, and on capital turnover.

**5. Enterprise Value to Equity Value**
To convert enterprise value into equity value, subtract any nonequity claims, such as debt, unfunded retirement liabilities, capitalized operating leases, and outstanding employee options.

**3. Estimate a Continuing Value**
To forecast cash flows in the long-term future, use a perpetuity that focuses on the company's key value drivers, specifically ROIC and growth.

**4. Compute the Cost of Capital**
To value the enterprise, free cash flow is discounted by the weighted average cost of capital. The cost of capital is the blended rate of return for all sources of capital, specifically debt and equity.

# 1. Analyze Historical Performance: Analyzing ROIC

**Analyze Historical Performance**

- Before projecting future cash flow, examine the company's historical performance. <u>A good analysis</u> <u>focuses on the key</u> <u>drivers of value</u>: return on invested capital (ROIC) and growth. ROIC measures a company's ability to create value.

- Both Home Depot and Lowe's have struggled to maintain ROIC in recent years. Home Depot no longer enjoys a performance advantage over Lowe's.

**Home Depot and Lowe's Return on Invested Capital**



[1]ROIC measured with goodwill and acquired intangibles. Goodwill and acquired intangibles do not meaningfully affect ROIC for either company.

How do we compute ROIC?

# Analyze Historical Performance: Computing ROIC

**NOPLAT**

After-tax operating profit equals revenues minus operating costs, less any taxes that would have been paid if the firm held only core assets and was financed only with equity.

**Invested Capital**

Invested capital equals the operating assets required for core business activities (such as inventory and PP&E) less any financing provided by customers, employees, and suppliers (such as accounts payable).

## Home Depot and Lowe's: Historical ROIC Analysis

$ million

|  | Home Depot | | | Lowe's | | |
|---|---|---|---|---|---|---|
|  | **2006** | **2007** | **2008** | **2006** | **2007** | **2008** |
| Net sales | 90,837 | 77,349 | 71,288 | 46,927 | 48,283 | 48,230 |
| Cost of merchandise sold | (61,054) | (51,352) | (47,298) | (30,729) | (31,556) | (31,729) |
| Selling, general, and administrative | (18,348) | (17,053) | (17,846) | (9,884) | (10,656) | (11,176) |
| Depreciation | (1,645) | (1,693) | (1,785) | (1,162) | (1,366) | (1,539) |
| Add: Operating lease interest | 441 | 536 | 486 | 185 | 169 | 199 |
| Adjusted EBITA | 10,231 | 7,787 | 4,845 | 5,337 | 4,874 | 3,985 |
|  |  |  |  |  |  |  |
| Operating cash taxes | (3,986) | (3,331) | (1,811) | (2,071) | (1,973) | (1,496) |
| **NOPLAT** | **6,245** | **4,456** | **3,033** | **3,266** | **2,901** | **2,489** |
|  |  |  |  |  |  |  |
| **Invested Capital** |  |  |  |  |  |  |
| Operating working capital | 4,556 | 3,490 | 3,490 | 1,725 | 1,792 | 2,084 |
| Net property and equipment | 26,605 | 27,476 | 26,234 | 18,971 | 21,361 | 22,722 |
| Capitalized operating leases | 9,141 | 7,878 | 8,298 | 3,034 | 3,528 | 3,913 |
| Other operating assets, net of operating liabilities | (1,027) | (1,635) | (2,129) | (126) | (461) | (450) |
| Invested capital (excluding goodwill)[1] | 39,275 | 37,209 | 35,893 | 23,604 | 26,220 | 28,269 |
|  |  |  |  |  |  |  |
| Goodwill and acquired intangibles | 7,092 | 1,309 | 1,134 | – | – | – |
| Cumulative amortization and unreported goodwill | 177 | 49 | 49 | 730 | 730 | 730 |
| **Invested capital (including goodwill)** | **46,543** | **38,567** | **37,075** | 24,334 | 26,950 | 29,000 |
|  |  |  |  |  |  |  |
| ROIC excluding goodwill (average)[1] | 16.7% | 11.7% | 8.3% | 14.5% | 11.6% | 9.1% |
| ROIC including goodwill (average)[1] | 14.5% | 10.5% | 8.0% | 14.0% | 11.3% | 8.9% |

[1]Goodwill includes goodwill, acquired intangibles, cumulative amortization, and unreported goodwill.

ROIC is computed by comparing after-tax operating profits to invested capital

# 2. Forecast Financials: Growth and ROIC

- To compute a company's value using enterprise DCF, future free cash flow is discounted by the weighted average cost of capital. Rather than forecast FCF directly, however, <u>forecast the financials that drive free cash flow</u>.

- To value Home Depot, we looked to consensus analyst forecasts. Note that neither revenue growth nor ROIC is expected to return to its pre-2007 levels.

**Home Depot: Projected Revenue Growth and ROIC**



[1]ROIC measured using average invested capital

8

# Forecast Financials: Digging Deeper

- During his tenure, Home Depot CEO Bob Nardelli focused the organization on using economies of scale to reduce cost of merchandise. This led to a 2 percent increase in operating margin.

- In 2007, new CEO Frank Blake stated he would make improved customer service a core strategy. As a result, profitability dropped as selling expenses increased from 20 percent to 24 percent of revenue.

- A reliable estimate of sustainable sales expenses is critical for an accurate assessment of enterprise value based on future cash flow.

**Home Depot: Operating Margin Analysis**



Note: SG&A and operating profit adjusted for operating leases.

# Forecast Financials: Free Cash Flow

- Free cash flow, which is driven by revenue growth and return on invested capital, provides the basis for enterprise DCF valuation.

- The computation of FCF should be consistent with that of ROIC.  Free cash flow begins with NOPLAT, adds depreciation, and subtracts investments in invested capital.

**Home Depot: Projected Free Cash Flow**

$ million

| | Historical | | | Forecast | | |
|---|---|---|---|---|---|---|
| | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| NOPLAT | 6,245 | 4,456 | 3,033 | 2,971 | 3,269 | 3,780 |
| Depreciation | 1,645 | 1,693 | 1,785 | 1,639 | 1,685 | 1,778 |
| Gross cash flow | 7,890 | 6,149 | 4,818 | 4,610 | 4,954 | 5,558 |
| | | | | | | |
| Change in operating working capital | (936) | (739) | – | 292 | (73) | (163) |
| Net capital expenditures | (3,349) | (3,577) | (543) | 503 | (2,355) | (3,151) |
| Decrease (increase) in capitalized operating leases | (1,214) | 1,262 | (419) | 678 | (212) | (434) |
| Investments in goodwill and aquired intangibles | (3,525) | – | 175 | – | – | – |
| Decrease (increase) in net long-term operating assets | 224 | 457 | 494 | (174) | 54 | 111 |
| Increase (decrease) in accumulated other comprehensive income | (99) | 445 | (832) | – | – | – |
| Gross investment | (8,899) | (2,152) | (1,125) | 1,299 | (2,586) | (3,637) |
| **Free cash flow** | **(1,009)** | **3,998** | **3,693** | **5,909** | **2,368** | **1,921** |

Gross Cash Flow

Investments in Invested Capital

NOPLAT plus depreciation, less investments in invested capital

# 3. Continuing Value

- To estimate a company's value, we separate a company's expected cash flow into two periods and define the company's value as follows:

Value =   Present Value of Cash Flow <u>during</u> Explicit Forecast Period
   **+**
   Present Value of Cash Flow <u>after</u> Explicit Forecast Period

- The second term is the continuing value: <u>the value of the company's expected cash flow beyond the explicit forecast period</u>.



**Home Depot: Estimated Free Cash Flow**

# Continuing Value: The Key Value Driver Formula

- Although many continuing-value models exist, we prefer the key value driver model.  The key value driver formula is superior to alternative methodologies because it is <u>based on cash flow</u> and <u>links cash flow to growth and ROIC.</u>

$$\text{Continuing Value} = \frac{\text{NOPLAT}_{t+1}\left(1 - \dfrac{g}{\text{ROIC}}\right)}{\text{WACC} - g}$$

For continuing value, RONIC is the return on *new* investment; return on *existing* investment is captured in NOPLAT.

$$\text{Continuing Value} = \frac{6,122\left(1 - \dfrac{4.0\%}{12.2\%}\right)}{8.5\% - 4.0\%}$$

$$\text{Continuing Value} = \$91,440$$

The continuing value is measured as of 2018.  This value must still be discounted to the present day.

Note: Enterprise valuation based on $92,239 million; the precise calculation without rounding.

# 4. Weighted Average Cost of Capital

- When performing an enterprise DCF, make sure to choose the cash flows and discount factor consistently. Since free cash flows are the cash flows available to *all* investors, the discount factor for free cash flow must represent the risk faced by *all* investors.

- The weighted average cost of capital (WACC) blends the required rates of return for debt $k_d$ and equity $k_e$ based on their target market values.

Target (market-based) weights on debt and equity

$$\text{WACC} = \frac{D}{V} k_d (1 - T_m) + \frac{E}{V} k_e$$

After-tax cost of debt

After-tax cost of equity

**Home Depot: Weighted Average Cost of Capital**

percent

| Source of capital | Proportion of total capital | Cost of capital | Marginal tax rate | After-tax cost of capital | Contribution to weighted average |
|---|---|---|---|---|---|
| Debt | 31.5 | 6.8 | 37.6 | 4.2 | 1.3 |
| Equity | 68.5 | 10.4 | | 10.4 | 7.1 |
| **WACC** | **100.0** | | | | **8.5** |

13

# 5. Putting It All Together: Enterprise DCF Valuation

**Home Depot: Enterprise DCF Valuation**

| Forecast year | Free cash flow ($ million) | Discount factor (@ 8.5%) | Present value of FCF ($ million) |
|---|---|---|---|
| 2009 | 5,909 | 0.922 | 5,448 |
| 2010 | 2,368 | 0.850 | 2,013 |
| 2011 | 1,921 | 0.784 | 1,506 |
| 2012 | 2,261 | 0.723 | 1,634 |
| 2013 | 2,854 | 0.666 | 1,902 |
| 2014 | 3,074 | 0.614 | 1,889 |
| 2015 | 3,308 | 0.567 | 1,874 |
| 2016 | 3,544 | 0.522 | 1,852 |
| 2017 | 3,783 | 0.482 | 1,822 |
| 2018 | 4,022 | 0.444 | 1,787 |
| Continuing value | 92,239 | 0.444 | 40,966 |
| Present value of cash flow | | | 62,694 |
| | | | |
| Midyear adjustment factor | | | 1.041 |
| **Value of operations** | | | **65,291** |
| | | | |
| Value of excess cash | | | – |
| Value of long-term investments | | | 361 |
| Value of tax loss carry-forwards | | | 112 |
| **Enterprise value** | | | **65,764** |
| | | | |
| Less: Value of debt | | | (11,434) |
| Less: Value of capitalized operating leases | | | (8,298) |
| **Equity value** | | | **46,032** |
| | | | |
| Number of shares outstanding (December 2008) | | | 1.7 |
| **Equity value per share** | | | **27.1** |

To determine the value of operations, discount free cash flow at the weighted average cost of capital.

To determine the enterprise value, add the value of nonoperating assets, such as excess cash.

To determine the equity value, subtract the value of nonequity financial claims, such as debt and capitalized operating leases.

# From Enterprise to Equity Value: Nonequity Financial Claims

- Equity is a residual claimant, receiving cash flows only after the company has fulfilled its other contractual claims. In today's increasingly complex financial markets, many claimants have rights to a company's cash flow before equity holders—and they are not always easy to spot.

  1. **Debt.** If available, use the market value of all outstanding debt.

  2. **Unfunded retirement liabilities.** Although total shortfall is not reported on the balance sheet (only a smoothed amount is transferred to the balance sheet), the stock market values unfunded retirement liabilities as an offset against enterprise value.

  3. **Operating leases.** The most common form of off-balance-sheet debt is that of operating leases. Under certain conditions, companies can avoid capitalizing leases as debt on their balance sheets (required payments must be disclosed in the footnotes).

  4. **Contingent liabilities.** Most cases, operating leases represent the largest off-balance-sheet obligation. Any other material off-balance-sheet contingencies, such as lawsuits and loan guarantees, will be reported in the footnotes.

# From Enterprise to Equity Value: Nonequity Financial Claims

5. ***Minority interest.*** When a company controls a subsidiary but does not own 100 percent, the investment must be consolidated, and the funding provided by other investors is recognized on the company's balance sheet as minority interest.

6. ***Preferred stock.*** Although the name denotes equity, preferred stock in well-established companies more closely resembles unsecured debt.

7. ***Employee options.*** Each year, many companies offer their employees compensation in the form of options. Since options give the employee the right to buy company stock at a potentially discounted price, they can have great value.

# 6. Calculate and Interpret Results

- **Is the Model Technically Robust?**

  - In the unadjusted financial statements, the balance sheet should balance every year, both historically and in forecast years. Check that net income flows correctly into dividends paid and retained earnings.

  - In the rearranged financial statements, check that the sum of invested capital plus nonoperating assets equals the cumulative sources of financing. Is net operating profit less adjusted taxes (NOPLAT) identical when calculated top-down from sales and bottom-up from net income? Does net income correctly link to dividends and retained earnings in adjusted equity?

- **Is the Model Economically Consistent?**

  - *Are the patterns intended?* For example, does invested-capital turnover increase over time for sound economic reasons (economies of scale) or simply because you modeled future capital expenditures as a fixed percentage of revenues?

  - *Are the patterns reasonable?* Avoid large step changes in key assumptions from one year to the next, because these will distort key ratios and could lead to false interpretations.

17

# Economic Profit Valuation Models

- The <u>economic profit</u> model highlights how and when the company creates value yet <u>leads to a valuation that is identical</u> to that of enterprise DCF.

- Economic profit can be used to measure a company's performance in a given year. This allows you to determine when value is being created.

## Frameworks for Valuation

| Model | Measure | Discount factor | Assessment |
|---|---|---|---|
| Enterprise discounted cash flow | Free cash flow | Weighted average cost of capital | Works best for projects, business units, and companies that manage their capital structure to a target level. |
| Discounted economic profit | Economic profit | Weighted average cost of capital | Explicitly highlights when a company creates value. |
| Adjusted present value | Free cash flow | Unlevered cost of equity | Highlights changing capital structure more easily than WACC-based models. |
| Capital cash flow | Capital cash flow | Unlevered cost of equity | Compresses free cash flow and the interest tax shield in one number, making it difficult to compare operating performance among companies and over time. |
| Equity cash flow | Cash flow to equity | Levered cost of equity | Difficult to implement correctly because capital structure is embedded within the cash flow. Best used when valuing financial institutions. |

# Defining Economic Profit

- Economic profit translates size, return on capital, and cost of capital into a single measure. Economic profit equals the spread between the return on invested capital and the cost of capital times the amount of invested capital.

$$\text{Economic Profit} = \text{Invested Capital} \times (\text{ROIC} - \text{WACC})$$

- The formula for economic profit can be rearranged and defined as after-tax operating profits less a charge for the capital used by the company:

$$\text{Economic Profit} = \text{NOPLAT} - (\text{Invested Capital} \times \text{WACC})$$

- This approach shows that economic profit is similar in concept to accounting net income, but it explicitly charges a company for *all* its capital, not just the interest on its debt.

# Economic Profit at Home Depot

- Consider both measures of economic profit for Home Depot. Since Home Depot had been earning returns greater than its cost of capital, its historical economic profit was positive. Following the financial crisis in 2008, this was no longer the case.

- Not every company has a positive economic profit.  In fact, many companies earn an accounting profit (net income greater than zero), but can't earn their cost of capital.

**Home Depot: Economic Profit Valuation**

$ million

| | Historical | | | Forecast | | |
|---|---|---|---|---|---|---|
| **Method 1** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| Return on invested capital | 15.9% | 9.6% | 7.9% | 8.0% | 9.6% | 10.8% |
| Weighted average cost of capital | 8.4% | 8.2% | 8.3% | 8.5% | 8.5% | 8.5% |
| Economic spread | 7.5% | 1.4% | −0.4% | −0.4% | 1.1% | 2.3% |
| | | | | | | |
| × Invested capital | 39,389 | 46,543 | 38,567 | 37,075 | 34,137 | 35,038 |
| **Economic profit** | **2,950** | **629** | **(162)** | **(164)** | **383** | **818** |
| | | | | | | |
| | | | | | | |
| **Method 2** | | | | | | |
| Invested capital (beginning of year) | 39,389 | 46,543 | 38,567 | 37,075 | 34,137 | 35,038 |
| × Weighted average cost of capital | 8.4% | 8.2% | 8.3% | 8.5% | 8.5% | 8.5% |
| Capital charge | 3,295 | 3,827 | 3,195 | 3,135 | 2,886 | 2,962 |
| | | | | | | |
| NOPLAT | 6,245 | 4,456 | 3,033 | 2,971 | 3,269 | 3,780 |
| Capital charge | (3,295) | (3,827) | (3,195) | (3,135) | (2,886) | (2,962) |
| **Economic profit** | **2,950** | **629** | **(162)** | **(164)** | **383** | **818** |

# Discounted Economic Profit Leads to Same Results as DCF

- To demonstrate how economic profit can be used to value a company—and to demonstrate its equivalence to enterprise DCF—consider a stream of growing cash flows valued using the growing perpetuity formula,

$$\text{Value}_0 = \frac{\text{FCF}_1}{\text{WACC} - g}$$

- Using a few algebraic transformations and the assumption that the company's ROIC on new projects equals the company's current ROIC, we can transform the cash flow perpetuity into an economic-profit-based key value driver model,

$$\text{Value}_0 = \text{Invested Capital}_0 + \frac{\text{Invested Capital}_0 \times \left(\text{ROIC} - \text{WACC}\right)}{\text{WACC} - g}$$

- Substituting the definition of economic profit,

$$\text{Value}_0 = \text{Invested Capital}_0 + \frac{\text{Economic Profit}_1}{\text{WACC} - g}$$

# Home Depot: Economic Profit Valuation

**Home Depot: Economic Profit Valuation**

| Year | Invested capital[1] ($ million) | ROIC[1] (percent) | WACC (percent) | Economic profit ($ million) | Discount factor (@ 8.5%) | Present value of economic profit ($ million) |
|---|---|---|---|---|---|---|
| 2009 | 37,075 | 8.0 | 8.5 | (164) | 0.922 | (151) |
| 2010 | 34,137 | 9.6 | 8.5 | 383 | 0.850 | 325 |
| 2011 | 35,038 | 10.8 | 8.5 | 818 | 0.784 | 641 |
| 2012 | 36,897 | 11.6 | 8.5 | 1,145 | 0.723 | 827 |
| 2013 | 38,900 | 12.3 | 8.5 | 1,487 | 0.666 | 991 |
| 2014 | 40,821 | 12.3 | 8.5 | 1,550 | 0.614 | 952 |
| 2015 | 42,748 | 12.2 | 8.5 | 1,611 | 0.567 | 913 |
| 2016 | 44,665 | 12.2 | 8.5 | 1,671 | 0.522 | 873 |
| 2017 | 46,568 | 12.2 | 8.5 | 1,731 | 0.482 | 834 |
| 2018 | 48,453 | 12.1 | 8.5 | 1,789 | 0.444 | 795 |
| Continuing value | | | | 41,922 | 0.444 | 18,619 |
| Present value of economic profit | | | | | | 25,619 |
| Invested capital in 2008 | | | | | | 37,075 |
| Invested capital plus present value of economic profit | | | | | | 62,694 |
| Midyear adjustment factor | | | | | | 1.041 |
| **Value of operations** | | | | | | **65,291** |

[1]Invested capital is measured at the beginning of the year.

Valuation using economic profit leads to the same value as enterprise DCF!

**The value of operations equals**:

the sum of discounted economic profit

**+**

current invested capital