UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

----------------------------------------------------------------x
                                                                :
In re                                                           :   Chapter 11
                                                                :
TAILORED BRANDS, INC., *et al.*,[1]                             :   Case No. 20-33900 (MI)
                                                                :
                                                                :   Jointly Administered
          Debtors.                                              :
----------------------------------------------------------------x

NOTICE OF EXAMINATION UNDER
FED. R. BANKR. P. 2004 OF BENTHAM STRADLEY

**To:**

    **Tailored Brands, Inc. *et al.***
    **c/o Joshua Sussberg, Christopher Marcus, and Aparna Yenamandra**
    **Kirkland & Ellis LLP**
    **601 Lexington Avenue**
    **New York, NY 10022**

    **c/o Michael Esser and Shayne Henry**
    **Kirkland & Ellis LLP**
    **555 California Street, 27th Floor**
    **San Francisco, CA 94104**

NOTICE IS HEREBY GIVEN that the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through their undersigned counsel, intend to conduct an examination of Bentham Stradley under Federal Rules of Bankruptcy Procedure 2004, 7030, and 7034 and Bankruptcy Local Rule 2004-1 on **November 11, 2020 beginning at 12:00 p.m. prevailing Eastern time** (or such other date and time as may be agreed to by the parties). The examination will be taken before an authorized court

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/TailoredBrands. The location of the Debtors' service address in these chapter 11 cases is: 6100 Stevenson Boulevard, Fremont, California 94538.

reporter or other person authorized by law to administer oaths and will be recorded by stenographic and videographic means. The examination will be taken remotely. The examination will cover the topic set forth in **Schedule A** hereto. Any party who wishes to participate in the deposition should contact La Asia Canty of Pachulski Stang Ziehl & Jones LLP at lcanty@pszjlaw.com **no less than 24 hours before the start of the deposition**.

| | |
|---|---|
| Dated:   November 9, 2020 | Respectfully submitted, |

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Jason L. Boland*
William R. Greendyke (SBT 08390450)
Jason L. Boland (SBT 24040542)
Bob B. Bruner (SBT 24062637)
Julie G. Harrison (SBT 24092434)
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX 77010
Telephone:  (713) 651-5151
Email:  william.greendyke@nortonrosefulbright.com
            jason.boland@nortonrosefulbright.com
            bob.bruner@nortonrosefulbright.com
            julie.harrison@nortonrosefulbright.com

*Co-Counsel for the Official Committee of Unsecured Creditors*

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz
Alan J. Kornfeld
Ira D. Kharasch
Steven W. Golden (SBT 24099681)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4100
Telephone:  (310) 227-6910
Email:  jpomerantz@pszjlaw.com
            akornfeld@pszjlaw.com
            ikharasch@pszjlaw.com
            sgolden@pszjlaw.com

*Lead Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 2004-1(c), I hereby certify that on November 9, 2020, I conferred with Shayne Henry, counsel for the Debtors, regarding the date, time, and scope of examination. An agreement was reached between the parties as reflected in the forgoing Notice.

*/s/ Steven W. Golden*
Steven W. Golden

## SCHEDULE A

## DEPOSITION TOPICS

### DEFINITIONS

1. "Confirmation Hearing" shall mean the hearing currently scheduled for November 12, 2020 regarding Confirmation of the Plan.

2. "Debtors" means TBI and its debtor affiliates and their affiliates, agents, advisors, employees, representatives, staff, attorneys and all other persons or entities acting on their behalf or under their control.

3. "Pay Governance Materials" shall mean the "Employee Compensation Programs Discussion Materials" dated July 24, 2020.

4. "Plan" shall mean the *Debtors' Fourth Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 844].

5. "TBI" means Tailored Brands, Inc. and its affiliates, agents, advisors, employees, representatives, staff, attorneys and all other persons or entities acting on its behalf or under its control.

6. "You" and "Your" means Bentham Stradley.

### TOPIC

1. The Pay Governance Materials.

2. The subject of any testimony that You may provide at the Confirmation Hearing.