

ENTERED
12/30/2020

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TAILORED BRANDS, INC., *et al.*,[5] | Case No. 20-33900  (MI) |
| | (Jointly Administered) |
| Debtors. | |

**ORDER GRANTING FIRST INTERIM AND FINAL FEE APPLICATION OF
NORTON ROSE FULBRIGHT US LLP AND NORTON ROSE FULBRIGHT CANADA LLP
FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
<u>THE PERIOD AUGUST 12, 2020 THROUGH NOVEMBER 13, 2020</u>**
[RELATES TO DKT. NO. 1337]

Upon consideration of the *First Interim and Final Fee Application of Norton Rose Fulbright US LLP & Norton Rose Fulbright Canada LLP for Allowance of Compensation and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors of Tailored Brands, Inc.et al., for the Period from August 12, 2020 through November 13, 2020* (the "<u>Application</u>"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy rules of the United States Bankruptcy Court for the Southern District of Texas and the Guidelines for Compensation and Expense Reimbursement of Professionals in Chapter 11 Cases located in Appendix F thereto (the "<u>Local Rules</u>"), and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 310] (the "<u>Interim Compensation Order</u>"), for approval, allowance, and payment of compensation for professional services rendered and reimbursement of actual and

---

[5] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/TailoredBrands. The location of the Debtors' service address in these chapter 11 cases is: 6100 Stevenson Boulevard, Fremont, California 94538.

101463119.1

necessary expenses incurred during the period commencing August 12, 2020 through and including November 13, 2020; and the Court having jurisdiction to consider the Application and the relief requested herein in accordance with 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to all parties required under Bankruptcy Rule 2002(a)(6); and it appearing that no other or further notice need be provided; and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is hereby ORDERED that:

1.      Omitted;

2.      The fees for professional services rendered during the time periods set forth in the Application are allowed in the amount of $300,704.86 pursuant to section 331 of the Bankruptcy Code and approved on a final basis under section 330 of the Bankruptcy Code;

3.      The reimbursement for expenses incurred during the time period set forth in the Application is allowed in the amounts of $8,180.02;

4.      The Debtors are authorized and directed to pay the "Fees Allowed," inclusive of any applicable holdback, and the "Expenses Allowed" in satisfaction of all such allowed fees and expenses that have not previously been paid pursuant to the Interim Compensation Order or otherwise, for a total amount of $308,884.88.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed: December 30, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

101463119.1