# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, March 15, 2021

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Jason | Boland | Norton Rose Fulbright US LLP | Counsel for Mohsin Meghji, as Trustee of the Liquidating Trust |
| Quinette | Bonds | Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation |
| Henry | Flores | Rapp & Krock, PC | Silver Point Capital, L.P. |
| Melissa | Harris | Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation |
| Alan | Kornberg | Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Silver Point Capital, L.P. |
| John | Lyon | DLA Piper LLP (US) | JAB Franchisees |
| Keith R. | Martorana | Gibson, Dunn & Crutcher LLP | Counsel to the Ad Hoc Group of Term Loan Lenders |
| Diane | Meyers | Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Silver Point Capital, L.P. |
| Eric | Schaffer | Stonecipher Law Firm | Mohsin Meghji, as Trustee for the Liquidating Trust of Tailored Brands, Inc. |
| Noah | Schottenstein | DLA Piper LLP (US) | JAB Franchisees |