**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TAILORED BRANDS, INC., *et al.*,[1] | ) Case No. 20-33900 (MI) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Hearing Date: April 1, 2021 |
| | ) Hearing Time: 9:30 a.m. CST |
| | ) Related to Docket No. 1676 |

## WITNESS AND EXHIBIT LIST OF OBJECTING BENEFICIARIES IN CONNECTION WITH THE HEARING ON APRIL 1, 2021

Zeo Short Duration Income Fund, Zeo Sustainable Credit Fund, Yosef Y. Magid, Zachery Annis, Hickory Knoll Landscaping, Inc., and Aviary Associates, L.P. (the "**Objecting Beneficiaries**"), by and through their undersigned counsel, hereby submit the following Witness and Exhibit List for the hearing scheduled on April 1, 2021, in the above-styled, jointly administered bankruptcy cases (the "**Bankruptcy Cases**") before the Honorable Marvin Isgur, United States Bankruptcy Judge, 515 Rusk, Houston, Texas 77002.

## WITNESS LIST

The Objecting Beneficiaries may call the following witnesses:

1. Mohsin Meghji.

2. Jeffery N. Pomerantz

3. Any witness listed, offered, or called by any other party.

4. Any witness required for rebuttal or impeachment.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://cases.primeclerk.com/TailoredBrands.  The location of the Debtors' service address in theses chapter 11 cases is:  6100 Stevenson Boulevard, Fremont, California 94538.

1

## **EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| OB-1 | Settlement Agreement | | | | |
| OB-2 | Disclosure Statement | | | | |
| OB-3 | Stockholders' Agreement | | | | |
| OB-4 | Fifth Amended Plan | | | | |
| OB-5 | Seventh Amended Plan Supplement | | | | |
| OB-6 | Transaction Support Agreement | | | | |
| OB-7 | February 19, 2021 Board Minutes (filed under seal) | | | | |
| OB-8 | February 25, 2021 Board Minutes | | | | |
| OB-9 | Liquidating Trustee Agreement | | | | |
| OB-10 | Notice to Beneficiaries of Hearing | | | | |

The Objecting Beneficiaries reserve the right to modify, amend, or supplement this Witness and Exhibit List at any time. The Objecting Beneficiaries reserve the right to ask the Court to take judicial notice of pleadings, transcripts, and/or documents filed in or in connection with these Bankruptcy Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit at any time prior to the April 1, 2021 hearing. Designation of any exhibit above does not waive any objections the Objecting Beneficiaries may have to any exhibit listed on any other party's exhibit list.

Dated: March 30, 2021

Respectfully submitted,

**THOMPSON HINE LLP**

/s/ Jonathan S. Hawkins
John Bae
(*pro hac vice* application pending)
335 Madison Ave., 12th Floor
New York, New York 10017-4611
212.344.5680
john.bae@thompsonhine.com

and

Jonathan S. Hawkins
(*pro hac vice* application pending)
10050 Innovation Dr. #400
Miamisburg, Ohio 45342
937.443.6600
jonathan.hawkins@thompsonhine.com

*Counsel for Zeo Short Duration Income Fund, Zeo Sustainable Credit Fund, Yosef Y. Magid, Zachery Annis, Hickory Knoll Landscaping, Inc., and Aviary Associates, L.P.*

## **CERTIFICATE OF SERVICE**

I certify that on March 30, 2021, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

Dated:  March 30, 2021                                        /s/ Jonathan S. Hawkins
                                                                              Jonathan S. Hawkins