

ENTERED
05/20/2021

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| TAILORED BRANDS, INC., *et al* | § | CASE NO: 20-33900 |
| | § | |
| JA APPAREL CORP. | § | CASE NO: 20-33901 |
| | § | |
| K&G MENS COMPANY INC. | § | CASE NO: 20-33902 |
| | § | |
| JOS. A. BANK CLOTHIERS, INC. | § | CASE NO: 20-33903 |
| | § | |
| JOSEPH ABBOUD MANUFACTURING CORP. | § § | CASE NO: 20-33904 |
| | § | |
| NASHAWENA MILLS CORP. | § | CASE NO: 20-33905 |
| | § | |
| MOORES RETAIL GROUP CORP. | § | CASE NO: 20-33906 |
| | § | |
| TAILORED BRANDS WORLDWIDE PURCHASING CO. | § § | CASE NO: 20-33907 |
| | § | |
| MWDC HOLDING INC. | § | CASE NO: 20-33908 |
| | § | |
| RENWICK TECHNOLOGIES, INC. | § | CASE NO: 20-33909 |
| | § | |
| MOORES THE SUIT PEOPLE CORP. | § | CASE NO: 20-33910 |
| | § | |
| THE MENS WEARHOUSE, INC. | § | CASE NO: 20-33911 |
| | § | |
| TAILORED BRANDS PURCHASING LLC | § | CASE NO: 20-33912 |
| | § | |
| TAILORED SHARED SERVICES, LLC | § | CASE NO: 20-33913 |
| | § | |
| TAILORED BRANDS GIFT CARD CO LLC | § § | CASE NO: 20-33914 |
| | § | |
| THE JOSEPH A. BANK MFG. CO., INC. | § | CASE NO: 20-33915 |
| | § | |
| TMW MERCHANTS LLC | § | CASE NO: 20-33916 |
| | § | |
| TB UK HOLDING LIMITED, | § | CASE NO: 20-33917 |
| | § | Jointly Administered |
| Debtors. | § | |
| | § | CHAPTER 11 |

## **ORDER**

For the reasons set forth in the Memorandum Opinion issued on this date, Michael Hoffman's Motion for Relief from Discharge Injunction is Denied.

SIGNED 05/20/2021

_____
Marvin Isgur
United States Bankruptcy Judge