UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF Texas

Houston Division

In re: Tailored Shared Services, LLC  § Case No. 20-22913
  §
  § Lead Case No. 20-33900
Debtor(s) §
  ☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2021         Petition Date: 08/02/2020

Plan Confirmed Date: 11/13/2020         Plan Effective Date: 12/01/2020

This Post-confirmation Report relates to:  ◉ Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Holly Etlin                         Holly Etlin
Signature of Responsible Party          Printed Name of Responsible Party

07/30/2021
Date

                                        6380 Rogerdale Rd, Houston, TX 77072
                                        Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (06/07/2021)                    1

| Debtor's Name | Tailored Shared Services, LLC | Case No. | 20-22913 |
|---|---|---|---|

### Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $33,976,807 | $76,038,007 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $33,976,807 | $76,038,007 |

### Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $35,609,918 | $0 | $35,609,918 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | A&G Realty Partners, LLC | Financial Professional | $0 | $8,285,511 | $0 | $8,285,511 |
| ii | AlixPartners, LLP | Financial Professional | $0 | $5,923,617 | $0 | $5,923,617 |
| iii | Deloitte & Touche LLP | Financial Professional | $0 | $30,132 | $0 | $30,132 |
| iv | Jackson Walker LLP | Local Counsel | $0 | $254,902 | $0 | $254,902 |
| v | Kirkland & Ellis LLP | Lead Counsel | $0 | $5,346,483 | $0 | $5,346,483 |
| vi | KPMG LLP | Financial Professional | $0 | $436,298 | $0 | $436,298 |
| vii | Mourant Ozannes | Special Counsel | $0 | $220,229 | $0 | $220,229 |
| viii | PJT Partners LP | Financial Professional | $0 | $12,446,226 | $0 | $12,446,226 |
| ix | Prime Clerk LLC | Other | $0 | $1,311,468 | $0 | $1,311,468 |
| x | Deloitte Tax LLP | Financial Professional | $0 | $1,355,053 | $0 | $1,355,053 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $122 | $696,104 | $122 | $696,104 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Armstrong Teasdale LLP | Local Counsel | $0 | $386,934 | $0 | $386,934 |
| ii | Beijing Chang TSI & Partners | Local Counsel | $0 | $19,116 | $0 | $19,116 |
| iii | Fox Mandal & Associates | Local Counsel | $0 | $364 | $0 | $364 |
| iv | Fragomen, Del Rey, Bernsen & | Local Counsel | $0 | $69,402 | $0 | $69,402 |
| v | FTI Consulting, Inc. | Financial Professional | $0 | $130,387 | $0 | $130,387 |
| vi | Grunfeld, Desiderio, Lebowitz, | Local Counsel | $0 | $9,881 | $0 | $9,881 |
| vii | Lall & Sethi | Local Counsel | $0 | $150 | $0 | $150 |
| viii | McConnell & Jones LLP | Financial Professional | $0 | $10,250 | $0 | $10,250 |
| ix | Venable LLP | Local Counsel | $0 | $1,762 | $0 | $1,762 |
| x | Vorys, Sater, Seymour and Peas | Local Counsel | $0 | $63,451 | $0 | $63,451 |
| xi | Patel Gaines, PLLC | Local Counsel | $122 | $4,407 | $122 | $4,407 |
| c. | All professional fees and expenses (debtor & committees) | | $122 | $42,226,632 | $122 | $42,226,632 |

### Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

Debtor's Name: Tailored Shared Services, LLC  Case No. 20-22913

|  | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $3,727,379 | $3,727,379 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $35,621 | $35,621 | 100% |
| d. General unsecured claims | $0 | $14,788 | $14,788 | $14,788 | 100% |
| e. Equity interests | $0 | $0 | $0 |  |  |

### Part 4: Questionnaire

a. Is this a final report?   Yes ◯   No ⦿

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated: 03/31/2022

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ◯

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Holly Etlin  
Signature of Responsible Party  
Chief Restructuring Officer  
Title

Holly Etlin  
Printed Name of Responsible Party  
07/30/2021  
Date

UST Form 11-PCR (06/07/2021)     3

Debtor's Name Tailored Shared Services, LLC                                                    Case No.  20-22913

EXHIBIT I – Total Anticipated Plan Payments

Note: Total anticipated payments under plan were only provided on a consolidated basis and are not available at an entity level.