United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TAILORED BRANDS, INC., *et al.*,[1] | ) Case No. 20-33900 (MI) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

**FINAL DECREE CLOSING CERTAIN OF THE CHAPTER 11 CASES**

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors and debtors in possession (collectively, the "Debtors," and after the effective date of their chapter 11 plan, the "Reorganized Debtors") for the entry of a final decree (this "Final Decree") closing certain of the chapter 11 cases, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Reorganized Debtors, their creditors, and other parties in interest; and this Court having found that the Reorganized Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://cases.primeclerk.com/TailoredBrands. The Reorganized Debtors' service address in these chapter 11 cases is: 6100 Stevenson Boulevard, Fremont, California 94538.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

a hearing before this Court, if any (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The following cases (the "Affiliate Cases") are hereby closed, provided that this Court shall retain jurisdiction as provided in the Plan and the order confirming the Plan [Docket No. 1221] (the "Confirmation Order"):

| Reorganized Debtor | Case No. |
|---|---|
| Tailored Brands, Inc. | 20-33900 |
| JA Apparel Corp. | 20-33901 |
| K&G Men's Company, Inc. | 20-33902 |
| Jos. A. Bank Clothiers, Inc. | 20-33903 |
| Joseph Abboud Manufacturing Corp. | 20-33904 |
| Nashawena Mills Corp. | 20-33905 |
| Moores Retail Group Corp. | 20-33906 |
| Tailored Brands Worldwide Purchasing Co. | 20-33907 |
| MWDC Holding Inc. | 20-33908 |
| Renwick Technologies, Inc. | 20-33909 |
| Moores the Suit People Corp. | 20-33910 |
| The Men's Wearhouse, Inc. | 20-33911 |
| Tailored Brands Purchasing LLC | 20-33912 |
| Tailored Shared Services, LLC | 20-33913 |
| Tailored Brands Gift Card Co LLC | 20-33914 |
| The Joseph A. Bank Mfg. Co., Inc. | 20-33915 |
| TB UK Holding Limited | 20-33917 |

2.     TMW Merchants LLC, Case No. 20-33916 (the "Remaining Case") shall remain open pending the entry of a final decree closing the Remaining Case.

3. The clerk shall designate on the dockets of the Affiliate Cases that the cases are now administered under the Remaining Case by making a docket entry in each of the Affiliate Cases substantially similar to the following:

> An order has been entered in this case directing that all further reporting concerning the administration of the assets and liabilities in this case will occur only in the case of TMW Merchants LLC, Case No. 20-33916. The docket in Case No. 20-33916 should be consulted for all matters affecting this case.

4. The following caption shall be used in the Remaining Case going forward:

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TMW MERCHANTS LLC, *et al.*,[3] | ) Case No. 20-33916 (MI) |
| | ) |
| Reorganized Debtors. | ) (Formerly Jointly Administered |
| | ) under Lead Case: Tailored Brands, |
| | ) Inc., Case No. 20-33900) |

5. Any objections to claims against or interests in the Reorganized Debtors may be filed, administered, and adjudicated in the Remaining Case.

6. Any failure of the Debtors or Reorganized Debtors to file an objection to any Claim or Interest in any of the Affiliate Cases on or prior to entry of this Final Decree shall not constitute allowance of the Claim or Interest and shall not result in such Claim or Interest being deemed Allowed against or in any Debtor or Reorganized Debtor. Any objections to Claims against or

---

[3] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://cases.primeclerk.com/TailoredBrands. The Reorganized Debtors' service address is: 6100 Stevenson Boulevard, Fremont, California 94538.

Interests against any of the Debtors or Reorganized Debtors may be filed, administered, and adjudicated in the Remaining Case until the applicable deadline.

7. The Reorganized Debtors may file a combined post-confirmation report for the third quarter of 2021 through the date of entry of this Final Decree and shall serve a copy of said reports on the United States Trustee. All further reporting concerning the administration of the assets and liabilities of the Reorganized Debtors shall occur only in the Remaining Case pending entry of a final decree closing the Remaining Case.

8. The Reorganized Debtors shall pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. § 1930(a)(6)(A) and (B) with respect to the Reorganized Debtors by remitting payment to the United States Trustee Payment Center, P.O. Box 6200-19, Portland, Oregon, 97228-6200 on or before the later of (x) fourteen days after the date of entry of this Final Decree and (y) the date on which such quarterly fees are otherwise due, and shall furnish evidence of such payment to the acting U.S. Trustee, 515 Rusk, Suite 3516, Houston, Texas. The payment shall reflect the Reorganized Debtors' account numbers and shall be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the acting U.S. Trustee. This Court shall retain jurisdiction to enforce of fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

9. Quarterly disbursements for the Remaining Case will be reported and quarterly fees paid pending the entry of a final decree closing the Remaining Case.

10. Entry of this Final Decree is without prejudice to (a) the rights of the Reorganized Debtors or any party-in-interest to seek to reopen any of these chapter 11 cases for cause pursuant to section 350(b) of the Bankruptcy Code, and (b) the rights of the Reorganized Debtors to dispute, in an appropriate non-bankruptcy forum, all claims against the Reorganized Debtors in these chapter 11 cases as contemplated by the Plan.

11.     This Final Decree is immediately effective and enforceable upon its entry.

12.     The Reorganized Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

13.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Decree.

Signed: September 22, 2021

_____
Marvin Isgur
United States Bankruptcy Judge