**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TAILORED BRANDS, INC., *et al.*,[1] | ) Case No. 20-33900 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE THAT** Anne G. Wallice hereby withdraws her *Pro Hac Vice*

appearance [Docket No. 105] as counsel for the above-captioned debtors ("Debtors").  Ms. Wallice

requests that service upon her of all future service and notices and pleadings, electronically or

otherwise, be discontinued as of the date hereof, and further requests that she be removed from the

electronic (ECF) service list as counsel to Debtors.  The contact information is as follows:

Anne G. Wallice
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS LLP INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
anne.Wallice@kirkland.com

**PLEASE TAKE FURTHER NOTICE** that this notice is with respect to

Anne G. Wallice only, and is not intended to affect service independently requested by

Kirkland & Ellis LLP or Kirkland & Ellis International LLP, or their continued listing in the

service list for these chapter 11 cases.

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
claims and noticing agent at http://cases.primeclerk.com/TailoredBrands.  The location of the Debtors' service
address in these chapter 11 cases is:  6100 Stevenson Boulevard, Fremont, California 94538.

Houston, Texas
June 26, 2023

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS LLP** |
| Kristhy Peguero (TX Bar No. 24102776) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Veronica A. Polnick (TX Bar No. 24079148) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Victoria Argeroplos (TX Bar No. 24105799) | Christopher Marcus, P.C. (admitted *pro hac vice*) |
| **JACKSON WALKER L.L.P.** | Aparna Yenamandra (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |

Telephone:      (713) 752-4200
Facsimile:       (713) 752-4221
Email:            mcavenaugh@jw.com
                       kpeguero@jw.com
                       vpolnick@jw.com
                       vargeroplos@jw.com

*Co-Counsel to the Debtors
and Debtors in Possession*

Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:            joshua.sussberg@kirkland.com
                       cmarcus@kirkland.com
                       aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C.
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:            james.sprayregen@kirkland.com

*Co-Counsel to the Debtors
and Debtors in Possession*

3

## Certificate of Service

I certify that on June 26, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Matthew D. Cavenaugh
Matthew D. Cavenaugh

3