United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 01, 2025
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| TMW MERCHANTS LLC, *et al.*, [1] | § Case No. 20-33916 (MI) |
| | § |
| Reorganized Debtors. | § (Formerly Jointly Administered under Lead |
| | § Case: *In re Tailored Brands, Inc. et al.*, Case |
| | § No. 20-33900) |
| | § |

## ORDER AUTHORIZING THE LIQUIDATING TRUSTEE TO TAKE ALL NECESSARY ACTIONS TO TERMINATE THE LIQUIDATING TRUST
[Relates to Dkt. No. 2096]

Upon the (the "Motion")[2] of the Trustee seeking entry of an order (this "Order"), pursuant to the Plan, the Liquidating Trust Agreement, section 105(a) of the Bankruptcy Code, and Bankruptcy Local Rule 9013-1, authorizing termination of the Trust, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and this Court having found that the relief requested in the Motion is in the best interests of the estates, the Trust, their creditors and beneficiaries, and other parties in interest; and this Court having found that the Trustee's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion;

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://cases.primeclerk.com/TailoredBrands. The Reorganized Debtors' service address is: 6100 Stevenson Boulevard, Fremont, California 94538.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Trustee is authorized to cause the reversion of all remaining Liquidating Trust Assets to a non-profit charitable organization qualifying under section 501(c)(3) of the IRC as provided by the Trust Agreement, which non-profit charitable organization may include the Willie Lopez Emergency Assistance Fund.

2.      Prior to the reversion of such funds in Paragraph 1 above, the Trustee is authorized to pay Kroll $8,830.03 for reimbursement of a check previously issued by Kroll to certain Trust beneficiaries, and for payment of fees and costs associated with redistribution of checks that were initially uncashed by Trust beneficiaries and for service costs associated with mailout of the subject Motion.

3.      Kroll is immediately authorized to make the distributions authorized by paragraphs 1 and 2 of this Order.

4.      The Trustee is authorized to take all actions necessary to terminate the Trust.

5.      The Trustee and his professionals may destroy records and data in his possession or control containing the data of the Reorganized Debtors, including emails, provided that copies of such records and data have been provided to the Reorganized Debtors.

6.      The Trustee is authorized, pursuant to his business judgment, to abandon any asset of the Trust that is burdensome to the Trust or that is of inconsequential value and benefit to the Trust.

7.      Upon termination of the Trust, the Trustee and the Indemnified Persons are released and discharged from all liability related to the Trust.

8.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Local Rules are satisfied by such notice.

9.      This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: April 01, 2025

Marvin Isgur
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                          Case No. 20-33900-mi

Tailored Brands, Inc.                                                                    Chapter 11

TB UK Holding Limited
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                          User: ADIuser                              Page 1 of 35

Date Rcvd: Apr 01, 2025                   Form ID: pdf002                       Total Noticed: 226

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JA Apparel Corp., 6100 Stevenson Boulevard, Freemont, CA 94538-2490 |
| db | + | Jos. A. Bank Clothiers, Inc., 6100 Stevenson Boulevard, Fremont, CA 94538-2490 |
| db | + | Joseph Abboud Manufacturing Corp., 6100 Stevenson Boulevard, Fremont, CA 94538-2490 |
| db | + | K&G Mens Company Inc., 6100 Stevenson Boulevard, Freemont, CA 94538-2490 |
| db | + | MWDC Holding Inc., 6100 Stevenson Boulevard, Fremont, CA 94538-2490 |
| db | + | Moores Retail Group Corp., 6100 Stevenson Boulevard, Freemont, CA 94538-2490 |
| db | + | Moores The Suit People Corp., 6100 Stevenson Boulevard, Fremont, CA 94538-2490 |
| db | + | Nashawena Mills Corp., 6100 Stevenson Boulevard, Freemont, CA 94538-2490 |
| db | + | Renwick Technologies, Inc., 6100 Stevenson Boulevard, Fremont, CA 94538-2490 |
| db | + | TB UK Holding Limited, 6100 Stevenson Boulevard, Freemont, CA 94538-2490 |
| db | + | TMW Merchants LLC, 6100 Stevenson Boulevard, Fremont, CA 94538-2490 |
| db | + | Tailored Brands Gift Card Co LLC, 6100 Stevenson Boulevard, Fremont, CA 94538-2490 |
| db | + | Tailored Brands Purchasing LLC, 6100 Stevenson Boulevard, Fremont, CA 94538-2490 |
| db | + | Tailored Brands Worldwide Purchasing Co., 6100 Stevenson Boulevard, Freemont, CA 94538-2490 |
| db | + | Tailored Brands, Inc., 6100 Stevenson Boulevard, Fremont, CA 94538-2490 |
| db | + | Tailored Shared Services, LLC, 6100 Stevenson Boulevard, Fremont, CA 94538-2490 |
| db | + | The Joseph A. Bank Mfg. Co., Inc., 6100 Stevenson Boulevard, Fremont, CA 94538-2490 |
| db | + | The Mens Wearhouse, Inc., 6100 Stevenson Boulevard, Fremont, CA 94538-2490 |
| aty | #+ | Aaron Gundzik, Gundzik Gundzik Heeger LLP, 14011 Ventura Blvd, Suite 206E, Sherman Oaks, CA 91423-5211 |
| aty | + | Alison D Bauer, Foley Hoag LLP, 1301 Avenue of the Americas, 25th Floor, New York, NY 10019-6036 |
| aty | + | Antoinette Young, Sodexo, Inc., 9801 Washingtonian Boulevard, 12th Floor, Gaithersburg, MD 20878-7373 |
| aty | + | Catherine W Smith, 1835 Market Street, Suite 2950, Philadelphia, PA 19103-2946 |
| aty | + | Christin A Batt, Financial Law Group, 5656 La Jolla Blvd., La Jolla, CA 92037-7523 |
| aty | + | Farrell Fritz, Veronique A Urban, 400 RXR Plaza, Uniondale, NY 11556-3826 |
| aty | + | Harris J. Koroglu, Shutts & Bowen, LLP, 200 South Biscayne Boulevard, Ste. 4100, Miami, FL 33131-2362 |
| aty | + | Howard S Toland, Mitrani Rynor Adamsky & Toland PA, 1200 Weston Road, ph, Weston, FL 33326-1987 |
| aty | + | Jackie R Kruger, The Kruger Law Firm, 485 South Robertson Boulevard, Suite 4, Beverly Hills, CA 90211-3655 |
| aty | + | Jami B. Nimeroff, Brown Nimeroff LLC, 18 Kings Highway W, Haddonfield, NJ 08033-2116 |
| aty | + | Jay Bohensky, Bohensky Associates, 2115 Avenue O, Brooklyn, NY 11210-5045 |
| aty | + | Jeffrey M Carbino, Jensen Bagnato, PC, 1500 Walnut Street, Suite 1510, Philadelphia, PA 19102-3500 |
| aty | + | Jiun-Wen Bob Teoh, Foley Hoag LLP, 1301 Avenue of the Americas, 25th Floor, New York, NY 10019-6036 |
| aty | + | Jonathan S. Hawkins, Thompson Hine LLP, 10050 Innovation Drive #400, Miamisburg, OH 45342-4934 |
| aty | + | Jordan L Shapiro, Shapiro & Hender, 105 Salem Street, Malden, MA 02148-5207 |
| aty | + | Linda A. Mandel Clemente, Mandel Clemente, PC, 77 Troy Rd., Ste 4, East Greenbush, NY 12061-1330 |
| aty | + | Richard T Baum, 11500 West Olympic Blvd Ste 400, Los Angels, CA 90064-1525 |
| aty | + | Ronald K. Brown, Jr., Ronald K. Brown, Jr. APC, 901 Dove Street, Suite 120, Newport Beach, CA 92660-3018 |
| aty | + | Tim Dolan, Deputy County Attorney, 909 Civic Center, Omaha, NE 68183-0001 |
| cr | + | 328 King C, LLC, 1701 E Knox Rd, Tempe, AZ 85284-3329 |

District/off: 0541-4        User: ADIuser        Page 2 of 35

Date Rcvd: Apr 01, 2025        Form ID: pdf002        Total Noticed: 226

| | | |
|---|---|---|
| cr | + | 328 King-A, LLC, 1701 E Knox Rd, Tempe, AZ 85284-3329 |
| cr | + | 328 King-B, LLC, 1701 E Knox Rd, Tempe, AZ 85284-3329 |
| cr | + | 376 Boylston Street Realty LLC, c/o Jordan L. Shapiro, 105 Salem Street, Malden, MA 02148-5207 |
| cr | + | A-L 95 Creekside Town Center, L.P., c/o John D. Cornwell and Grant M. Beiner, 700 Milam Street, Suite 2700, Houston, TX 77002 U.S. 77002-2730 |
| cr | + | A-S 93 SH 130-SH45, L.P., c/o John D. Cornwell and Grant M. Beiner, 700 Milam Street, Suite 2700, Houston, TX 77002 U.S. 77002-2730 |
| cr | + | ADD King's Crossing LLC, c/o Miranda & Maldonado, P.C., 5915 Silver Springs Dr., Bldg. 7, El Paso, TX 79912-4126 |
| cr | + | ADD Kings Crossing LLC, c/o Miranda & Maldonado, P.C., 5915 Silver Springs Dr., Bldg. 7, El Paso, TX 79912-4126 |
| crcm | + | AVR CPC Associates, LLC, 300 Garden City Plaza, Fifth Floor, Attn.: Sophia A. Perna-Plank, Esq., Garden City, NY 11530 UNITED STATES 11530-3302 |
| cr | + | AmREIT SPF Shadow Creek, LP, c/o Ross Banks May Cron & Cavin, PC, 7700 San Felipe, Suite 550, Houston, TX 77063 UNITED STATES 77063-1618 |
| cr | + | AmREIT SSPF PTC Anchor, LP, c/o Ross, Banks, May, Cron & Cavin, P.C., 7700 San Felipe, Suite 550, Houston, TX 77063 UNITED STATES 77063-1618 |
| cr | + | AmREIT Woodlake Square, LP, 5910 N. Central Expressway, Suite 1680, Dallas, TX 75206-0936 |
| cr | + | American Electric Power, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | American National Insurance Company, One Moody Plaza, 18th Floor, Galveston, TX 77550-7999 |
| cr | + | Arizona Public Service Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Arlona Limited Partnership, c/o Stark & Stark, PC, 993 Lenox Drive, Bldg. 2, Lawrenceville, NJ 08648-2316 |
| cr | + | Atlantic City Electric Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Aventura Commons Associates, Ltd., Buchanan Ingersoll & Rooney PC, ATTN: Mary F. Caloway, Esq., 919 North Market Street, Suite 900, Wilmington, DE 19801-3042 |
| cr | + | BLDG Management Co., Inc., Attn: Laura Davidov, Esq., 417 Fifth Avenue, 4th Floor, New York, NY 10016-2239 |
| cr | + | Baltimore Gas and Electric Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Bayer Retail Company, LLC, c/o Heather Jamison, Esq., Burr & Forman LLP, 420 N. 20th St., Suite 3400, Birmingham, AL 35203-3284 |
| cr | + | Blue Tunnel Properties, LLC, Alexander Ricks PLLC, 1420 E 7th St., Ste. 100, Charlotte, NC 28204-2408 |
| cr | + | Boston Gas Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | CBL & Associates Management, Inc., c/o Husch Blackwell, Attn: Buffey Klein, 1900 N. Pearl Street, Suite 1800, Dallas, TX 75201-2467 |
| cr | + | Cary Towne Center Property LLC, c/o Husch Blackwell, LLP, 1900 N. Pearl Street, Suite 1800, Dallas, TX 75201-2467 |
| cr | + | Casto-Oakbridge Ventures Ltd, 1486 Towne Center Drive, Lakeland, FL 33803-7965 |
| cr | + | Caulfeild Apparel Group, Ltd., c/o James C. Thoman, Esq., Hodgson Russ LLP, 140 Pearl Street, Suite 100 Buffalo, NY 14202-4040 |
| cr | + | CentiMark Corporation, c/o Timothy P. Palmer, Esq., Buchanan Ingersoll & Rooney PC, Union Trust Building, 501 Grant Street, Ste. 200 Pittsburgh, PA 15219-4413 |
| cr | + | Central Maine Power Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Certain Texas Taxing Entities, c/o Perdue Brandon Fielder, PO Box 8188, Wichita Falls, TX 76307-8188 |
| pla | #+ | Cesar Tarafa, DOUMANIAN & ASSOCIATES, 837 S. FAIR OAKS AVE, SUITE 200, PASADENA, CA 91105 UNITED STATES 91105-2661 |
| cr | + | Charles County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| cr | | Chatham County Tax Commissioner, Attn: Theresa C. Harrelson, PO Box 8324, Savannah, GA 31412-8324 |
| intp | + | Cherokee Debt Acquisition, LLC, 1384 Broadway, Suite 906, New York, NY 10018-6146 |
| cr | + | Cleco Power LLC, 2030 Donahue Ferry Rd., Pineville, LA 71360-5226 |
| cr | + | Colonial Gas Cape Cod, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Commonwealth Edison Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Consolidated Edison Company of New York, Inc., c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Constellation NewEnergy, Inc., c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | D&P Associates, 139 East DeKalb Pike, King of Prussia, PA 19406-2167 |
| cr | + | Delmarva Power & Light Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Discovery Communications, LLC, c/o Wyatt, Tarrant & Combs, LLP, Attn: Mary L. Fullington, 250 West Main Street, Suite 1600, Lexington, KY 40507-1746 |
| cr | #+ | Donahue Schriber Realty Group, c/o Jennifer L. Pruski, Esquire, Trainor Fairbrook, 980 Fulton Avenue, Sacramento, CA 95825 UNITED STATES 95825-4558 |
| cr | #+ | Donahue Schriber Realty Group, LP, c/o Jennifer L. Pruski, Esquire, Trainor Fairbrook, 980 Fulton Avenue, Sacramento, CA 95825 UNITED STATES 95825-4558 |
| cr | + | EQYInvest Owner I, Ltd, LLP, c/o Timothy T. Mitchell, Rashti and Mitchell, 4422 Ridgeside Drive, Dallas, TX 75244-7521 |
| cr | + | EWKAI 950 Post Road East LLC, c/o Karl D. Burrer, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 1700, Houston, TX 77002-5001 |
| cr | + | Elmwal Associates LLC, c/o Stephen R Lewinstein, Managing Membe, POB 908, Palm Beach, FL 33480-0908 |

District/off: 0541-4             User: ADIuser             Page 3 of 35

Date Rcvd: Apr 01, 2025             Form ID: pdf002             Total Noticed: 226

| | | |
|---|---|---|
| cr | + | Evergy, Inc., c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Excargo Services, Inc, The Fuentes Firm, P.C., 5507 Louetta Road, Suite A, Spring, TX 77379-7872 |
| cr | + | Exton/Whiteland Devco, c/o Husch Blackwell, Buffey klein, 1900 N. Pearl Street, Suite 1800, Dallas, TX 75201-2467 |
| intp | + | FOXFIVE, LLC, 711 Louisiana St. Ste. 1850, Houston, Tx 77002-2790 |
| cr | + | Fashion Mall Commons I, LP, c/o John R. Humphrey, Taft Stettinius & Hollister LLP, One Indiana Square, Suite 3500, Indianapolis, IN 46204-2023 US 46204-2023 |
| cr | + | First Industrial, L.P., c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Florida Power & Light Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Forum Lone Star, L.P., 300 Garden City Plaza, Fifth Floor, Attn.: Sophia A. Perna-Plank, Esq., Garden City, NY 11530 UNITED STATES 11530-3302 |
| cr | | Gainesville Regional Utilities, Attn: Revenue Assurance Department, PO Box 147117, Station A144, Gainesville, FL 32614-7117 |
| cr | + | Georgia Department of Revenue, Georgia Department of Law, Bernadett Rosszer, 40 Capitol Square, SW, Atlanta, GA 30334-9057 |
| cr | + | Georgia Power Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Gulf Power Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Hanesbrands Inc., c/o Jennifer B. Lyday, Waldrep Wall Babcock & Bailey PLLC, 370 Knollwood Street, Suite 600, Winston-Salem, NC 27103-1864 |
| cr | | Hartz Mountain Industries, Inc., 700 Milam St., Suite 2700, Houston, TX 77002-2730 |
| cr | + | IMI Huntsville LLC, c/o Heather Jamison, Esq., Burr & Forman LLP, 420 N. 20th St., Suite 3400, Birmingham, AL 35203-3284 |
| cr | | Inland Commercial Real Estate Services LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 Esat Jefferson Street Syracuse, NY 13202 |
| cr | + | James Tara Investment Holdings LLC c/o Flatley Man, 45 Braintree Hill Office Park, Braintree, MA 02184, UNITED STATES 02184-8723 |
| cr | + | Jersey Central Power & Light Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | KG South 2012, LLC, c/o Dax D. Voss, Field, Manning, Stone, Hawthorne & Aycoc, 2112 Indiana Avenue, Lubbock, TX 79410-1444 |
| cr | + | KeySpan Energy Delivery Long Island, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | KeySpan Energy Delivery New York, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| op | + | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | + | LCFRE Sugar Land Town Square, LLC, 901 Mopac Expressway South, Building 1, Suite 300, Austin, TX 78746-5883 |
| cr | + | Landlord 328 King Street, LLC, 1701 E Knox Rd, Tempe, AZ 85284-3329 |
| cr | + | Lea Company, LLC, Chamberlain Hrdlicka, 1200 Smith Street, Suite 1400, Attention: Jarrod B. Martin, Select or enter, TX 77002 US 77002-4496 |
| cr | + | Liberty Mutual Insurance Company, c/o Chad L Schexnayder, Jennings, Haug & Cunningham, 2800 N. Central Ave., Ste. 1800, Phoenix, AZ 85004-1049 |
| cr | + | Liberty Property Limited Partnership, c/o Faegre Drinker Biddle & Reath LLP, 1717 Main St Ste 5400, Dallas, TX 75201-7367 |
| cr | + | MacArthur Park, LP, c/o Ross, Banks, May, Cron & Cavin, P.C., 7700 San Felipe, Suite 550, Houston, TX 77063 UNITED STATES 77063-1618 |
| cr | + | Marple XYZ Associates, L.P., 925 West Lancaster Avenue, Suite 200, Bryn Mawr, PA 19010-3050 |
| cr | + | Massachusetts Electric Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| intp | + | Measured Identity Hub Limited, c/o Brett D. Goodman, 875 Third Ave., New York, NY 10022-6225 |
| cr | + | Mericle 185 Centerpoint East, LLC, c/o Husch Blackwell, 1900 N. Pearl Street, Suite 1800, Dallas, TX 75201-2467 |
| cr | + | Metropolitan Edison Company, c/o Weldon Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| intp | + | Mi Hub Limited, c/o Brett D. Goodman, 875 Third Ave., New York, NY 10022-6225 |
| cr | | Michael Eugene Owens, 7711 Saint Moritz Lane, Charlotte, NC 28226-4453 |
| cr | + | Michael Eugene Owens, c/o Tin, Fulton, Walker & Owen, PLLC, 301 East Park Avemue, Charlotte, NC 28203-4751 |
| cr | + | Microsoft Licensing Microsoft Corporation, c/o David Crooks and Joseph E. Shickich, Fox Rothschild LLP, 1001 4th Ave, Suite 4500 Seattle, WA 98154-1192 |
| cr | + | MobiLease, Inc., Watkins & Watkins, 24 Greenway Plaza, Suite 1710, Houston, Tx 77046 UNITED STATES 77046-2423 |
| cr | + | Monongahela Power Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | NStar Gas Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Narragansett Electric Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | New York State Electric and Gas Corporation, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Niagara Mohawk Power Corporation, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Nstar Electric Compa Western Nstar Electric Compan, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Nstar Electric Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |

| cr | + | Nstar Electric Company, Western Massachusetts, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | ++ | OHIO DEPARTMENT OF TAXATION, BANKRUPTCY DIVISION, 30 EAST BROAD STREET, COLUMBUS OHIO 43215-3414 address filed with court:, Ohio Department of Taxation, 30 E. Broad Street, 14th floor, Columbus, OH 43215 |
| cr | + | Office of Unemployment Compensation Tax Services, c/o Deb Secrest, 651 Boas Street, Room 702, Harrisburg, PA 17121-0751 |
| cr | + | Ohio Edison Company, c/o Weldon Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Oklahoma Gas and Electric Company, c/o Weldon Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Old Farm Shops, Ltd., c/o Rochelle A. Funderburg, Meyer Capel, A Professional Corporation, 306 W. Church Street, Champaign, IL 61820-3514 |
| cr | + | OnCard Marketing, Inc. d/b/a RevTrax, c/o Bell Nunnally & Martin LLP, 2323 Ross Avenue, Suite 1900, Dallas, TX 75201-2721 |
| cr | + | Orange and Rockland Utilities, Inc., c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Orchard Center Company, L.L.C., c/o Andrew J. Nazar, Polsinelli PC, 900 West 48th Place, Suite 900, Kansas City, MO 64112-1899 |
| cr | + | PECO Energy Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | | PR Florence, LLC, c/o Roma N. Desai, Esq., Bernstein Shur Sawyer & Nelson, P.A., 100 Middle Street, PO Box 9729 Portland, ME 04104-5029 |
| cr | + | Paoli Shopping Center Limited Partnership, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | Pennsylvania Electric Company, c/o Weldon Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Pennsylvania Power Company, c/o Weldon Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Peoples Gas System, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Potomac Edison Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | ProLogis, c/o Faegre Drinker Biddle & Reath LLP, 1717 Main St Ste 5400, Dallas, TX 75201-7367 |
| cr | + | ProLogis Limited Partnership I, c/o Faegre Drinker Biddle & Reath LLP, 1717 Main Street Suite 5400, Dallas, TX 75201-7367 |
| cr | + | Public Service Company of New Hampshire, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | River Rancy & RR Company of America, 1100 Camellia Blvd., Ste. 201, Lafayette, LA 70508-6676 |
| cr | + | Rochester Gas & Electric Corporation, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | SREIT 201 Swift Road, LLC, Barnes & Thornburg LLP, 11 S.Meridian St., Indianapolis, IN 46204-3535 |
| cr | + | Salt River Project, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Samuel Rappaport Family Partnership, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| cr | + | San Diego Gas and Electric Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| stkhld | + | Sergio Arturo Vela, 2702 Santa Ana, Mission, TX 78572-7697 |
| cr | | Silver Crest Clothing Pvt. Ltd., c/o Pryor Cashman LLP, Ronald S. Beacher, Esq., 7, New York, NY 10036 |
| cr | + | Southern California Edison Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| intp | + | Sunrise Promenade Associates, c/o Westerman Ball Ederer Miller, Zucker & Sharfstein, LLP, 1201 RXR Plaza, Uniondale, NY 11556-4201 |
| intp | + | TH Holdco, Inc., c/o Brett D. Goodman, 875 Third Ave., New York, NY 10022-6225 |
| cr | + | Tampa Electric Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | | Texas Taxing Authorities, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| cr | + | The Bank of New York Mellon Trust Company, c/o Riker Danzig Scherer Hyland & Perret, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| cr | + | The Cleveland Electric Illuminating Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | The Commons at Willowbrook, Inc., c/o Will G. Bassham, 3333 Lee Parkway, Eighth Floor, Dallas, TX 75219-5111 |
| cr | + | The Connecticut Light & Power Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | The Potomac Electric Power Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | The Toledo Edison Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Tucson Electric Power Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | UH US Lynncroft 2019 LLC, c/o Kimberly Manuelides, Ste. 300, 600 Washington Ave., Towson, MD 21204, UNITED STATES 21204-3916 |
| cr | + | UNS Gas, Inc., c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | United Parcel Service, Inc., c/o Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9710 |
| cr | + | Victoria Ward Entertainment Center, LLC, c/o Howard Marc Spector, Spector & Cox, PLLC, 12770 Coit Road, Suite 1100 Dallas, TX 75251-1329 |

| cr | + | Virginia Electric and Power Company d/b/a Dominion, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
|----|---|---|
| cr | + | WCS Properties Business Trust, c/o Kimberly Manuelides, Sagal, Filbert, Quasney & Betten, P.A., Ste 300, 600 Washington Avenue, Towson, MD 21204-3916 |
| cr | + | WHLR-JANAF LLC, c/o Wheeler Real Estate Investment Trust, 2529 Virginia Beach Blvd., Virginia Beach, VA 23452-7650 |
| cr | + | Washington Prime Group Inc., c/o Ronald E. Gold, Esq., Frost Brown Todd LLC, 3300 Great American Tower, 301 E. Fourth Street Cincinnati, OH 45202-4257 |
| cr | + | West Penn Power Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr |   | Wolfpack Holdings, LLC, c/o Brandon Lacy, 202 W. Fellow, Fayetteville, AR 72701 |
| cr | + | Woodbridge NJ Holdings LLC, c/o Dana S. Plon, Esquire, Sirlin Lesser & Benson, P.C., 123 South Broad Street, Suite 2100, Philadelphia, PA 19109-1042 |
| br | + | XCLAIM, 200 S Alta Vista Blvd., Los Angeles, CA 90036-2822 |
| cr | + | Yankee Gas Services Company, c/o Weldon L. Moore, III, Sussman & Moore, LLP, 4645 N. Central Expressway, Ste. 300, Dallas, TX 75205-7326 |
| cr | + | Yosef Magid, 1476 Towers Street, Lakewood, NJ 08701-5447 |

TOTAL: 182

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|----------|---|---|---|---|
| aty | + | Email/Text: ernie.park@bewleylaw.com | Apr 01 2025 20:39:00 | Ernie Zachary Park, Bewley Lassleben and Miller LLP, 13215 E. Penn St, Ste 510, Whittier, CA 90602-1797 |
| intp | + | Email/Text: mbrimmage@akingump.com | Apr 01 2025 20:39:00 | Akin Gump Strauss Hauer & Feld LLP, c/o Marty L. Brimmage, Jr., 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 01 2025 20:40:00 | Allen ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | ^ | MEBN | Apr 01 2025 20:37:04 | AmREIT SPF Shadow Creek, LP, c/o Ross Banks May Cron & Cavin, PC, 7700 San Felipe, Suite 550, Houston, TX 77063, UNITED STATES 77063-1618 |
| cr | ^ | MEBN | Apr 01 2025 20:37:05 | AmREIT SSPF PTC Anchor, LP, c/o Ross, Banks, May, Cron & Cavin, P.C., 7700 San Felipe, Suite 550, Houston, TX 77063, UNITED STATES 77063-1618 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Apr 01 2025 20:49:17 | American Express Travel Related Services Company,, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: mvaldez@pbfcm.com | Apr 01 2025 20:39:00 | Brazoria County Tax Office, c/o Owen M. Sonik, PBFCM, LLP, 1235 N. Loop W., Ste 600, Houston, TX 77008-1772 |
| cr | | Email/Text: bk@bpretail.com | Apr 01 2025 20:39:00 | Brookfield Properties Retail, Inc., Kristen N. Pate, Esq., 350 N. Orleans St., Suite 300, Chicago, IL 60654-1607 |
| cr | + | Email/Text: bankruptcy@abernathy-law.com | Apr 01 2025 20:39:00 | COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Abernathy, Roeder, Boyd & Hullett, P.C., 1700 Redbud Blvd., Suite 300, McKinney, TX 75069-3276 |
| cr | + | Email/Text: notices@crgfinancial.com | Apr 01 2025 20:39:00 | CRG Financial LLC, 100 Union Avenue, Cresskill, NJ 07626-2137 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 01 2025 20:40:00 | City of Allen, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 01 2025 20:40:00 | City of Frisco, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |

| | | | | |
|---|---|---|---|---|
| cr | | ^ | MEBN | |
| | | | | Apr 01 2025 20:42:53 | Core Trucking Company of Texas, c/o ShapiroSchwartz, LLP, 13105 Norhtwest Freeway, Suite 1200, Houston, TX 77040-6355 |
| cr | | | Email/Text: houston_bankruptcy@LGBS.com | |
| | | | | Apr 01 2025 20:40:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, Post Office Box 3064, Houston, TX 77253-3064 |
| cr | | ^ | MEBN | |
| | | | | Apr 01 2025 20:40:18 | DLC Management Corp., c/o Barclay Damon LLP, Attn: Scott L. Fleischer, 1270 Avenue of the Americas, Suite 501, New York, NY 10020-1702 |
| cr | + | | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | | | Apr 01 2025 20:40:00 | Dallas County, Linebarger Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| cr | + | | Email/Text: gary.strain@douglascounty-ne.gov | |
| | | | | Apr 01 2025 20:40:00 | Douglas County Treasurer, c/o John W. Ewing Jr., 1819 Fornan Street, H-02, Omaha, NE 68183-0001 |
| cr | | | Email/Text: fred.glass@fairharborcapital.com | |
| | | | | Apr 01 2025 20:39:00 | Fair Harbor Capital, LLC, PO Box 237037, New York, NY 10023, US |
| cr | | | Email/Text: houston_bankruptcy@LGBS.com | |
| | | | | Apr 01 2025 20:40:00 | Fort Bend County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | | Email/Text: houston_bankruptcy@LGBS.com | |
| | | | | Apr 01 2025 20:40:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | ^ | MEBN | |
| | | | | Apr 01 2025 20:42:32 | Hart TC IV, LLC, c/o Susan C. Mathews, Baker Donelson, 1301 McKinney Street, Suite 3700, Houston, TX 77010-3034 |
| cr | | ^ | MEBN | |
| | | | | Apr 01 2025 20:42:31 | JRA HHF Venture LLC, c/o Susan C. Mathews, Baker Donelson, 1301 McKinney Street, Suite 3700, Houston, TX 77010-3034 |
| cr | | | Email/Text: houston_bankruptcy@LGBS.com | |
| | | | | Apr 01 2025 20:40:00 | Jefferson County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, Post Office Box 3064, Houston, TX 77253-3064 |
| intp | | ^ | MEBN | |
| | | | | Apr 01 2025 20:40:55 | Jolene Wise United States Securities and Exchange, 175 W. Jackson Blvd., Suite 1450, Chicago, IL 60604-2710 |
| op | | | Email/Text: EBN@primeclerk.com | |
| | | | | Apr 01 2025 20:38:00 | Prime Clerk LLC, Prime Clerk LLC, 60 E 42nd Street, Suite 1440, New York, NY 10165 |
| cr | + | | Email/Text: kwillis@barclaydamon.com | |
| | | | | Apr 01 2025 20:39:00 | Kingston Real Estate LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| op | | ^ | MEBN | |
| | | | | Apr 01 2025 20:40:33 | Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007, UNITED STATES 10007-0090 |
| cr | | | Email/Text: sanantonio.bankruptcy@publicans.com | |
| | | | | Apr 01 2025 20:38:00 | Bexar County, 112 E. Pecan St., Suite 2200, San Antonio, TX 78205 |
| cr | + | | Email/Text: LDRBankruptcy.EBN@la.gov | |
| | | | | Apr 01 2025 20:38:00 | Louisiana Department of Revenue, Senior Bankruptcy Counsel, Litigation, 617 N. Third Street, Office 780, P O Box 4064 (Zip 70821-4064), Baton Rouge, LA 70802, UNITED STATES OF AMERICA 70821-4064 |
| cr | + | | Email/Text: lmbkr@pbfcm.com | |
| | | | | Apr 01 2025 20:39:00 | Lubbock Central Appraisal District, et al, c/o Laura J. Monroe, Perdue, Brandon, Fielder, Collins & Mott, PO Box 817, Lubbock, TX 79408-0817 |
| cr | | ^ | MEBN | |
| | | | | Apr 01 2025 20:37:04 | MacArthur Park, LP, c/o Ross, Banks, May, Cron & Cavin, P.C., 7700 San Felipe, Suite 550, Houston, TX 77063, UNITED STATES |

District/off: 0541-4            User: ADIuser            Page 7 of 35

Date Rcvd: Apr 01, 2025            Form ID: pdf002            Total Noticed: 226

| | | | | |
|---|---|---|---|---|
| | | | | 77063-1618 |
| cr | + | Email/Text: jarrod.martin@chamberlainlaw.com | Apr 01 2025 20:39:23 | Market East Associates LP, c/o Jarrod B. Martin, Chamberlain Hrdlicka, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 01 2025 20:40:00 | Montgomery County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: schristianson@buchalter.com | Apr 01 2025 20:38:00 | Oracle America, Inc., Buchalter, A Professional Corporation, c/o Shawn M. Christianson, 55 2nd St. 17th Fl., San Francisco, CA 94105-3493 |
| cr | | Email/Text: bncctnotifications@pbgc.gov | Apr 01 2025 20:38:00 | Pension Benefit Guaranty Corporation, Office of the General Counsel, 1200 K Street N.W, Washington, DC 20005-4026 |
| cr | + | Email/Text: bdept@mrrlaw.net | Apr 01 2025 20:38:00 | Prince George's County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| cr | + | Email/Text: bankruptcy@pyramidmg.com | Apr 01 2025 20:39:00 | Pyramid Management Group, LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| cr | ^ | MEBN | Apr 01 2025 20:42:30 | RFTC 1 Corp., c/o Susan C. Mathews, Baker Donelson, 1301 McKinney Street, Suite 3700, Houston, TX 77010-3034 |
| cr | + | Email/Text: kwillis@barclaydamon.com | Apr 01 2025 20:39:00 | Rivercrest Realty Associates, LLC, c/o Barclay Damon LLP, Attn: Kevin M. Newman, Barclay Damon Tower, 125 East Jefferson Street, Syracuse, NY 13202-2515 |
| cr | + | Email/Text: cmartin@simon.com | Apr 01 2025 20:39:00 | Simon Property Group, Inc., Attn: Ronald M. Tucker, Esq., 225 West Washington Street, Indianapolis, IN 46204-3438 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 01 2025 20:40:00 | Smith County, Linebarge Goggan Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N Stemmons Frwy Ste 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: AGBankAGO@ag.tn.gov | Apr 01 2025 20:38:00 | TN Dept of Labor - Bureau of Unemployment Insuranc, c/o TN Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| cr | + | Email/Text: tammy.jones@oklahomacounty.org | Apr 01 2025 20:39:00 | Tammy Jones, Oklahoma County Treasurer, 320 Robert S. Kerr, Room 307, Oklahoma City, Ok 73102-3441 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 01 2025 20:40:00 | Tarrant County, Linebarger, Goggan, Blair & Sampson, LLP, c/o Elizabeth Weller, 2777 N. Stemmons Frwy Ste 1000, Dallas, TX 75207, UNITED STATES 75207-2328 |
| cr | ^ | MEBN | Apr 01 2025 20:39:03 | Texas Comptroller of Public Accounts, Revenue Acco, Christopher S. Murphy, PO Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Apr 01 2025 20:39:00 | Travis County, c/o Jason A. Starks, P.O. Box 1748, Austin, TX 78767-1748 |
| cr | + | Email/Text: ssoule@hallestill.com | Apr 01 2025 20:40:00 | Utica Square Shopping Center, Inc., c/o Steven W. Soule, Hall, Estill, et al., 320 South Boston Avenue, Suite 200, Tulsa, OK 74103-3705 |
| cr | + | Email/Text: wichitafalls@pbfcm.com | Apr 01 2025 20:39:00 | Wichita County, c/o Perdue, Brandon, Fielder, et al, P.O. Box 8188, Wichita Falls, TX 76307-8188 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | Mohsin Meghji, Liquidating Trustee |
| cr | | 145 Great Road, LLC |
| cr | | 3501 McKinney Ltd. |
| cr | | 785 Market Street, LLC |
| cr | | AAA Canvas & Awning Co., Inc. |
| cr | | AGRE Ramblewood Owner, LLC |
| cr | | ARC JCLOUKY001 |
| cr | | ARC NCCHRNC001 |
| cr | | ARC PCBIRAL001, LLC |
| cr | | ARC PRLAWKS001, LLC |
| cr | | ARC SWWCHOH001, LLC |
| cr | | ARC WEMPSMN001, LLC |
| cr | | AT&T Corp. |
| cr | | Acadia Realty Limited Partnership |
| cr | | Ad Hoc Group of Term Loan Lenders |
| cr | | Adams Street Partners LTD |
| cr | | Agree Limited Partnership |
| cr | | Alden Properties LLC |
| cr | | Allied Austin, LLC |
| cr | | Amazon Web Services, Inc. |
| cr | | Amcap Northpoint II LLC |
| cr | | Andrew Sumpter |
| cr | | Aronov Realty Management, Inc. |
| intp | | Arthur Zakaryan |
| cr | | Asherian Properties Southlake II Shopping Center L |
| cr | | Ashley Park Property Owner, LLC |
| intp | | Aviary Associates, L.P. |
| cr | | BLDG Management Co., Inc. |
| cr | | BRE RC Alamo Ranch TX LP |
| cr | | BRE RC Southpark II TX LP |
| cr | | BRE Streets of Woodfield LLC |
| cr | | BSREP II Houston Office 4HC Owner LLC |
| cr | | BV Wheaton L.L.C. |
| intp | | Baileys Crossroads LLLP |
| cr | | Baldwin Commons, LLC |
| cr | | Banyan Street/GAP 191 Peahtree Owner, LLP |
| cr | | Basser-Kaufman |
| cr | | Belfor USA Group, Inc. |
| cr | | Benderson Development Company, LLC |
| intp | | Beral LLLP |
| intp | | Biltmore Property Group and Affiliates |
| cr | | Boas Err LLC |
| intp | | Bradford Capital Management, LLC |
| cr | | Bradley Fair Properties LLC |
| cr | | Bridgewater Falls Station, LLC |
| cr | | Brixmor Operating Partnership LP |
| cr | | Bru's Manhattan Beach, LLC |
| cr | | C&B Realty #2, LLC |
| cr | | C&B Realty #3, LLC |
| cr | | CAM Pinnacle, LLC |
| cr | | CH Realty VII/R Nova Atlas Walk, L.L.C. |
| cr | | CH Realty VII/R Shreveport Bellemead, LLC |
| cr | | CH Retail Fund II/Little Rock Chenal Creek, L.L.C. |
| intp | | CH Shoppes, LLC |
| cr | | CJA Realty Holdings LP |
| cr | | CLPF - Tukwila, L.P. |
| cr | | CONFECCIONES MONZINI SA DE CF |
| cr | | CPT Creekside Town Center, LLC |
| cr | | CPT Riverside Plaza, LLC |
| intp | | CR Mount Pleasant, LLC |

| | |
|---|---|
| cr | Cafaro-Peachcreek Joint Venture Partnership |
| cr | CambridgeSide Partners LLC |
| cr | Cenral Park Retail, LLC |
| cr | Centennial Real Estate Company |
| cr | Centercal Properties LLC |
| cr | Centerpoint Development Company, LLC |
| cr | Centerpoint Owner LLC |
| cr | Cesar Tarafa |
| cr | Charles River Bellingham II LLC |
| cr | Cheyenna Land Company, LLC |
| cr | Christine Prim |
| cr | City Of McAllen |
| cr | Cole MT Sunset Valley TX, LLC |
| cr | Cole of Houston TX, LLC |
| cr | Commonwealth of Pennsylvania, Department of Revenu |
| cr | Cord Meyer Development LLC |
| cr | Coro North Point, LLC, US |
| cr | Cranberry Square LLC |
| cr | Creditor Shoppes at New Carrollton, LLC |
| cr | Cushman & Wakefield Asset Services ULC |
| cr | DGPOM Master Tenant, LLC |
| intp | Daniel Larkin |
| cr | David's Bridal, LLC |
| cr | DeRito Talking Stick South, LLC |
| cr | Delta Pines, LLC |
| cr | Deutsche Asset & Wealth Management |
| cr | Dorin Mikkhaail |
| trnsfor | Dulles Town Center Mall L.L.C. |
| cr | Dutch Line Properties II, Ltd. |
| cr | EDENS |
| cr | Eastchester Associated LP |
| cr | Eden Prairie Center L.L.C. |
| cr | Excel Owner Promenade LLC |
| cr | Excel Rockwall LLC |
| cr | Experian Marketing Solutions, LLC |
| cr | Fairfax Company of Virginia L.L.C. |
| cr | Fairway-Saddler LLC |
| cr | Farbach LLC |
| cr | Federal Realty Investment Trust |
| cr | Frontier Development, LLC |
| cr | Garden City Owner LLC |
| cr | Gateway Washington, LLC |
| cr | Gendell Partners 76th & Stony Island, LLC |
| intp | Georgia Depatment of Revenue |
| cr | Gerrity Group, LLC |
| cr | Google LLC |
| cr | Green Hills Mall TRG LLC |
| cr | Green Oak Owner 1, LLC |
| cr | Greenberg Gibbons |
| cr | H.J. Martin & Son, Inc. |
| cr | HW Valencia Village, LLC |
| intp | Hickory Knoll Landscaping, Inc. |
| cr | Hidalgo County |
| cr | Hines Global REIT Inc. |
| cr | IN Retail Fund Randall Square, L.L.C. |
| cr | IN Retail Fund Woodfield Commons, L.L.C. |
| cr | IRC Orland Park Place, L.L.C. |
| cr | Ivanhoe Cambridge Inc. |
| intp | J.A.B. - Asheville, Inc. |
| intp | J.A.B. - Augusta, Inc. |
| intp | J.A.B. - Baton Rouge, Inc. |
| intp | J.A.B. - Columbia, Inc. |
| intp | J.A.B. - Forest Drive, Inc. |

| | |
|---|---|
| intp | J.A.B. - Harbison, Inc. |
| intp | J.A.B. - Knoxville, Inc. |
| intp | J.A.B. - Mandeville, Inc. |
| intp | J.A.B. - Metairie, Inc. |
| intp | J.A.B. - New Orleans, Inc. |
| intp | J.A.B. - West Knoxville, Inc. |
| intp | J.A.B. of Alabama, Inc. |
| intp | JAB Jackson, Inc. |
| cr | JAWHP, LLC and WH Buyer, LLC |
| cr | JBG/Woodbridge Retail, L.L.C. |
| cr | JCC California Properties, LLC |
| cr | JKE Property LLC |
| cr | JLJ Properties Arcadia I, LLC |
| cr | JPMorgan Chase Bank, N.A., as DIP Agent |
| cr | JPMorgan Chase Bank, N.A., as Prepetition ABL Agen |
| cr | Jedan Partners |
| cr | Jiangsu Sunshine Co. Ltd. Fabric Wire |
| cr | John Gotthardt |
| cr | Jones Lang LaSalle Americas, Inc. |
| intp | Jos A Bank Franchisees |
| cr | Kentucky Oaks Mall Company |
| cr | Kimco Realty Corporation |
| cr | Kite Realty Group |
| cr | Korman Commercial Properties, Inc. |
| cr | LB-UBS 2006-C1 Triangle Town Boulevard, LLC |
| cr | Lakewood Retail II, LLC |
| cr | Lakritz Ventures-Saginaw, Inc. |
| intp | M&J - Big Waterfront Amity Square, LLC |
| intp | M&J Wilkow Properties, LLC |
| cr | MCA Promenade Owner LLC |
| cr | MCP-English Village, LLC |
| cr | MP Shops at Highland Village LLC |
| cr | Madison Waldorf LLC |
| cr | Magnolia Tyler Center LLC |
| cr | Magnolia Tyler Center, LLC |
| cr | Manhattan Associates, Inc. |
| cr | Margarito Alonzo |
| cr | Market Street Retail South LLC |
| cr | Massachusetts Department of Revenue |
| cr | McLennan County |
| cr | Metropolis Lifestyle Center, LLC |
| intp | Michael Hoffman |
| cr | Michael Hoffman |
| cr | Michele Wagoner |
| cr | Middle East Tailoring Company |
| cr | Millcreek Plaza Company Limited Partnership |
| intp | Mohsin Meghji, Liquidating Trustee |
| cr | My Town Center Parcels 1&3, LP |
| cr | NADG/SG Riverdale Village LP |
| cr | NPMC Retail, LLC |
| cr | Nevis Properties |
| cr | New Market Properties LLC |
| cr | New Market Properties, LLC |
| cr | NewYork-New Jersey Regional Joint Board |
| intp | Nordblom Company |
| cr | North Commons, LLC |
| cr | Northrock Center LLC |
| intp | Nova Alindogan |
| cr | Novi Town Center Investors LLC |
| cr | Nueces County |
| cr | OWRF Baybrook LLC |
| cr | Oak Farm Shops, Ltd |
| crcm | Official Committee of Unsecured Creditors |

District/off: 0541-4

Date Rcvd: Apr 01, 2025

User: ADIuser

Form ID: pdf002

Page 11 of 35

Total Noticed: 226

| | |
|---|---|
| cr | Oglethorpe Associates LLLP |
| cr | Ohio Valley Mall Company |
| cr | PEPCO |
| cr | PGIM Real Estate |
| cr | PITV, L.P. |
| cr | PREP Aurora Real Estate LLC |
| cr | PRODUCTOS TEXTILES, SA DE CV |
| cr | Peerless Clothing International Inc |
| cr | Penn Real Estate Group |
| cr | Philips International Holding Corp. |
| cr | Plaza Oaks BPRE Investors, LLC |
| cr | Po Fung Knitting Factory O/B Po Tak Knitters Limit |
| cr | Podco Addison, LLC |
| cr | Ponte Gadea Madison, LLC |
| cr | Premier Brands Group Holdings LLC |
| cr | Princeton Three Hospitality Group LLC d/b/a Crown |
| cr | RD Palmera LP |
| cr | RED Development LLC |
| cr | RED Development, LLC |
| cr | ROI Solutions LLC |
| cr | RPT Realty LP |
| cr | Rainier Moore Plaza Acquisition LLC |
| cr | Ramco Jacksonville,LLC |
| cr | Realty Income Corp. |
| intp | Redlands Town Center Retail III LLC |
| cr | Regency Centers, LP |
| cr | Reston Town Center Property LLC |
| cr | Retail Properties of America, Inc. |
| cr | Revere Partnership |
| cr | Rice Lake Square, LLC |
| cr | Romeo Plank 59, LLC |
| cr | Ross Real Estate Ventures, LLC |
| cr | Roth Bros., Inc. |
| cr | Route 140 School Street LLC |
| cr | Route 146 Millbury LLC |
| cr | Running Hill SP LLC |
| cr | SER-Ninos Charter School |
| cr | SIMA Corporation |
| cr | SIR REIT Houston LLC |
| cr | SITE Centers Corp. |
| cr | SVF University Westwood, LLC |
| cr | Sandusky Mall Company |
| cr | Saucon Valley Lifestyle Center LLC |
| cr | Severna Park Marketplace |
| cr | Shoppes at New Carrollton LLC |
| intp | Silver Point Capital, L.P. |
| cr | Simco Management Co., LLC |
| cr | SmartCentres Management Services Inc. |
| cr | Smithridge Shopping Center Limited Partnership |
| cr | South Asia Knitting Factory Ltd. |
| cr | Southern Trails Shopping Center, LLC |
| intp | Southlands TC LLC |
| cr | Springfield Realty Ventures, Inc |
| cr | Starwood Retail Partners LLC |
| cr | Stergis Lot 6 Owner LLC |
| cr | Summit Lennox Plaza, LLC |
| cr | Sundance Square Partners, L.P. |
| cr | Swiss Garments Company |
| intp | T.C. Farrell's |
| cr | TH Honey Shops, LLC |
| intp | TR Capital Management LLC, US |
| cr | TRT 270 Center Owner LLC |
| cr | TRT Saugus LLC |

| cr | | TSW 2015, LLC |
| cr | | Teachers Insurance and Annuity Association of Amer |
| cr | | The Bank of New York Mellon Trust Company |
| cr | | The Commons at Sugarhouse, LLC |
| cr | | The Hanover Insurance Company |
| cr | | The Hutensky Group |
| cr | | The Macerich Company |
| cr | | The RMR Group LLC |
| cr | | The Taubman Company LLC |
| cr | | Thruway Shopping Center LLC |
| cr | | Triangle Equities Junction LLC |
| cr | | Trusts Under the Will of Mildred Brown LLC |
| cr | | Turnberry Associates |
| cr | | Tustin Market Place I LLC |
| cr | | Twin Hill Acquisition Company Inc |
| cr | | United States of America |
| cr | | VNO One Park LLC |
| cr | | VORH Associates, LLC |
| cr | | Valley Square Owner, LLC |
| cr | | Valtech Solutions, Inc. successor in interest to M |
| cr | | Verizon Business Network Services, Inc. |
| cr | | Vermont Department of Taxes |
| cr | | Vestar Best in the West Property, LLC |
| cr | | Vestar Green Valley, LLC |
| cr | | Vestar RW Tempe Marketplace, LLC |
| intp | | Voya Investment Management Co. LLC and its affilia |
| cr | | W-PT Metro Center Owner VIII, LLC |
| cr | | W/S Peak Canton Properties LLC |
| cr | | W/S/M Hingham Properties LLC |
| cr | | WH Buyer, LLC d/b/a WHP Global |
| cr | | WILMINGTON SAVINGS FUND SOCIETY, FSB |
| cr | | Wananmaker 19, LLC |
| cr | | Wazir Moolji |
| cr | | Weingarten Realty Investors |
| cr | | Weitzman |
| cr | | Wells Fargo Bank, National Association, Trustee fo |
| cr | | Xtivia Inc |
| intp | | Zachery Annis |
| cr | | Zeo Capital Advisors, Venkatesh Reddy |
| intp | | Zeo Short Duration Income Fund |
| intp | | Zeo Sustainable Credit Fund |
| aty | ##+ | John W Kim, Goe Forsythe & Hodges LLP, 18101 Von Karman Ave, Suite 1200, Irvine, CA 92612-7119 |
| cr | ##+ | Gables Miracle Mile, LLC, c/o Terranova Corporation, 801 Arthur Godfrey Rd., Suite 600, Miami Beach, FL 33140, UNITED STATES 33140-3320 |
| cr | ##+ | Levin Properties, LP, Kessler Collins, P.C., c/o Howard C. Rubin, 2100 Ross Avenue, Ste. 750, Dallas, TX 75201-6707 |
| cr | ##+ | National Realty Corporation, c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady LLC, 401 S 2nd Street Suite 200, Philadelphia, PA 19147-1612 |
| cr | ##+ | The Goldenberg Group, c/o Jeffrey Kurtzman, Esquire, Kurtzman Steady LLC, 401 S 2nd Street Suite 200, Philadelphia, PA 19147-1612 |

TOTAL: 290 Undeliverable, 0 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron J Power | |
| | on behalf of Creditor Ad Hoc Group of Term Loan Lenders apower@porterhedges.com egarfias@porterhedges.com;ysanders@porterhedges.com |
| Aaron R Cahn | |
| | on behalf of Creditor Xtivia Inc cahn@clm.com  courtmail@clm.com |
| Adam B Nach | |
| | on behalf of Creditor DeRito Talking Stick South  LLC adam.nach@lane-nach.com, paul.hilkert@lane-nach.com |
| Alana L Porrazzo | |
| | on behalf of Creditor Liberty Mutual Insurance Company alp@jhkmlaw.com |
| Alfredo R Perez | |
| | on behalf of Creditor WH Buyer  LLC d/b/a WHP Global alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | |
| | on behalf of Creditor JAWHP  LLC and WH Buyer, LLC alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Allen G Kadish | |
| | on behalf of Creditor BLDG Management Co.  Inc. akadish@archerlaw.com, chansen@archerlaw.com |
| Allison L Carr | |
| | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue acarr@attorneygeneral.gov |
| Amy A Zuccarello | |
| | on behalf of Interested Party Nordblom Company azuccarello@sullivanlaw.com |
| Amy A Zuccarello | |
| | on behalf of Creditor Stergis Lot 6 Owner LLC azuccarello@sullivanlaw.com |
| Amy E Vulpio | |
| | on behalf of Creditor Google LLC avulpio@stradley.com |
| Amy Keller Kaufman | |
| | on behalf of Creditor Ohio Department of Taxation amy.kaufman@ohioattorneygeneral.gov |
| Amy N Tirre | |
| | on behalf of Creditor Smithridge Shopping Center Limited Partnership amy@amytirrelaw.com |
| Andrew B. Zollinger | |
| | on behalf of Interested Party Baileys Crossroads LLLP andrew.zollinger@dlapiper.com yohami.lamguerra@dlapiper.com;andrew-zollinger-7649@ecf.pacerpro.com |
| Andrew B. Zollinger | |
| | on behalf of Interested Party CR Mount Pleasant  LLC andrew.zollinger@dlapiper.com, yohami.lamguerra@dlapiper.com;andrew-zollinger-7649@ecf.pacerpro.com |
| Andrew B. Zollinger | |
| | on behalf of Interested Party Beral LLLP andrew.zollinger@dlapiper.com yohami.lamguerra@dlapiper.com;andrew-zollinger-7649@ecf.pacerpro.com |
| Andrew J Nazar | |
| | on behalf of Creditor Orchard Center Company  L.L.C. anazar@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com |
| Andrew P McCormick | |
| | on behalf of Creditor AAA Canvas & Awning Co.  Inc. andy@mmtxtrial.com, laurie@mmtxtrial.com |
| Andrew S. Richmond | |
| | on behalf of Creditor Silver Crest Clothing Pvt. Ltd. arichmond@pryorcashman.com  bankruptcydocketing@pryorcashman.com |
| Annie E Catmull | |
| | on behalf of Interested Party Mi Hub Limited aecatmull@o-w-law.com  aecatmull@ecf.courtdrive.com,llumtacae@gmail.com |
| Annie E Catmull | |
| | on behalf of Creditor Twin Hill Acquisition Company Inc aecatmull@o-w-law.com aecatmull@ecf.courtdrive.com,llumtacae@gmail.com |

Annie E Catmull

on behalf of Interested Party Measured Identity Hub Limited aecatmull@o-w-law.com
aecatmull@ecf.courtdrive.com,llumtacae@gmail.com

Annie E Catmull

on behalf of Interested Party TH Holdco  Inc. aecatmull@o-w-law.com, aecatmull@ecf.courtdrive.com,llumtacae@gmail.com

Barry Bazian

on behalf of Creditor MCP-English Village  LLC bbazian@goodwinlaw.com

Barry Bazian

on behalf of Creditor Eden Prairie Center L.L.C. bbazian@goodwinlaw.com

Bernadett Rosszer

on behalf of Creditor Georgia Department of Revenue brosszer@law.ga.gov

Bernadett Rosszer

on behalf of Interested Party Georgia Depatment of Revenue brosszer@law.ga.gov

Bernard R. Given, II

on behalf of Creditor Middle East Tailoring Company bgiven@loeb.com
mortiz@loeb.com;fmckeown@loeb.com;dbesikof@loeb.com;bsimmons@loeb.com;ladocket@loeb.com;ljurich@loeb.com;karnot
e@loeb.com;chdocket@loeb.com;mjackson@loeb.com

Bernard R. Given, II

on behalf of Creditor Swiss Garments Company bgiven@loeb.com
mortiz@loeb.com;fmckeown@loeb.com;dbesikof@loeb.com;bsimmons@loeb.com;ladocket@loeb.com;ljurich@loeb.com;karnot
e@loeb.com;chdocket@loeb.com;mjackson@loeb.com

Bradley D McCormack

on behalf of Creditor Alden Properties LLC bmccormack@saderlawfirm.com

Bradley D McCormack

on behalf of Creditor Wananmaker 19  LLC bmccormack@saderlawfirm.com

Brandon Kevin Bains

on behalf of Creditor The Hanover Insurance Company brandon@bainslaw.com
langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Bruce Kirby Watkins

on behalf of Creditor MobiLease  Inc. bruce@watkinslawhouston.com

Buffey E Klein

on behalf of Creditor CBL & Associates Management  Inc. buffey.klein@huschblackwell.com,
tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com

Buffey E Klein

on behalf of Creditor Exton/Whiteland Devco buffey.klein@huschblackwell.com
tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com

Buffey E Klein

on behalf of Creditor Mericle 185 Centerpoint East  LLC buffey.klein@huschblackwell.com,
tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com

Buffey E Klein

on behalf of Creditor Cary Towne Center Property LLC buffey.klein@huschblackwell.com
tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com

Caitlin Culhane Grant

on behalf of Creditor Creditor Shoppes at New Carrollton  LLC ccgrant@lerchearly.com

Cameron A. Secord

on behalf of Debtor Moores The Suit People Corp. csecord@jw.com  kgradney@jw.com;dtrevino@jw.com;jsauceda@jw.com

Cameron A. Secord

on behalf of Debtor Jos. A. Bank Clothiers  Inc. csecord@jw.com, kgradney@jw.com;dtrevino@jw.com;jsauceda@jw.com

Cameron A. Secord

on behalf of Debtor Tailored Brands Gift Card Co LLC csecord@jw.com
kgradney@jw.com;dtrevino@jw.com;jsauceda@jw.com

Cameron A. Secord

on behalf of Debtor TB UK Holding Limited csecord@jw.com  kgradney@jw.com;dtrevino@jw.com;jsauceda@jw.com

Camille Iurillo

on behalf of Creditor Fairway-Saddler LLC ciurill@iurillolaw.com  abogert@iurillolaw.com;cwetherington@iurillolaw.com

Carlos A. Miranda

on behalf of Creditor ADD King's Crossing LLC cmiranda@eptxlawyers.com  wendy@eptxlawyers.com

Carlos A. Miranda

on behalf of Creditor ADD Kings Crossing LLC cmiranda@eptxlawyers.com  wendy@eptxlawyers.com

Carol Chow
on behalf of Creditor Magnolia Tyler Center  LLC carol.chow@ffslaw.com, easter.santamaria@ffslaw.com

Casey William Doherty, Jr
on behalf of Creditor Po Fung Knitting Factory O/B Po Tak Knitters Limited casey.doherty@dentons.com
robert.hammeke@dentons.com;Docket.General.Lit.Dal@dentons.com;Tabitha.peterson@dentons.com

Casey William Doherty, Jr
on behalf of Interested Party Redlands Town Center Retail III LLC casey.doherty@dentons.com
robert.hammeke@dentons.com;Docket.General.Lit.Dal@dentons.com;Tabitha.peterson@dentons.com

Chad L Schexnayder
on behalf of Creditor Liberty Mutual Insurance Company CLS@JHC.law  lh@jhc.law

Charles A Beckham, Jr
on behalf of Creditor Plaza Oaks BPRE Investors  LLC charles.beckham@haynesboone.com,
kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Charles R Gibbs
on behalf of Creditor Wells Fargo Bank  National Association, Trustee for the Registered Holders of Credit Suisse First Boston
Mortgage Securities Corp. Commercial Mortgage Pass-Through Certificates, Series 2007-C1 crgibbs@mwe.com,
dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com

Charles R Gibbs
on behalf of Creditor LB-UBS 2006-C1 Triangle Town Boulevard  LLC crgibbs@mwe.com,
dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com

Christopher Thompson
on behalf of Creditor IMI Huntsville LLC crthompson@burr.com  mlucca-cruz@burr.com

Christopher Thompson
on behalf of Creditor Bayer Retail Company  LLC crthompson@burr.com, mlucca-cruz@burr.com

Christopher J Schreiber
on behalf of Creditor David's Bridal  LLC cjschreiber@michaelbest.com, jcalmes@michaelbest.com;courtmail@michaelbest.com

Christopher Ross Travis
on behalf of U.S. Trustee US Trustee C.Ross.Travis@usdoj.gov

Christopher S Murphy
on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-cmurphy@oag.texas.gov,
sherri.simpson@oag.texas.gov

Clifford William Carlson
on behalf of Creditor WH Buyer  LLC d/b/a WHP Global clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Craig Solomon Ganz
on behalf of Creditor Centerpoint Development Company  LLC ganzc@ballardspahr.com,
phxdocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com

Craig Solomon Ganz
on behalf of Creditor Centerpoint Owner LLC ganzc@ballardspahr.com
phxdocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com

Craig Solomon Ganz
on behalf of Creditor Ashley Park Property Owner  LLC ganzc@ballardspahr.com,
phxdocketingbkr@ballardspahr.com;PHXLitLAAs@ballardspahr.com

Cristina S. Belaval
on behalf of Creditor Excargo Services  Inc cristina@freight-cs.com, leslie@fuentesfirm.com

Curtis M Plaza
on behalf of Creditor The Bank of New York Mellon Trust Company cplaza@riker.com

Curtis M Plaza
on behalf of Creditor The Bank of New York Mellon Trust Company cplaza@riker.com

D'Layne Carter
on behalf of Creditor Texas Taxing Authorities amabkr@pbfcm.com  dpcarter@ecf.inforuptcy.com

Darwin H Bingham
on behalf of Creditor The Commons at Sugarhouse  LLC dbingham@scalleyreading.net, cat@scalleyreading.net

David A Wender
on behalf of Creditor United Parcel Service  Inc. davidwender@eversheds-sutherland.com, david-wender-6495@ecf.pacerpro.com

David Grant Crooks
on behalf of Creditor Microsoft Licensing Microsoft Corporation dcrooks@foxrothschild.com
etaylor@foxrothschild.com,rdietz@foxrothschild.com,jyoung@foxrothschild.com,plabov@foxrothschild.com,llarrick@foxrothsc
hild.com

David M Eisenberg

on behalf of Creditor Lakritz Ventures-Saginaw  Inc. deisenberg@maddinhauser.com

David M Powlen

on behalf of Creditor SREIT 201 Swift Road  LLC dmpowlen@aol.com

David Michael Blau

on behalf of Creditor Vestar Best in the West Property  LLC dblau@clarkhill.com

David Michael Blau

on behalf of Creditor Green Oak Owner 1  LLC dblau@clarkhill.com

David Michael Blau

on behalf of Creditor DGPOM Master Tenant  LLC dblau@clarkhill.com

David Michael Blau

on behalf of Creditor Summit Lennox Plaza  LLC dblau@clarkhill.com

David Michael Blau

on behalf of Creditor Gendell Partners 76th & Stony Island  LLC dblau@clarkhill.com

David Michael Blau

on behalf of Creditor Baldwin Commons  LLC dblau@clarkhill.com

David Michael Blau

on behalf of Creditor Bridgewater Falls Station  LLC dblau@clarkhill.com

David Michael Blau

on behalf of Creditor Vestar Green Valley  LLC dblau@clarkhill.com

David Michael Blau

on behalf of Creditor CPT Riverside Plaza  LLC dblau@clarkhill.com

David Michael Blau

on behalf of Creditor Ramco Jacksonville LLC dblau@clarkhill.com

David Michael Blau

on behalf of Creditor RPT Realty LP dblau@clarkhill.com

David Michael Blau

on behalf of Creditor VORH Associates  LLC dblau@clarkhill.com

David Michael Blau

on behalf of Creditor Vestar RW Tempe Marketplace  LLC dblau@clarkhill.com

David Michael Blau

on behalf of Creditor Romeo Plank 59  LLC dblau@clarkhill.com

David Michael Blau

on behalf of Creditor CPT Creekside Town Center  LLC dblau@clarkhill.com

David Shane Forsh

on behalf of Interested Party Zeo Short Duration Income Fund david.forsh@thompsonhine.com

David Shane Forsh

on behalf of Interested Party Hickory Knoll Landscaping  Inc. david.forsh@thompsonhine.com

David Shane Forsh

on behalf of Interested Party Zachery Annis david.forsh@thompsonhine.com

David Shane Forsh

on behalf of Creditor Yosef Magid david.forsh@thompsonhine.com

David Shane Forsh

on behalf of Interested Party Aviary Associates  L.P. david.forsh@thompsonhine.com

David Shane Forsh

on behalf of Interested Party Zeo Sustainable Credit Fund david.forsh@thompsonhine.com

David William Parham

on behalf of Creditor Ponte Gadea Madison  LLC david.parham@akerman.com,
cindy.ferguson@akerman.com;teresa.barrera@akerman.com;laura.taveras@akerman.com

Dax D Voss

on behalf of Creditor KG South 2012  LLC dvoss@lubbocklawfirm.com,
rmedearis@lubbocklawfirm.com;aaycock@lubbocklawfirm.com;jfrost@lubbocklawfirm.com;clusk@lubbocklawfirm.com

Deborah Michelle Perry

on behalf of Creditor HW Valencia Village  LLC dperry@munsch.com

Deborah Michelle Perry

on behalf of Creditor CH Realty VII/R Nova Atlas Walk  L.L.C. dperry@munsch.com

Deborah Michelle Perry

on behalf of Creditor CH Retail Fund II/Little Rock Chenal Creek  L.L.C. dperry@munsch.com

Deborah Michelle Perry

on behalf of Creditor CH Realty VII/R Shreveport Bellemead  LLC dperry@munsch.com

Deborah Michelle Perry

on behalf of Creditor TRT 270 Center Owner LLC dperry@munsch.com

Deborah Michelle Perry

on behalf of Creditor TRT Saugus LLC dperry@munsch.com

Diane Wade Sanders

on behalf of Creditor City Of McAllen austin.bankruptcy@publicans.com

Diane Wade Sanders

on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diane Wade Sanders

on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Diane Wade Sanders

on behalf of Creditor McLennan County austin.bankruptcy@publicans.com

Don Stecker

on behalf of Creditor Bexar County sanantonio.bankruptcy@lgbs.com

Donna Kaye Rashti

on behalf of Creditor EQYInvest Owner I  Ltd, LLP donna@rashtiandmitchell.com, dkrm@aol.com

Edward J. Nazar

on behalf of Creditor Southern Trails Shopping Center  LLC enazar@hinklaw.com, rkane@hinklaw.com

Elizabeth Frances Karpati

on behalf of Creditor United States of America elizabeth.karpati@usdoj.gov
daniel.hu@usdoj.gov;nicole.robbins@usdoj.gov;sydnie.kempen@usdoj.gov;Caseview.ecf@usdoj.gov;USATXS.Bankruptcy-ECF
@usdoj.gov;rhoma.romero@usdoj.gov

Eric Brad Terry

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB eric@ericterrylaw.com

Eric J Taube

on behalf of Creditor Bru's Manhattan Beach  LLC ericjaytaube@gmail.com,
sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com

Florence Bonaccorso-Saenz

on behalf of Creditor Louisiana Department of Revenue FBS-ECFNotices@la.gov

Geoffrey Timothy Raicht

on behalf of Creditor Premier Brands Group Holdings LLC graicht@raichtlawpc.com

Gerald P Kennedy

on behalf of Creditor PITV  L.P. gerald.kennedy@procopio.com, kristina.terlaga@procopio.com

Grant Matthew Beiner

on behalf of Creditor A-L 95 Creekside Town Center  L.P. gbeiner@munsch.com, clujano@munsch.com

Grant Matthew Beiner

on behalf of Creditor A-S 93 SH 130-SH45  L.P. gbeiner@munsch.com, clujano@munsch.com

Gregory Arcaro

on behalf of Creditor JKE Property LLC garcaro@grafsteinlaw.com

H Elizabeth Weller

on behalf of Creditor Tarrant County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

H Elizabeth Weller

on behalf of Creditor City of Allen Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

H Elizabeth Weller

on behalf of Creditor Allen ISD Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

H Elizabeth Weller

on behalf of Creditor City of Frisco Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

H Elizabeth Weller

on behalf of Creditor Smith County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

H Elizabeth Weller

on behalf of Creditor Dallas County Dora.Casiano-Perez@lgbs.com  dallas.bankruptcy@lgbs.com

H Kent Aguillard

on behalf of Creditor River Rancy & RR Company of America kent@aguillardlaw.com  germaine@aguillardlaw.com

H. Gray Burks, IV
on behalf of Creditor Core Trucking Company of Texas hgburksiv@gmail.com
nicole.bates@burksbaker.net,BurksBakerPLLC@jubileebk.net

Hannah Tucker Warren
on behalf of Creditor Amazon Web Services  Inc. hwarren@hoganthompson.com,
mai.truong@klgates.com;shameeza.alli@klgates.com

Heather Heath McIntyre
on behalf of Creditor Madison Waldorf LLC HMcIntyre@hwallp.com  dek@hwallp.com;lslater@hwa.com

Heather Heath McIntyre
on behalf of Creditor JBG/Woodbridge Retail  L.L.C. HMcIntyre@hwallp.com, dek@hwallp.com;lslater@hwa.com

Heather Heath McIntyre
on behalf of Creditor Cenral Park Retail  LLC HMcIntyre@hwallp.com, dek@hwallp.com;lslater@hwa.com

Hector Duran, Jr
on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Henry Flores
on behalf of Interested Party Silver Point Capital  L.P. hflores@rappandkrock.com, kmartin@rappandkrock.com

Howard C Rubin
on behalf of Creditor Levin Properties  LP hrubin@kesslercollins.com, gld@kesslercollins.com

Howard C Rubin
on behalf of Creditor Simon Property Group  Inc. hrubin@kesslercollins.com, gld@kesslercollins.com

Howard Marc Spector
on behalf of Creditor Victoria Ward Entertainment Center  LLC hspector@spectorcox.com,
sshank@spectorcox.com;ahawkins@spectorcox.com;slthorn@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.c
om;sarah@spectorcox.com;sarah@spectorcox.com;hspector@ecf.courtdrive.com

Ingrid Bagby
on behalf of Interested Party Voya Investment Management Co. LLC and its affiliates ingrid.bagby@cwt.com
sarah.roberts@cwt.com

James C Thoman
on behalf of Creditor Caulfeild Apparel Group  Ltd. jthoman@hodgsonruss.com,
cnapiers@hodgsonruss.com;mheftka@hodgsonruss.com;courtmail@hodgsonruss.com

James F Wallack
on behalf of Creditor OWRF Baybrook LLC jwallack@goulstonstorrs.com  JAntwi@GOULSTONSTORRS.com

James F Wallack
on behalf of Creditor Route 140 School Street LLC jwallack@goulstonstorrs.com  JAntwi@GOULSTONSTORRS.com

James F Wallack
on behalf of Creditor Garden City Owner LLC jwallack@goulstonstorrs.com  JAntwi@GOULSTONSTORRS.com

James F Wallack
on behalf of Creditor Eastchester Associated LP jwallack@goulstonstorrs.com  JAntwi@GOULSTONSTORRS.com

James F Wallack
on behalf of Creditor W/S/M Hingham Properties LLC jwallack@goulstonstorrs.com  JAntwi@GOULSTONSTORRS.com

James F Wallack
on behalf of Creditor Charles River Bellingham II LLC jwallack@goulstonstorrs.com  JAntwi@GOULSTONSTORRS.com

James F Wallack
on behalf of Creditor Running Hill SP LLC jwallack@goulstonstorrs.com  JAntwi@GOULSTONSTORRS.com

James F Wallack
on behalf of Creditor SIR REIT Houston LLC jwallack@goulstonstorrs.com  JAntwi@GOULSTONSTORRS.com

James F Wallack
on behalf of Creditor SVF University Westwood  LLC jwallack@goulstonstorrs.com, JAntwi@GOULSTONSTORRS.com

James F Wallack
on behalf of Creditor Route 146 Millbury LLC jwallack@goulstonstorrs.com  JAntwi@GOULSTONSTORRS.com

James F Wallack
on behalf of Creditor CambridgeSide Partners LLC jwallack@goulstonstorrs.com  JAntwi@GOULSTONSTORRS.com

James F Wallack
on behalf of Creditor Cole of Houston TX  LLC jwallack@goulstonstorrs.com, JAntwi@GOULSTONSTORRS.com

James F Wallack
on behalf of Creditor W/S Peak Canton Properties LLC jwallack@goulstonstorrs.com  JAntwi@GOULSTONSTORRS.com

James F Wallack
on behalf of Creditor Bradley Fair Properties LLC jwallack@goulstonstorrs.com  JAntwi@GOULSTONSTORRS.com

James F Wallack
on behalf of Creditor Market Street Retail South LLC jwallack@goulstonstorrs.com  JAntwi@GOULSTONSTORRS.com

James F Wallack
on behalf of Creditor The RMR Group LLC jwallack@goulstonstorrs.com  JAntwi@GOULSTONSTORRS.com

James M Liston
on behalf of Creditor James Tara Investment Holdings LLC c/o Flatley Management Company jml@bostonbusinesslaw.com

James V Lombardi, III
on behalf of Creditor AmREIT SPF Shadow Creek  LP jlombardi@rossbanks.com, kjohnson@rossbanks.com

James V Lombardi, III
on behalf of Creditor MacArthur Park  LP jlombardi@rossbanks.com, kjohnson@rossbanks.com

James V Lombardi, III
on behalf of Creditor AmREIT SSPF PTC Anchor  LP jlombardi@rossbanks.com, kjohnson@rossbanks.com

Jarrod B. Martin
on behalf of Creditor Michael Eugene Owens jbmartin@bradley.com
atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com

Jarrod B. Martin
on behalf of Creditor Lea Company  LLC jbmartin@bradley.com,
atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com

Jarrod B. Martin
on behalf of Creditor Market East Associates LP jbmartin@bradley.com
atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com

Jason Starks
on behalf of Creditor Travis County bkecf@traviscountytx.gov

Jason Alexander Enright
on behalf of Creditor 3501 McKinney Ltd. jenright@winstead.com  poakley@winstead.com

Jason Lee Boland
on behalf of Creditor Committee Official Committee of Unsecured Creditors jason.boland@nortonrosefulbright.com

Jason Lee Boland
on behalf of Interested Party Mohsin Meghji  Liquidating Trustee jason.boland@nortonrosefulbright.com

Jason Lee Boland
on behalf of Trustee Mohsin Meghji  Liquidating Trustee jason.boland@nortonrosefulbright.com

Jason Michael Katz
on behalf of Creditor Oracle America  Inc. jkatz@ccsb.com, talvarado@ccsb.com

Jason S Brookner
on behalf of Creditor AT&T Corp. jbrookner@grayreed.com  lwebb@grayreed.com

Jay B Solomon
on behalf of Creditor Allied Austin  LLC jsolomon@bbgllp.com

Jay B Solomon
on behalf of Creditor VNO One Park LLC jsolomon@bbgllp.com

Jay L Krystinik
on behalf of Creditor Asherian Properties Southlake II Shopping Center LLC jkrystinik@reedsmith.com
Anixon@reedsmith.com;ahinson@reedsmith.com

Jeffrey P Bast
on behalf of Creditor Valtech Solutions  Inc. successor in interest to MJD Interactive Agency, Inc. jbast@bastamron.com,
jleggett@bastamron.com;mdesvergunat@bastamron.com

Jennifer F Wertz
on behalf of Debtor MWDC Holding Inc. jwertz@jw.com  kgradney@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Jennifer F Wertz
on behalf of Debtor Tailored Brands Purchasing LLC jwertz@jw.com
kgradney@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Jennifer F Wertz
on behalf of Debtor Joseph Abboud Manufacturing Corp. jwertz@jw.com
kgradney@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Jennifer F Wertz
on behalf of Debtor The Joseph A. Bank Mfg. Co.  Inc. jwertz@jw.com,
kgradney@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Jennifer L. Pruski
on behalf of Creditor Donahue Schriber Realty Group pruskilaw@gmail.com

Jennifer L. Pruski

on behalf of Creditor Donahue Schriber Realty Group LP pruskilaw@gmail.com

Jeremy C. Kleinman

on behalf of Creditor Jedan Partners jkleinman@burkelaw.com csucic@Burkelaw.com

Jerry M. Markowitz

on behalf of Creditor Trusts Under the Will of Mildred Brown LLC jmarkowitz@mrthlaw.com
ycandia@mrthlaw.com,gruiz@mrthlaw.com;markowitzjr73991@notify.bestcase.com;jmarkowitz@ecf.courtdrive.com

John Clayborn Leininger

on behalf of Creditor Ivanhoe Cambridge Inc. jcl@os.law

John Clayborn Leininger

on behalf of Creditor Cushman & Wakefield Asset Services ULC jcl@os.law

John Clayborn Leininger

on behalf of Creditor SmartCentres Management Services Inc. jcl@os.law

John David Cornwell

on behalf of Creditor Hartz Mountain Industries Inc. jcornwell@munsch.com,
hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Folds

on behalf of Creditor Reston Town Center Property LLC dfolds@bakerdonelson.com sparson@bakerdonelson.com

John David Folds

on behalf of Creditor RFTC 1 Corp. dfolds@bakerdonelson.com sparson@bakerdonelson.com

John David Folds

on behalf of Creditor JRA HHF Venture LLC dfolds@bakerdonelson.com sparson@bakerdonelson.com

John David Folds

on behalf of Creditor Hart TC IV LLC dfolds@bakerdonelson.com, sparson@bakerdonelson.com

John F Higgins, IV

on behalf of Creditor Ad Hoc Group of Term Loan Lenders jhiggins@porterhedges.com
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John H. Bae

on behalf of Interested Party Zeo Short Duration Income Fund john.bae@thompsonhine.com ECFDocket@thompsonhine.com

John H. Bae

on behalf of Interested Party Zeo Sustainable Credit Fund john.bae@thompsonhine.com ECFDocket@thompsonhine.com

John H. Bae

on behalf of Interested Party Aviary Associates L.P. john.bae@thompsonhine.com, ECFDocket@thompsonhine.com

John H. Bae

on behalf of Creditor Yosef Magid john.bae@thompsonhine.com ECFDocket@thompsonhine.com

John H. Bae

on behalf of Interested Party Hickory Knoll Landscaping Inc. john.bae@thompsonhine.com, ECFDocket@thompsonhine.com

John H. Bae

on behalf of Interested Party Zachery Annis john.bae@thompsonhine.com ECFDocket@thompsonhine.com

John J. Wiles, Sr

on behalf of Creditor Banyan Street/GAP 191 Peahtree Owner LLP bankrupty@evict.net

John J. Wiles, Sr

on behalf of Creditor Asherian Properties Southlake II Shopping Center LLC bankrupty@evict.net

John R Humphrey

on behalf of Creditor Fashion Mall Commons I LP jhumphrey@taftlaw.com, aolave@taftlaw.com

John S Mayer

on behalf of Creditor Casto-Oakbridge Ventures Ltd jmayer@rossbanks.com

John S Mayer

on behalf of Creditor AmREIT Woodlake Square LP jmayer@rossbanks.com

Jolene M Wise

on behalf of Interested Party Jolene Wise United States Securities and Exchange Commission wisej@sec.gov isenmanb@sec.gov

Jonathan S Hawkins

on behalf of Interested Party Zeo Sustainable Credit Fund jonathan.hawkins@thompsonhine.com
ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com,danielle.boyd@thompsonhine.com

Jonathan S Hawkins

on behalf of Interested Party Zachery Annis jonathan.hawkins@thompsonhine.com
ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com,danielle.boyd@thompsonhine.com

Jonathan S Hawkins
on behalf of Interested Party Aviary Associates  L.P. jonathan.hawkins@thompsonhine.com,
ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com,danielle.boyd@thompsonhine.com

Jonathan S Hawkins
on behalf of Creditor Yosef Magid jonathan.hawkins@thompsonhine.com
ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com,danielle.boyd@thompsonhine.com

Jonathan S Hawkins
on behalf of Interested Party Hickory Knoll Landscaping  Inc. jonathan.hawkins@thompsonhine.com,
ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com,danielle.boyd@thompsonhine.com

Jonathan S Hawkins
on behalf of Interested Party Zeo Short Duration Income Fund jonathan.hawkins@thompsonhine.com
ECFDocket@thompsonhine.com,diane.macleod@thompsonhine.com,danielle.boyd@thompsonhine.com

Joseph Frank
on behalf of Creditor Experian Marketing Solutions  LLC jfrank@burkelaw.com,
csucic@Burkelaw.com;jkleinman@Burkelaw.com

Joseph Frank
on behalf of Creditor Jedan Partners jfrank@burkelaw.com  csucic@Burkelaw.com;jkleinman@Burkelaw.com

Joseph Howard Lemkin
on behalf of Creditor Arlona Limited Partnership jlemkin@stark-stark.com

Joseph Howard Lemkin
on behalf of Creditor Levin Properties  LP jlemkin@stark-stark.com

Joseph L Schwartz
on behalf of Creditor The Bank of New York Mellon Trust Company jschwartz@riker.com

Julie Goodrich Harrison
on behalf of Trustee Mohsin Meghji  Liquidating Trustee julie.harrison@nortonrosefulbright.com

Julie Goodrich Harrison
on behalf of Interested Party Mohsin Meghji  Liquidating Trustee julie.harrison@nortonrosefulbright.com

Julie Goodrich Harrison
on behalf of Creditor Committee Official Committee of Unsecured Creditors julie.harrison@nortonrosefulbright.com

Justin M Mertz
on behalf of Creditor David's Bridal  LLC jmmertz@michaelbest.com, jcalmes@michaelbest.com;courtmail@michaelbest.com

Justin M. Bernstein
on behalf of Creditor Andrew Sumpter jbernstein@schusterlaw.com

Justin Timothy Campbell
on behalf of Creditor WHLR-JANAF LLC Justin@thompsonburton.com

Karen C Bifferato
on behalf of Creditor Excel Rockwall LLC kbifferato@connollygallagher.com  kconlan@connollygallagher.com

Karen C Bifferato
on behalf of Creditor IRC Orland Park Place  L.L.C. kbifferato@connollygallagher.com, kconlan@connollygallagher.com

Karen C Bifferato
on behalf of Creditor IN Retail Fund Woodfield Commons  L.L.C. kbifferato@connollygallagher.com,
kconlan@connollygallagher.com

Karen C Bifferato
on behalf of Creditor BRE Streets of Woodfield LLC kbifferato@connollygallagher.com  kconlan@connollygallagher.com

Karen C Bifferato
on behalf of Creditor IN Retail Fund Randall Square  L.L.C. kbifferato@connollygallagher.com, kconlan@connollygallagher.com

Karen C Bifferato
on behalf of Creditor Excel Owner Promenade LLC kbifferato@connollygallagher.com  kconlan@connollygallagher.com

Karen C Bifferato
on behalf of Creditor BRE RC Alamo Ranch TX LP kbifferato@connollygallagher.com  kconlan@connollygallagher.com

Karen C Bifferato
on behalf of Creditor BRE RC Southpark II TX LP kbifferato@connollygallagher.com  kconlan@connollygallagher.com

Karen C Bifferato
on behalf of Creditor W-PT Metro Center Owner VIII  LLC kbifferato@connollygallagher.com, kconlan@connollygallagher.com

Karen V. Newbury
on behalf of Creditor Experian Marketing Solutions  LLC karen.v.newbury@usdoj.gov, csucic@fgllp.com;csmith@fgllp.com

Karl Daniel Burrer
on behalf of Creditor EWKAI 950 Post Road East LLC burrerk@gtlaw.com  jamrokg@gtlaw.com;NEF-BK@gtlaw.com

Kate P Foley

    on behalf of Creditor CLPF - Tukwila  L.P. kfoley@mirickoconnell.com

Kate P Foley

    on behalf of Creditor Gateway Washington  Inc. kfoley@mirickoconnell.com

Kate P Foley

    on behalf of Creditor 145 Great Road  LLC kfoley@mirickoconnell.com

Katherine E Anderson Sanchez

    on behalf of Creditor ARC PRLAWKS001  LLC andersonsanchezk@ballardspahr.com, hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor PGIM Real Estate andersonsanchezk@ballardspahr.com  hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor MP Shops at Highland Village LLC andersonsanchezk@ballardspahr.com  hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor Metropolis Lifestyle Center  LLC andersonsanchezk@ballardspahr.com, hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor Starwood Retail Partners LLC andersonsanchezk@ballardspahr.com  hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor BV Wheaton L.L.C. andersonsanchezk@ballardspahr.com  hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor Acadia Realty Limited Partnership andersonsanchezk@ballardspahr.com  hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor JCC California Properties  LLC andersonsanchezk@ballardspahr.com, hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor Adams Street Partners LTD andersonsanchezk@ballardspahr.com  hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor Centercal Properties LLC andersonsanchezk@ballardspahr.com  hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor Retail Properties of America  Inc. andersonsanchezk@ballardspahr.com, hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor ARC SWWCHOH001  LLC andersonsanchezk@ballardspahr.com, hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor ARC WEMPSMN001  LLC andersonsanchezk@ballardspahr.com, hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor The Macerich Company andersonsanchezk@ballardspahr.com  hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor Federal Realty Investment Trust andersonsanchezk@ballardspahr.com  hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor Gerrity Group  LLC andersonsanchezk@ballardspahr.com, hartt@ballardspahr.com

Katherine E Anderson Sanchez

    on behalf of Creditor Brixmor Operating Partnership LP andersonsanchezk@ballardspahr.com  hartt@ballardspahr.com

Kevin M. Capuzzi

    on behalf of Creditor PREP Aurora Real Estate LLC kcapuzzi@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi

    on behalf of Creditor ROI Solutions LLC kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Newman

    on behalf of Creditor Pyramid Management Group  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kevin M. Newman

    on behalf of Creditor Inland Commercial Real Estate Services LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

    on behalf of Creditor Kingston Real Estate LLC knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

    on behalf of Creditor DLC Management Corp. knewman@barclaydamon.com  kmnbk@barclaydamon.com

Kevin M. Newman

    on behalf of Creditor Rivercrest Realty Associates  LLC knewman@barclaydamon.com, kmnbk@barclaydamon.com

Kimberly A Manuelides

|  |  |
|---|---|
|  | on behalf of Creditor WCS Properties Business Trust kmanuelides@mcneeslaw.com |
| Kimberly A Manuelides |  |
|  | on behalf of Creditor UH US Lynncroft 2019 LLC kmanuelides@mcneeslaw.com |
| Kristen L Perry |  |
|  | on behalf of Creditor ProLogis Limited Partnership I kristen.perry@faegredrinker.com kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com |
| Kristen L Perry |  |
|  | on behalf of Creditor ProLogis kristen.perry@faegredrinker.com kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com |
| Kristen L Perry |  |
|  | on behalf of Creditor Liberty Property Limited Partnership kristen.perry@faegredrinker.com kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com |
| Kristen N Pate |  |
|  | on behalf of Creditor Brookfield Properties Retail  Inc. bk@brookfieldpropertiesretail.com |
| Laura J Monroe |  |
|  | on behalf of Creditor Lubbock Central Appraisal District  et al lmbkr@pbfcm.com, krobertson@ecf.inforuptcy.com |
| Lauren Kessler Drawhorn |  |
|  | on behalf of Creditor Lakewood Retail II  LLC lkdrawhorn@gmail.com |
| Lauren Kessler Drawhorn |  |
|  | on behalf of Creditor NADG/SG Riverdale Village LP lkdrawhorn@gmail.com |
| Lawrence A. Lichtman |  |
|  | on behalf of Creditor 785 Market Street  LLC llichtman@honigman.com, jwright-smoot@honigman.com |
| Lawrence A. Lichtman |  |
|  | on behalf of Creditor Agree Limited Partnership llichtman@honigman.com  jwright-smoot@honigman.com |
| Lawrence Edward Parres |  |
|  | on behalf of Creditor Ross Real Estate Ventures  LLC lparres@lewisrice.com |
| Lindsey Lee Robin |  |
|  | on behalf of Creditor RD Palmera LP lrobin@reedsmith.com jkrasnic@reedsmith.com;anixon@reedsmith.com;ahinson@reedsmith.com |
| Lindsey Marie Harrison Madgar |  |
|  | on behalf of Creditor Ohio Valley Mall Company lmadgar@cafarocompany.com |
| Lindsey Marie Harrison Madgar |  |
|  | on behalf of Creditor North Commons  LLC lmadgar@cafarocompany.com |
| Lindsey Marie Harrison Madgar |  |
|  | on behalf of Creditor Millcreek Plaza Company Limited Partnership lmadgar@cafarocompany.com |
| Lindsey Marie Harrison Madgar |  |
|  | on behalf of Creditor Kentucky Oaks Mall Company lmadgar@cafarocompany.com |
| Lindsey Marie Harrison Madgar |  |
|  | on behalf of Creditor Cafaro-Peachcreek Joint Venture Partnership lmadgar@cafarocompany.com |
| Lindsey Marie Harrison Madgar |  |
|  | on behalf of Creditor Sandusky Mall Company lmadgar@cafarocompany.com |
| Lisa M. Peters |  |
|  | on behalf of Creditor Cole MT Sunset Valley TX  LLC lisa.peters@kutakrock.com, Marybeth.brukner@kutakrock.com |
| Louis Spencer |  |
|  | on behalf of Creditor Blue Tunnel Properties  LLC louis@alexanderricks.com, dana@alexanderricks.com |
| Marc Douglas Myers |  |
|  | on behalf of Creditor Cheyenna Land Company  LLC mmyers@rossbanks.com, dgraves@rossbanks.com;drgrvs@yahoo.com;marcmyers2006@yahoo.com |
| Marc R. Edelman |  |
|  | on behalf of Creditor Christine Prim lcrazyriver@forthepeople.com |
| Marie B Hahn |  |
|  | on behalf of Creditor NewYork-New Jersey Regional Joint Board mhahn@cwsny.com |
| Mark H Ralston |  |
|  | on behalf of Creditor Verizon Business Network Services  Inc. mralston@fishmanjackson.com, sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com |
| Marty L Brimmage |  |
|  | on behalf of Interested Party Akin Gump Strauss Hauer & Feld LLP mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |

Marvin E Sprouse, III
on behalf of Creditor LCFRE Sugar Land Town Square  LLC msprouse@sprousepllc.com, sprouselawfirm@gmail.com

Mary F Caloway
on behalf of Creditor Aventura Commons Associates  Ltd. mary.caloway@bipc.com

Mary L. Fullington
on behalf of Creditor Discovery Communications  LLC mfullington@wyattfirm.com, lexbankruptcy@wyattfirm.com

Matthew D Cavenaugh
on behalf of Debtor Tailored Shared Services  LLC mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor Nashawena Mills Corp. mcavenaugh@jw.com kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor JA Apparel Corp. mcavenaugh@jw.com kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor MWDC Holding Inc. mcavenaugh@jw.com kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor The Mens Wearhouse  Inc. mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor Tailored Brands  Inc. mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor Tailored Brands Worldwide Purchasing Co. mcavenaugh@jw.com kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor Tailored Brands Gift Card Co LLC mcavenaugh@jw.com kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor Moores The Suit People Corp. mcavenaugh@jw.com kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor Joseph Abboud Manufacturing Corp. mcavenaugh@jw.com kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor Moores Retail Group Corp. mcavenaugh@jw.com kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor The Joseph A. Bank Mfg. Co.  Inc. mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor Tailored Brands Purchasing LLC mcavenaugh@jw.com kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor K&G Mens Company Inc. mcavenaugh@jw.com kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor Jos. A. Bank Clothiers  Inc. mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor TMW Merchants LLC mcavenaugh@jw.com kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor Renwick Technologies  Inc. mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor TB UK Holding Limited mcavenaugh@jw.com kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Melissa T Harris
on behalf of Creditor Pension Benefit Guaranty Corporation harris.melissa@pbgc.gov  efile@pbgc.gov

Michael H Landis

    on behalf of Creditor Revere Partnership mlandis@mlandislaw.com

Michael L Weems

    on behalf of Creditor SER-Ninos Charter School mlw@hwa.com

Michael P Cooley

    on behalf of Creditor ARC NCCHRNC001 mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor The Taubman Company LLC mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor EDENS mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor Valley Square Owner  LLC mpcooley@reedsmith.com, Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor The Hutensky Group mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor Greenberg Gibbons mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor PGIM Real Estate mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor Acadia Realty Limited Partnership mpcooley@reedsmith.com
    Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor Fairfax Company of Virginia L.L.C. mpcooley@reedsmith.com
    Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor Deutsche Asset & Wealth Management mpcooley@reedsmith.com
    Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor Aronov Realty Management  Inc. mpcooley@reedsmith.com,
    Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor Saucon Valley Lifestyle Center LLC mpcooley@reedsmith.com
    Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor Penn Real Estate Group mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor New Market Properties LLC mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor Weitzman mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor Novi Town Center Investors LLC mpcooley@reedsmith.com
    Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor Centennial Real Estate Company mpcooley@reedsmith.com
    Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor ARC SWWCHOH001  LLC mpcooley@reedsmith.com, Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor Metropolis Lifestyle Center  LLC mpcooley@reedsmith.com,
    Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor ARC PRLAWKS001  LLC mpcooley@reedsmith.com, Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor Adams Street Partners LTD mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor New Market Properties  LLC mpcooley@reedsmith.com, Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley

    on behalf of Creditor Centercal Properties LLC mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor Weingarten Realty Investors mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor Federal Realty Investment Trust mpcooley@reedsmith.com
Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor Centerpoint Owner LLC mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor TSW 2015  LLC mpcooley@reedsmith.com, Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor BV Wheaton L.L.C. mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor JCC California Properties  LLC mpcooley@reedsmith.com,
Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor Sundance Square Partners  L.P. mpcooley@reedsmith.com,
Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor ARC PCBIRAL001  LLC mpcooley@reedsmith.com, Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor Retail Properties of America  Inc. mpcooley@reedsmith.com,
Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor MP Shops at Highland Village LLC mpcooley@reedsmith.com
Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor Gerrity Group  LLC mpcooley@reedsmith.com, Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor ARC JCLOUKY001 mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor Green Hills Mall TRG LLC mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor SIMA Corporation mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor Brixmor Operating Partnership LP mpcooley@reedsmith.com
Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor The Macerich Company mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor ARC WEMPSMN001  LLC mpcooley@reedsmith.com, Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor Starwood Retail Partners LLC mpcooley@reedsmith.com  Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Cooley
on behalf of Creditor Rainier Moore Plaza Acquisition LLC mpcooley@reedsmith.com
Anixon@reedsmith.com;ahinson@reedsmith.com

Michael P Ridulfo
on behalf of Creditor BSREP II Houston Office 4HC Owner LLC mridulfo@krcl.com  rcoles@krcl.com

Michael R Demerath
on behalf of Creditor H.J. Martin & Son  Inc. mdemerath@hdz-law.com, kbullis@hdz-law.com

Michele C Maman
on behalf of Interested Party Voya Investment Management Co. LLC and its affiliates Michele.maman@cwt.com
Sarah.Roberts@cwt.com;Ingrid.Bagby@cwt.com

Michelle E Shriro
on behalf of Creditor RED Development LLC mshriro@singerlevick.com  scotton@singerlevick.com;tguillory@singerlevick.com

Michelle E Shriro
on behalf of Creditor Kite Realty Group mshriro@singerlevick.com  scotton@singerlevick.com;tguillory@singerlevick.com

Michelle E Shriro
on behalf of Creditor Kimco Realty Corporation mshriro@singerlevick.com
scotton@singerlevick.com;tguillory@singerlevick.com

| | |
|---|---|
| Michelle E Shriro | on behalf of Creditor RED Development  LLC mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com |
| Mollie Margaret Lerew | on behalf of Creditor Wichita County mlerew@pbfcm.com  wichitafalls@pbfcm.com |
| Mollie Margaret Lerew | on behalf of Creditor Certain Texas Taxing Entities mlerew@pbfcm.com  wichitafalls@pbfcm.com |
| Mukul Shashank Kelkar | on behalf of Creditor Po Fung Knitting Factory O/B Po Tak Knitters Limited mukul.kelkar@dentons.com |
| Nancy P Doumanian | on behalf of Plaintiff Cesar Tarafa nancy@doumanianlaw.com |
| Nancy P Doumanian | on behalf of Creditor Cesar Tarafa nancy@doumanianlaw.com |
| Noah Mariano Schottenstein | on behalf of Interested Party T.C. Farrell's noah.schottenstein@us.dlapiper.com  DLAPiper@ecfxmail.com |
| Noah Mariano Schottenstein | on behalf of Interested Party J.A.B. - Augusta  Inc. noah.schottenstein@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Noah Mariano Schottenstein | on behalf of Interested Party J.A.B. - West Knoxville  Inc. noah.schottenstein@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Noah Mariano Schottenstein | on behalf of Interested Party J.A.B. - Metairie  Inc. noah.schottenstein@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Noah Mariano Schottenstein | on behalf of Interested Party J.A.B. - Mandeville  Inc. noah.schottenstein@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Noah Mariano Schottenstein | on behalf of Interested Party J.A.B. - Harbison  Inc. noah.schottenstein@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Noah Mariano Schottenstein | on behalf of Interested Party Biltmore Property Group and Affiliates noah.schottenstein@us.dlapiper.com DLAPiper@ecfxmail.com |
| Noah Mariano Schottenstein | on behalf of Interested Party J.A.B. - Columbia  Inc. noah.schottenstein@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Noah Mariano Schottenstein | on behalf of Interested Party J.A.B. - New Orleans  Inc. noah.schottenstein@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Noah Mariano Schottenstein | on behalf of Interested Party J.A.B. - Baton Rouge  Inc. noah.schottenstein@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Noah Mariano Schottenstein | on behalf of Interested Party J.A.B. - Knoxville  Inc. noah.schottenstein@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Noah Mariano Schottenstein | on behalf of Interested Party J.A.B. - Forest Drive  Inc. noah.schottenstein@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Noah Mariano Schottenstein | on behalf of Interested Party JAB Jackson Inc. noah.schottenstein@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Noah Mariano Schottenstein | on behalf of Interested Party J.A.B. of Alabama  Inc. noah.schottenstein@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Noah Mariano Schottenstein | on behalf of Interested Party J.A.B. - Asheville  Inc. noah.schottenstein@us.dlapiper.com, DLAPiper@ecfxmail.com |
| Noah Mariano Schottenstein | on behalf of Interested Party Jos A Bank Franchisees noah.schottenstein@us.dlapiper.com  DLAPiper@ecfxmail.com |
| Owen Mark Sonik | on behalf of Creditor Brazoria County Tax Office osonik@pbfcm.com  osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com |
| Patricia B. Tomasco | on behalf of Creditor Podco Addison  LLC pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com;elliellanas@quinnemanuel.com |
| Patrick Holder Autry | on behalf of Creditor Belfor USA Group  Inc. waspcreek@gmail.com, slee@branscomblaw.com |
| Patrick W Carothers | on behalf of Creditor Jiangsu Sunshine Co. Ltd. Fabric Wire pcarothers@ch-legal.com ghauswirth@ch-legal.com;dtomko@ch-legal.com;cfaber@ch-legal.com |
| Paul M. Lopez | |

on behalf of Creditor COLLIN COUNTY TAX ASSESSOR/COLLECTOR bankruptcy@abernathy-law.com

Paul Marc Rosenblatt

on behalf of Creditor Manhattan Associates  Inc. prosenblatt@kilpatricktownsend.com,
rgriffis@ktslaw.com;moroberts@ktslaw.com

Paul Marc Rosenblatt

on behalf of Creditor MCA Promenade Owner LLC prosenblatt@kilpatricktownsend.com
rgriffis@ktslaw.com;moroberts@ktslaw.com

Paul W Carey

on behalf of Creditor CLPF - Tukwila  L.P. pcarey@miricklaw.com

Paul W Carey

on behalf of Creditor 145 Great Road  LLC pcarey@miricklaw.com

Paul W Carey

on behalf of Creditor Gateway Washington  Inc. pcarey@miricklaw.com

Peter C D'Apice

on behalf of Creditor CAM Pinnacle  LLC dapice@sbep-law.com

Quinette A Bonds

on behalf of Creditor Pension Benefit Guaranty Corporation bonds.quinette@pbgc.gov  efile@pbgc.gov

R. Kent Love

on behalf of Creditor OnCard Marketing  Inc. d/b/a RevTrax kent.love@us.dlapiper.com,
peguesg@gtlaw.com,Shelli.Charnquist@gtlaw.com,kent-love-2808@ecf.pacerpro.com

Renee E Suglia

on behalf of Creditor PEPCO renee.suglia@pepcoholdings.com  nancy.vangorder@exeloncorp.com

Renee E Suglia

on behalf of Creditor Delmarva Power & Light Company renee.suglia@pepcoholdings.com  nancy.vangorder@exeloncorp.com

Renee E Suglia

on behalf of Creditor Atlantic City Electric Company renee.suglia@pepcoholdings.com  nancy.vangorder@exeloncorp.com

Ricardo A Reyes

on behalf of Creditor Gables Miracle Mile  LLC rar@tobinreyes.com, eservice@tobinreyes.com;acosti@tobinreyes.com

Richard A Rozanski

on behalf of Creditor Cleco Power LLC richard@rarlaw.net

Richard A. Kincheloe

on behalf of Creditor United States of America rick.a.kincheloe@p66.com
caseview.ecf@usdoj.gov;sydnie.kempen@usdoj.gov;Nicole.robbins@usdoj.gov;rhoma.romero@usdoj.gov;USATXS.Bankruptcy-
ECF@usdoj.gov

Richard E Hagerty

on behalf of Creditor NPMC Retail  LLC Richard.hagerty@troutman.com

Richard G. Dafoe

on behalf of Creditor Ross Real Estate Ventures  LLC rdafoe@vinlaw.com, rdafoe@ecf.inforuptcy.com

Richard J Storrs

on behalf of Creditor Oglethorpe Associates LLLP rstorrs@storrslaw.com

Richard Mark Seltzer

on behalf of Creditor NewYork-New Jersey Regional Joint Board rseltzer@cwsny.com

Robert Radasevich

on behalf of Interested Party CH Shoppes  LLC rradasevich@nge.com

Robert Radasevich

on behalf of Interested Party M&J - Big Waterfront Amity Square  LLC rradasevich@nge.com

Robert Radasevich

on behalf of Interested Party M&J Wilkow Properties  LLC rradasevich@nge.com

Robert Radasevich

on behalf of Interested Party Southlands TC LLC rradasevich@nge.com

Robert Bernard Bruner

on behalf of Creditor Committee Official Committee of Unsecured Creditors bob.bruner@nortonrosefulbright.com

Robert D Tepper

on behalf of Creditor Rice Lake Square  LLC rtepper@satcltd.com, tsobieraj@satcltd.com

Robert M. Charles, Jr.

on behalf of Creditor TH Honey Shops  LLC Robert.Charles@wbd-us.com,
Bankruptcynotices@lrrc.com,robert-charles-1072@ecf.pacerpro.com

Robert P Franke
on behalf of Creditor RPT Realty LP bfranke@clarkhill.com  malvarez@clarkhill.com;ahornisher@clarkhill.com

Robert P Franke
on behalf of Creditor VORH Associates  LLC bfranke@clarkhill.com, malvarez@clarkhill.com;ahornisher@clarkhill.com

Robert P Franke
on behalf of Creditor Romeo Plank 59  LLC bfranke@clarkhill.com, malvarez@clarkhill.com;ahornisher@clarkhill.com

Robert P Franke
on behalf of Creditor Vestar RW Tempe Marketplace  LLC bfranke@clarkhill.com, malvarez@clarkhill.com;ahornisher@clarkhill.com

Robert P Franke
on behalf of Creditor DGPOM Master Tenant  LLC bfranke@clarkhill.com, malvarez@clarkhill.com;ahornisher@clarkhill.com

Robert P Franke
on behalf of Creditor Summit Lennox Plaza  LLC bfranke@clarkhill.com, malvarez@clarkhill.com;ahornisher@clarkhill.com

Robert P Franke
on behalf of Creditor Green Oak Owner 1  LLC bfranke@clarkhill.com, malvarez@clarkhill.com;ahornisher@clarkhill.com

Robert P Franke
on behalf of Creditor Bridgewater Falls Station  LLC bfranke@clarkhill.com, malvarez@clarkhill.com;ahornisher@clarkhill.com

Robert P Franke
on behalf of Creditor Ramco Jacksonville LLC bfranke@clarkhill.com, malvarez@clarkhill.com;ahornisher@clarkhill.com

Robert P Franke
on behalf of Creditor Vestar Best in the West Property  LLC bfranke@clarkhill.com, malvarez@clarkhill.com;ahornisher@clarkhill.com

Robert P Franke
on behalf of Creditor Vestar Green Valley  LLC bfranke@clarkhill.com, malvarez@clarkhill.com;ahornisher@clarkhill.com

Robert P Goe
on behalf of Creditor Michele Wagoner RGoe@goeforlaw.com

Robert P Goe
on behalf of Creditor Twin Hill Acquisition Company Inc RGoe@goeforlaw.com

Rochelle A Funderburg
on behalf of Creditor Old Farm Shops  Ltd. rfunderburg@meyercapel.com, jmunds@meyercapel.com

Rochelle A Funderburg
on behalf of Creditor Oak Farm Shops  Ltd rfunderburg@meyercapel.com, jmunds@meyercapel.com

Roma N Desai
on behalf of Creditor PR Florence  LLC roma.desai@oag.texas.gov

Ronald E Gold
on behalf of Creditor Washington Prime Group Inc. rgold@fbtlaw.com awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com

Russell Alan Devenport
on behalf of Creditor Fairway-Saddler LLC rad@mcdonaldlaw.com  mr@mcdonaldlaw.com

Scott Fleischer
on behalf of Creditor Rivercrest Realty Associates  LLC sfleischer@barclaydamon, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor Inland Commercial Real Estate Services LLC sfleischer@barclaydamon.com scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor Pyramid Management Group  LLC sfleischer@barclaydamon, scott-fleischer-2734@ecf.pacerpro.com

Scott Fleischer
on behalf of Creditor Kingston Real Estate LLC sfleischer@barclaydamon.com  scott-fleischer-2734@ecf.pacerpro.com

Scott E Blakeley
on behalf of Creditor Peerless Clothing International Inc seb@blakeleylc.com

Sean B Davis
on behalf of Creditor JPMorgan Chase Bank  N.A., as Prepetition ABL Agent sbdavis@winstead.com, mmingo@winstead.com

Sean B Davis
on behalf of Creditor JPMorgan Chase Bank  N.A., as DIP Agent sbdavis@winstead.com, mmingo@winstead.com

Sean Thomas Wilson
on behalf of Creditor Teachers Insurance and Annuity Association of America KDWBankruptcyDepartment@kelleydrye.com;mvicinanza@ecf.inforuptcy.com

Sean Thomas Wilson
on behalf of Creditor Turnberry Associates KDWBankruptcyDepartment@kelleydrye.com;mvicinanza@ecf.inforuptcy.com

Sean Thomas Wilson
on behalf of Creditor Jones Lang LaSalle Americas  Inc.
KDWBankruptcyDepartment@kelleydrye.com;mvicinanza@ecf.inforuptcy.com

Sean Thomas Wilson
on behalf of Creditor Regency Centers  LP KDWBankruptcyDepartment@kelleydrye.com;mvicinanza@ecf.inforuptcy.com

Sean Thomas Wilson
on behalf of Creditor Philips International Holding Corp.
KDWBankruptcyDepartment@kelleydrye.com;mvicinanza@ecf.inforuptcy.com

Sean Thomas Wilson
on behalf of Creditor Hines Global REIT Inc. KDWBankruptcyDepartment@kelleydrye.com;mvicinanza@ecf.inforuptcy.com

Sean Thomas Wilson
on behalf of Creditor Basser-Kaufman KDWBankruptcyDepartment@kelleydrye.com;mvicinanza@ecf.inforuptcy.com

Sean Thomas Wilson
on behalf of Creditor Benderson Development Company  LLC
KDWBankruptcyDepartment@kelleydrye.com;mvicinanza@ecf.inforuptcy.com

Sean Thomas Wilson
on behalf of Creditor South Asia Knitting Factory Ltd.
KDWBankruptcyDepartment@kelleydrye.com;mvicinanza@ecf.inforuptcy.com

Sean Thomas Wilson
on behalf of Creditor Realty Income Corp. KDWBankruptcyDepartment@kelleydrye.com;mvicinanza@ecf.inforuptcy.com

Sean Thomas Wilson
on behalf of Creditor SITE Centers Corp. KDWBankruptcyDepartment@kelleydrye.com;mvicinanza@ecf.inforuptcy.com

Sean Thomas Wilson
on behalf of Creditor Brookfield Properties Retail  Inc.
KDWBankruptcyDepartment@kelleydrye.com;mvicinanza@ecf.inforuptcy.com

Shawn M Christianson
on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Sophia Perna-Plank
on behalf of Creditor Forum Lone Star  L.P. spernaplank@jaspanllp.com

Sophia Perna-Plank
on behalf of Creditor Simco Management Co.  LLC spernaplank@jaspanllp.com

Sophia Perna-Plank
on behalf of Creditor Committee AVR CPC Associates  LLC spernaplank@jaspanllp.com

Sophia Perna-Plank
on behalf of Creditor C&B Realty #2  LLC spernaplank@jaspanllp.com

Sophia Perna-Plank
on behalf of Creditor C&B Realty #3  LLC spernaplank@jaspanllp.com

Stephanie Faye Assi
on behalf of Creditor Oracle America  Inc. sfassi@ccsb.com, wmartinez@ccsb.com,talvarado@ccsb.com

Stephen A. Metz
on behalf of Creditor Cranberry Square LLC smetz@offitkurman.com

Stephen A. Metz
on behalf of Creditor Severna Park Marketplace smetz@offitkurman.com

Stephen A. Metz
on behalf of Creditor Thruway Shopping Center LLC smetz@offitkurman.com

Stephen A. Metz
on behalf of Creditor Northrock Center LLC smetz@offitkurman.com

Stephen Douglas Statham
on behalf of U.S. Trustee US Trustee statham01@gmail.com

Stephen R. Butler
on behalf of Creditor TN Dept of Labor - Bureau of Unemployment Insurance agbanktexas@ag.tn.gov

Stephen Wayne Sather
on behalf of Creditor PRODUCTOS TEXTILES  SA DE CV ssather@bn-lawyers.com,
plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;kparsley@bn-lawyers.com;mcalderon@bn-lawyers.com

Stephen Wayne Sather
on behalf of Creditor CONFECCIONES MONZINI SA DE CF ssather@bn-lawyers.com

plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;kparsley@bn-lawyers.com;mcalderon@bn-lawyers.com

Steven R Schlesinger

on behalf of Creditor C&B Realty #2  LLC sschlesinger@jaspanllp.com

Steven R Schlesinger

on behalf of Creditor Simco Management Co.  LLC sschlesinger@jaspanllp.com

Steven R Schlesinger

on behalf of Creditor C&B Realty #3  LLC sschlesinger@jaspanllp.com

Steven W Soule

on behalf of Creditor Utica Square Shopping Center  Inc. ssoule@hallestill.com, smccormick@hallestill.com

Steven William Golden

on behalf of Creditor Committee Official Committee of Unsecured Creditors sgolden@pszjlaw.com

Susan C Mathews

on behalf of Creditor Reston Town Center Property LLC smathews@bakerdonelson.com  bellender@bakerdonelson.com

Susan C Mathews

on behalf of Creditor Hart TC IV  LLC smathews@bakerdonelson.com, bellender@bakerdonelson.com

Susan C Mathews

on behalf of Creditor JRA HHF Venture LLC smathews@bakerdonelson.com  bellender@bakerdonelson.com

Susan C Mathews

on behalf of Creditor RFTC 1 Corp. smathews@bakerdonelson.com  bellender@bakerdonelson.com

Tara Beth Annweiler

on behalf of Creditor American National Insurance Company tannweiler@greerherz.com

Tara L Grundemeier

on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@publicans.com

Tara L Grundemeier

on behalf of Creditor Jefferson County houston_bankruptcy@publicans.com

Tara L Grundemeier

on behalf of Creditor Montgomery County houston_bankruptcy@publicans.com

Tara L Grundemeier

on behalf of Creditor Fort Bend County houston_bankruptcy@publicans.com

Tara L Grundemeier

on behalf of Creditor Harris County houston_bankruptcy@publicans.com

Tara T. LeDay

on behalf of Creditor Texas Taxing Authorities TARA.LEDAY@CHAMBERLAINLAW.COM
tara.leday@mvbalaw.com;lara.coleman@chamberlainlaw.com;vcovington@mvbalaw.com;aging@mvbalaw.com;pbowers@mvba
law.com;lgordon@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvbalaw.com

Thomas A Howley

on behalf of Interested Party FOXFIVE  LLC tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas C Wolford

on behalf of Interested Party M&J - Big Waterfront Amity Square  LLC twolford@nge.com

Thomas C Wolford

on behalf of Interested Party CH Shoppes  LLC twolford@nge.com

Thomas C Wolford

on behalf of Interested Party M&J Wilkow Properties  LLC twolford@nge.com

Thomas C Wolford

on behalf of Interested Party Southlands TC LLC twolford@nge.com

Timothy L. Wentworth

on behalf of Creditor Dutch Line Properties II  Ltd. twentworth@okinadams.com,
sgonzales@okinadams.com;nhollon@okinadams.com

Timothy P Palmer

on behalf of Creditor CentiMark Corporation timothy.palmer@bipc.com  joseph.roadarmel@bipc.com;eservice@bipc.com

Tyler Dischinger

on behalf of Creditor CentiMark Corporation tyler.dischinger@bipc.com  joseph.roadarmel@bipc.com;eservice@bipc.com

Tyler William Greenwood

on behalf of Creditor Lea Company  LLC tyler.greenwood@chamberlainlaw.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

District/off: 0541-4

Date Rcvd: Apr 01, 2025

User: ADIuser

Form ID: pdf002

Page 32 of 35

Total Noticed: 226

Victor Wayne Newmark

on behalf of Creditor Coro North Point  LLC vnewmark@evict.net

Victoria Nicole Argeroplos

on behalf of Debtor The Joseph A. Bank Mfg. Co.  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor Renwick Technologies  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor JA Apparel Corp. vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor TB UK Holding Limited vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor MWDC Holding Inc. vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor Tailored Brands  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor Jos. A. Bank Clothiers  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor Joseph Abboud Manufacturing Corp. vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor Moores Retail Group Corp. vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor Tailored Shared Services  LLC vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor Tailored Brands Purchasing LLC vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor K&G Mens Company Inc. vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor Moores The Suit People Corp. vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor Nashawena Mills Corp. vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor The Mens Wearhouse  Inc. vargeroplos@jw.com, msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor Tailored Brands Worldwide Purchasing Co. vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor TMW Merchants LLC vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Victoria Nicole Argeroplos

on behalf of Debtor Tailored Brands Gift Card Co LLC vargeroplos@jw.com msalinas@jw.com;kgradney@jw.com;jpupo@jw.com;dtrevino@jw.com

Weldon Leslie Moore, III

on behalf of Creditor Georgia Power Company wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Jersey Central Power & Light Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Colonial Gas Cape Cod wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Evergy  Inc. wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor American Electric Power wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Pennsylvania Power Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Peoples Gas System wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor New York State Electric and Gas Corporation wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor San Diego Gas and Electric Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor NStar Gas Company wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Tucson Electric Power Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor KeySpan Energy Delivery Long Island wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Nstar Electric Company wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Constellation NewEnergy  Inc. wmoore@csmlaw.net,
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Salt River Project wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Monongahela Power Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Metropolitan Edison Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Baltimore Gas and Electric Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor West Penn Power Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Oklahoma Gas and Electric Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor The Connecticut Light & Power Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Yankee Gas Services Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Atlantic City Electric Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor PECO Energy Company wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Gulf Power Company wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Nstar Electric Compa Western Nstar Electric Company  Eastern Massachusetts wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Rochester Gas & Electric Corporation wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Massachusetts Electric Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Arizona Public Service Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Central Maine Power Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Commonwealth Edison Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Ohio Edison Company wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Public Service Company of New Hampshire wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor The Toledo Edison Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Narragansett Electric Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Florida Power & Light Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Orange and Rockland Utilities  Inc. wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Nstar Electric Company  Western Massachusetts wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Niagara Mohawk Power Corporation wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor UNS Gas  Inc. wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Pennsylvania Electric Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Tampa Electric Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor KeySpan Energy Delivery New York wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Boston Gas Company wmoore@csmlaw.net  prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Southern California Edison Company wmoore@csmlaw.net prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

    on behalf of Creditor Consolidated Edison Company of New York  Inc. wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

District/off: 0541-4

Date Rcvd: Apr 01, 2025

User: ADIuser

Form ID: pdf002

Page 35 of 35

Total Noticed: 226

Weldon Leslie Moore, III

on behalf of Creditor The Cleveland Electric Illuminating Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Delmarva Power & Light Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor Potomac Edison Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III

on behalf of Creditor The Potomac Electric Power Company wmoore@csmlaw.net
prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Will Gable Bassham

on behalf of Creditor The Commons at Willowbrook  Inc. wbassham@settlepou.com

William Alfred Wood, III

on behalf of Creditor Revere Partnership Trey.Wood@bracewell.com  mary.kearney@bracewell.com

William Alfred Wood, III

on behalf of Creditor Korman Commercial Properties  Inc. Trey.Wood@bracewell.com, mary.kearney@bracewell.com

William J Levant

on behalf of Creditor D&P Associates wlevant@kaplaw.com

William J Levant

on behalf of Creditor Marple XYZ Associates  L.P. wlevant@kaplaw.com

William Walt Pettit

on behalf of Creditor Delta Pines  LLC walt.pettit@hutchenslawfirm.com

TOTAL: 556